## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00124-SKC

LOGAN DURANT, Individually and On
Behalf of All Others Similarly Situated,

               Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, BIGGS PORTER,
and MICHAEL B. WIRASEKARA, JR.,

               Defendants.

_____

### JOINT MOTION TO VACATE RELATED DEADLINES AND EXTEND TIME TO RESPOND TO COMPLAINT
_____

The Parties – plaintiff Logan Durant ("Plaintiff"), and defendants Maxar Technologies Inc., Howard L. Lance, Biggs Porter and Anil Wirasekara, Jr. ("Defendants"), through their undersigned counsel, submit this Joint Motion to vacate Defendants' time to respond to the complaint and all related deadlines. Under D.C.Colo.L.Civ.R. 7.1A, the Parties hereto certify that they conferred on this Joint Motion and that they jointly seek this relief. In support, the Parties state as follows:

### Procedural Background

1. Plaintiff filed this case on January 14, 2019. By order dated January 14, 2019, the Court assigned this matter to Magistrate Judge S. Kato Crews for all purposes. See Doc. #2. The Court has yet to set a Rule 16(b) scheduling conference. Defendants have not yet been served with the Complaint.

### Good Cause Exists for the Requested Relief

2. The Parties respectfully request this Court vacate all pending dates and amend the schedule by which Defendants must respond to Plaintiff's complaint.

1

3.       The Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(ii), requires that, after any related actions are consolidated, the Court appoint a lead plaintiff and lead counsel as specified in the statute.  Under the deadlines set by the PSLRA, lead plaintiff candidates in this case must file their motions by April 10, 2019.  Thereafter, responses and replies will be filed, and the Court will appoint a lead plaintiff and lead counsel in accordance with the PSLRA and controlling authority.  The Parties anticipate that, once appointed, the lead plaintiff and lead counsel will likely file a consolidated and/or amended complaint (or otherwise designate an operative complaint).  The filing of another complaint would render moot any response that Defendants give to Plaintiff's complaint.

4.       Good cause thus exists, for reasons of judicial efficiency and economy, to vacate all related deadlines until after the adequacy of the operative complaint is ruled upon and the PSLRA's automatic stay is lifted.  This includes delaying the setting of the scheduling conference as set forth in D.C.Colo.L.Civ.R 16.1, amending the deadline for the scheduling order pursuant to Fed. R. Civ. P. 16(b) and the deadline to conduct the Rule 26(f) conference. Delaying the establishment of a scheduling order and conferral on discovery until the Court selects lead Plaintiff's counsel avoids the need to amend the scheduling order and reconvene the Rule 26(f) conference if new counsel is selected and seeks modification.  The proposed sequencing will conserve judicial resources and prevent the Parties from incurring unnecessary expense.  Additionally, the Parties respectfully request that the Court amend the schedule by which Defendants must respond to the operative complaint as follow:

- Amended Complaint – Due 60 days after the Court appoints lead counsel;
- Motion to Dismiss (or other response) – Due 60 days after Plaintiff files an Amended or Consolidated Complaint;
- Opposition to the Motion Dismiss (if applicable) – Due 45 days after Defendants file a Motion to Dismiss;
- Reply in Support of the Motion to Dismiss (if applicable) – Due 30 days after Plaintiff files an opposition;

- Oral argument on the Motion to Dismiss (if applicable) – To be scheduled at the Court's discretion.

5.      At this time, a date certain for these deadlines cannot be given under D.C.Colo. L.Civ.R. 6.1D, because the exact date on which this Court will appoint lead plaintiff and lead counsel is not currently known.

6.      This is the first extension of time sought by the Parties.

7.      Pursuant to D.C.Colo.L.Civ.R. 6.1E, counsel for the Parties certify that this Joint Motion has been served on each of their respective clients.

WHEREFORE, the Parties jointly request the Court enter an order vacating all dates, and amend the schedule by which Defendants must respond to Plaintiff's complaint.

Respectfully submitted this 25th day of January 2019.

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com
jlindenfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Attorneys for Plaintiff* Logan Durant

LATHAM & WATKINS LLP

Brian T. Glennon
Eric C. Pettis
355 S. Grand Ave., Suite 1000
Los Angeles, CA 90071
Telephone: (213) 891-7593
Email: brian.glennon@lw.com
eric.pettis@lw.com

SHERMAN & HOWARD L.L.C.

*/s/ Jerome H. Sturhahn*
Milton L. Smith
Peter G. Koclanes
Jerome H. Sturhahn
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone:  (302) 297-2900
Email:  msmith@shermanhoward.com
pkoclanes@shermanhoward.com
jsturhahn@shermanhoward.com

*Attorneys for Defendants* Maxar Technologies Inc., Howard L. Lance, Biggs Porter and Anil Wirasekara, Jr

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2019, I electronically filed the foregoing **JOINT MOTION TO VACATE RELATED DEADLINES AND EXTEND TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com
jlindenfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

LATHAM & WATKINS LLP
Brian T. Glennon
Eric C. Pettis
355 S. Grand Ave., Suite 1000
Los Angeles, CA 90071
Telephone: (213) 891-7593
Email: brian.glennon@lw.com
eric.pettis@lw.com

*s/ Judith J. Bulanowski*
Judith J. Bulanowski

4