# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00124-WJM-SKC

LOGAN DURANT, Individually and On
Behalf of All Others Similarly Situated,,

        Plaintiffs,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, BIGGS PORTER,
and MICHAEL B. WIRASEKARA, JR.,

        Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

MAXAR TECHNOLOGIES, INC.

HOWARD L. LANCE

BIGGS PORTER

ANIL WIRASEKARA, JR.

DATED at Los Angeles, California this 19th day of February , 2019.

/s/ Brian T. Glennon
Signature

Brian T. Glennon
 Name of Attorney

LATHAM & WATKINS LLP
Firm Name

355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071
Office Address

+1.213.485.1234
 Telephone Number

brian.glennon@lw.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ahood@pomlaw.com
jalieberman@pomlaw.com
jsturhahn@shermanhoward.com