IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 19-cv-00124-WJM-SKC         Date: February 26, 2019
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom C-204

| *Parties:* | *Counsel:* |
|---|---|
| LOGAN DURANT, | Joseph Alexander Hood, II |
| Plaintiff, | |
| v. | |
| MAXAR TECHNOLOGIES INC., et al., | Brian Glennon |
| | Eric Pettis |
| | Jerome Sturhahn |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 09:33 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding *[9] Joint Motion to Vacate Related Deadlines and Extend Time to Respond to Complaint*.

The Court intends to grant the motion and will issue the order attached to the motion.

HEARING CONCLUDED.
**Court in recess: 09:52 a.m.**
Total time in court: 00:19

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.