**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC

LOGAN DURANT,
Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

 v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE,
BIGGS PORTER, and
MICHAEL B. WIRASEKARA, JR.

    Defendants.

---

Civil Action No. 1:19-cv-00758-NRN

HOWARD SCHWARTZ and
JILL SCHWARTZ, on Behalf of Themselves and All Others Similarly Situated,

    Plaintiffs,

 v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE,
BIGGS PORTER, and
MICHAEL B. WIRASEKARA, JR.

    Defendants.

---

**DECLARATION OF JEFFREY A. BERENS
IN SUPPORT OF MOTION TO CONSOLIDATE, APPOINTMENT OF LEAD
PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

---

I, Jeffrey A. Berens pursuant to 28 U.S.C. §1746, declare as follows:

1. I am the principal of the law firm of Berens Law LLC ("Berens Law"), counsel for putative class members and Lead Plaintiff movants Howard and Jill Schwartz (the "Schwartzes" or "Movants").

2. I make this declaration in support of Movants' Motion to Consolidate and for Appointment of Lead Plaintiff and Approval of Selection of Scott+Scott Attorneys at Law LLC as Lead Counsel. I have personal knowledge of the matters stated herein and if called upon, I could, and would, competently testify thereto.

3. Attached hereto are true and correct copies of the following:

Exhibit A:   Notices published on January 14, 2019 via *GlobeNewswire* and March 14, 2019 *Businesswire*;

Exhibit B:   Movants' Certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit C:   Movants' Loss Chart; and

Exhibit D:   Scott+Scott's Firm Résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of March, 2019 at Denver, Colorado.

    */s/ Jeffrey A. Berens*
Jeffrey A. Berens
**BERENS LAW LLC**
2373 Central Park Boulevard, Suite 100
Denver, CO 80238
Telephone: (303) 861-1764
Facsimile: (303) 395-0393
jeff@jberenslaw.com

*Counsel for Proposed Lead Plaintiffs Howard and Jill Schwartz*

## **CERTIFICATE OF SERVICE**

I, Jeffrey A. Berens, hereby certify that on March 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: March 15, 2019                             */s/ Jeffrey A. Berens*
                                                                        Jeffrey A. Berens