# EXHIBIT B

**Phillup G. Newhope**
**LIFO Losses in Maxar Technologies Inc.**
Class Period: 2/22/2018 - 1/7/2019
Retained Shares Valued At                          $5.77

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/4/2018 | 3,000 | $15.20 | $45,600.00 | Sale | 12/7/2018 | 200 | $15.35 | $3,070.00 |
| Purchase | 12/4/2018 | 150 | $15.35 | $2,302.50 | Sale | 12/7/2018 | 310 | $15.39 | $4,770.90 |
| Purchase | 12/4/2018 | 1,000 | $15.68 | $15,679.70 | Sale | 12/7/2018 | 300 | $15.38 | $4,614.00 |
| Purchase | 12/4/2018 | 900 | $15.68 | $14,112.00 | Sale | 12/7/2018 | 100 | $15.35 | $1,535.00 |
| Purchase | 12/4/2018 | 100 | $15.68 | $1,567.99 | Sale | 12/7/2018 | 100 | $15.34 | $1,534.00 |
| Purchase | 12/4/2018 | 1,000 | $15.68 | $15,680.00 | Sale | 12/7/2018 | 9,190 | $15.33 | $140,882.70 |
| Purchase | 12/4/2018 | 2,850 | $15.33 | $43,688.79 | Sale | 12/7/2018 | 9,800 | $15.31 | $150,007.62 |
| Purchase | 12/6/2018 | 3,000 | $13.92 | $41,754.00 | Sale | 12/7/2018 | 10,000 | $15.41 | $154,100.00 |
| Purchase | 12/6/2018 | 3,000 | $13.79 | $41,365.80 | Retained Shares | | 28,000 | $5.77 | $161,595.74 |
| Purchase | 12/6/2018 | 3,000 | $13.68 | $41,040.00 | | | | | |
| Purchase | 12/6/2018 | 2,600 | $13.69 | $35,583.34 | | | | | |
| Purchase | 12/6/2018 | 400 | $13.68 | $5,470.56 | | | | | |
| Purchase | 12/6/2018 | 3,000 | $13.61 | $40,830.00 | | | | | |
| Purchase | 12/6/2018 | 1,800 | $13.55 | $24,390.00 | | | | | |
| Purchase | 12/6/2018 | 300 | $13.54 | $4,062.00 | | | | | |
| Purchase | 12/6/2018 | 200 | $13.53 | $2,706.00 | | | | | |
| Purchase | 12/6/2018 | 300 | $13.52 | $4,056.00 | | | | | |
| Purchase | 12/6/2018 | 200 | $13.51 | $2,702.00 | | | | | |
| Purchase | 12/6/2018 | 200 | $13.50 | $2,700.00 | | | | | |
| Purchase | 12/6/2018 | 3,000 | $13.30 | $39,897.60 | | | | | |
| Purchase | 12/7/2018 | 400 | $13.93 | $5,572.00 | | | | | |
| Purchase | 12/7/2018 | 400 | $13.93 | $5,571.60 | | | | | |
| Purchase | 12/7/2018 | 400 | $13.92 | $5,569.76 | | | | | |
| Purchase | 12/7/2018 | 300 | $13.92 | $4,175.67 | | | | | |
| Purchase | 12/7/2018 | 300 | $13.91 | $4,172.67 | | | | | |
| Purchase | 12/7/2018 | 200 | $13.91 | $2,781.32 | | | | | |
| Purchase | 12/7/2018 | 1,256 | $13.96 | $17,533.76 | | | | | |
| Purchase | 12/7/2018 | 200 | $13.96 | $2,791.80 | | | | | |
| Purchase | 12/7/2018 | 200 | $13.95 | $2,790.90 | | | | | |
| Purchase | 12/7/2018 | 344 | $13.95 | $4,798.42 | | | | | |
| Purchase | 12/10/2018 | 2,000 | $13.60 | $27,194.00 | | | | | |
| Purchase | 12/10/2018 | 2,000 | $13.54 | $27,080.00 | | | | | |
| Purchase | 12/10/2018 | 2,000 | $13.45 | $26,896.00 | | | | | |
| Purchase | 12/10/2018 | 2,000 | $13.45 | $26,899.20 | | | | | |
| Purchase | 12/10/2018 | 2,000 | $13.43 | $26,859.80 | | | | | |
| Purchase | 12/10/2018 | 2,000 | $13.44 | $26,876.00 | | | | | |
| Purchase | 12/10/2018 | 2,000 | $13.43 | $26,860.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Purchase | 12/10/2018 | 2,000 | $13.42 | $26,839.20 | | | |
| Purchase | 12/11/2018 | 2,000 | $13.21 | $26,418.40 | | | |
| Purchase | 12/11/2018 | 2,000 | $13.16 | $26,327.40 | | | |
| Purchase | 12/11/2018 | 2,000 | $13.16 | $26,315.60 | | | |
| Purchase | 12/11/2018 | 200 | $13.09 | $2,618.72 | | | |
| Purchase | 12/11/2018 | 1,300 | $13.09 | $17,021.55 | | | |
| Purchase | 12/11/2018 | 500 | $13.09 | $6,542.65 | | | |
| | | 58,000 | | $801,694.70 | | 58,000 | $622,109.96 |

*LIFO Losses in Maxar Technologies Inc.*    ($179,584.74)

**The Slaunwhite Family Trust**
**LIFO Losses in Maxar Technologies Inc.**
Class Period: 2/22/2018 - 1/7/2019
Retained Shares Valued At                                    $5.77

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/25/2018 | 3,500 | $27.95 | $97,831.62 | Retained | | 3,500 | $5.77 | $20,199.47 |
| | | 3,500 | | $97,831.62 | | | 3,500 | | $20,199.47 |

*LIFO Losses in Maxar Technologies Inc.*    ($77,632.15)

**The Slaunwhite Family Trust**
**LIFO OPTIONS Losses in Maxar Technologies Inc.**
Class Period: 2/22/2018 - 1/7/2019

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Contracts | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale - Put Option | 10/26/2018 | 35 | $3.00 | $10,500.00 |
| | | | | | | | **Shares** | | |
| Purchase - Pursuant to Put Option | 3/4/2019 | 800 | $25.00 | $20,000.00 | Retained * | | 800 | $5.01 | $4,009.60 |
| Purchase - Pursuant to Put Option | 3/6/2019 | 1,400 | $25.00 | $35,000.00 | Retained * | | 1,400 | $4.98 | $6,972.00 |
| Purchase - Pursuant to Put Option | 3/15/2019 | 1,300 | $25.00 | $32,500.00 | Retained * | | 1,300 | $4.57 | $5,941.00 |
| | | 3,500 | | $87,500.00 | | | | | |

*LIFO OPTIONS Losses in Maxar Technologies Inc.*    ($60,077.40)

*Total:*    ($137,709.55)

*Retained shares priced at average of daily closing price from date of purchase through 3/15/19.