# <u>EXHIBIT C</u>

*Source: Pomerantz LLP*

*January 14, 2019 20:02 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action against Maxar Technologies Inc. and Certain Officers – MAXR

NEW YORK, Jan. 14, 2019 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Maxar Technologies Inc. ("Maxar" or the "Company") (NYSE: MAXR) and certain of its officers. The class action, filed in United States District Court, District of Colorado, and docketed under 19-cv-00124, is on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Maxar securities between March 29, 2018 through January 7, 2019, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Maxar securities between March 29, 2018, and January 7, 2019, both dates inclusive, you have until March 15, 2019, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

**[Click here to join this class action]**

Maxar is a leading global provider of advanced space technology solutions for commercial and government markets including satellites, Earth imagery, geospatial data, and analytics, at the nexus of the new space economy, developing and sustaining its infrastructure and delivering the products, services, systems, and solutions.

Among the Company's assets is the WorldView-4 satellite ("WorldView-4"). Launched in November 2016, WorldView-4 generated revenues of approximately $85 million in fiscal year 2018. The satellite had a net book value of approximately $155 million, including related assets, as of December 31, 2018. WorldView-4 is equipped with control moment gyros ("CMGs"), which are attitude control devices generally used in spacecraft attitude control systems.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Maxar improperly inflated the value of its intangible assets, among other accounting improprieties; (ii) Maxar's highly-valued WorldView-4 was equipped with CMGs that were faulty and/or ill-suited for their designed and intended purpose; and (iii) as a result, Maxar's public statements were materially false and misleading at all relevant times.

On August 7, 2018, Spruce Point Capital Management ("Spruce Point") published a research report regarding Maxar. The Spruce Point report alleged, in part, that Maxar "has pulled one of the most aggressive accounting schemes Spruce Point has ever seen to inflate Non-IFRS earnings by 79%". Specifically, the report asserted that Maxar had used its acquisition of DigitalGlobe "to inflate [its] intangible assets" and had "amended its post-retirement benefit plan to book one-time gains" in a manner that "was not fully disclosed across its investor communications."

Following publication of the Spruce Point report, Maxar's stock price fell $5.97 per share, or 13.44%, to close at $38.44 on August 7, 2018.

Then, on January 7, 2019, Maxar disclosed that WorldView-4 had experienced a failure in its CMGs, preventing the satellite from collecting imagery due to the loss of an axis of stability.  It was further disclosed that WorldView-4 will likely not be recoverable and will no longer produce usable imagery.

Following this announcement, the Company's stock price fell $5.69 per share, or 48.5%, over the following two trading sessions, to close at $6.03 per share on January 8, 2019.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com