**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No**.: 1:19-cv-00124

LOGAN DURANT, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, BIGGS PORTER,
and MICHAEL B. WIRASEKARA, JR,

Defendants.

---

**Civil Action No**.: 1:19-cv-00758

HOWARD SCHWARTZ and JILL
SCHWARTZ, on Behalf of Themselves and
All Others Similarly Situated,,

Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, BIGGS PORTER,
and MICHAEL B. WIRASEKARA, JR,

Defendants.

---

**NOTICE OF MOTION OF THE MAXAR INVESTOR GROUP FOR
CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Gabriel Assioun, Kelly Svendsen, and Babulal Tarapara (collectively, the "Maxar Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the Maxar Investor Group as Lead Plaintiffs on behalf of all persons and entities that purchased or otherwise acquired securities of Maxar Technologies Inc. ("Maxar" or the "Company"), between March 29, 2018 through January 7, 2019, both dates inclusive (the "Class Period"); (3) approving Lead Plaintiff's selection of Pomerantz LLP ("Pomerantz") and Glancy Prongay & Murray LLP ("GPM") as Co-Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this motion, the Maxar Investor Group submits a Memorandum of Law, the Declaration of Jeremy A. Lieberman submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated:   March 15, 2019

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

1

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lesley Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  310-201-9150
Facsimile:    310-201-9160
Email: lportnoy@glancylaw.com

*Counsel for Movants and Proposed*
*Lead Counsel for the Class*

2