**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

**Civil Action No**.: 1:19-cv-00124

LOGAN DURANT, Individually and on
Behalf of All Others Similarly Situated,

                            Plaintiff,

       v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, BIGGS PORTER,
and MICHAEL B. WIRASEKARA, JR,

                        Defendants.

---

**Civil Action No**.: 1:19-cv-00758

HOWARD SCHWARTZ and JILL
SCHWARTZ, on Behalf of Themselves and
All Others Similarly Situated,,

                            Plaintiff,

       v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, BIGGS PORTER,
and MICHAEL B. WIRASEKARA, JR,

                        Defendants.

---

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE
MAXAR INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.     I am an attorney with Pomerantz LLP ("Pomerantz"), counsel for Gabriel Assioun, Kelly Svendsen, and Babulal Tarapara (the "Maxar Investor Group"). I make this Declaration in support of the motion by the Maxar Investor Group for consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of the Maxar

Investor Group's selection of Pomerantz and Glancy Prongay & Murray LLP ("GPM") as Co-Lead Counsel for the Class.

2.      Attached hereto as Exhibit A is a true and correct copy of the press release published over *Globe Newswire*, announcing the pendency of the first of the above-captioned actions to be filed, on January 14, 2019.

3.      Attached hereto collectively as Exhibit B are true and correct copies of shareholder certifications executed by the members of the Maxar Investor Group.

4.      Attached hereto as Exhibit C is a true and correct copy of a chart detailing the losses sustained by the Maxar Investor Group.

5.      Attached hereto as Exhibit D is a true and correct copy of the firm resume of Pomerantz.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of GPM.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2019 in New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman