# EXHIBIT B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.   I, _Gabriel Assioun_ , make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Maxar Technologies, Inc. ("Maxar" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire Maxar securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Maxar securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Maxar securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.



I declare under penalty of perjury that the foregoing is true and correct.

MAR. 14, 2019
(Date)

(Signature)

Gabriel Assioun
(Type or Print Name)

**Maxar Technologies, Inc. (MAXR)**                                          **Assioun, Gabriel**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 10/5/2018 | Purchase | 1,000 | $33.2500 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, KELLY SVENDSEN _____, make this declaration pursuant to

Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities

Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Maxar Technologies Inc. ("Maxar" or the "Company") and,

authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire Maxar securities at the direction of plaintiffs' counsel or in order to

participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or

acquired Maxar securities during the class period, including providing testimony at deposition and trial, if

necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Maxar

securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not

sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set

forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses

directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed _JANUARY 17, 2019_
　　　　　　(Date)

_____
(Signature)

_KELLY SVENDSEN_
(Type or Print Name)

**Maxar Technologies, Inc. (MAXR)**                                                              **Svendsen, Kelly**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 10/5/2018 | Purchase | 1,000 | $33.2500 |

**SWORN CERTIFICATION OF PLAINTIFF**

**MAXAR TECHNOLOGIES INC. SECURITIES LITIGATION**

I, Babulal Tarapara, individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the Maxar Technologies Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Maxar Technologies Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

    *In re K12 Inc. Securities Litigation* No. 4:16-cv-04069 (N.D.Cal.)

    *In re ITT Educational Services, Inc. Securities Litigation (Indiana)* No. 1:14-cv-01599 (S.D.Ind.)

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

DocuSigned by:

Babulal Tarapara

D9A74637F6FA452...

3/15/2019

Date

Babulal Tarapara

**Babulal Tarapara's Transactions in**
**Maxar Technologies Inc. (MAXR)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 01/07/2019 | Bought | 2,000 | $9.1136 |
| 01/07/2019 | Bought | 2,000 | $8.6635 |
| 01/07/2019 | Bought | 2,000 | $8.4635 |
| 01/07/2019 | Bought | 1,300 | $8.2049 |
| 01/07/2019 | Bought | 700 | $8.1900 |
| 01/07/2019 | Bought | 2,000 | $8.0935 |