# EXHIBIT C

**Maxar Technologies, Inc. (MAXR)**
**Class Period: March 29, 2018 to January 7, 2019**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 66-Day* Mean Price $5.7974 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assioun, Gabriel** | **11/05/2018** | **6,000** | **16.986947** | **($101,922)** | | | | | **6,000** | **$34,784** | **($67,137)** |
| **Svendsen, Kelly** | **10/05/2018** | **1,000** | **$33.2500** | **($33,250)** | | | | | **1,000** | **$5,797** | **($27,453)** |
| Tarapara, Babulal | 01/07/2019 | 2,000 | $9.1136 | ($18,227) | | | | | | | |
| Tarapara, Babulal | 01/07/2019 | 2,000 | $8.6635 | ($17,327) | | | | | | | |
| Tarapara, Babulal | 01/07/2019 | 2,000 | $8.4635 | ($16,927) | | | | | | | |
| Tarapara, Babulal | 01/07/2019 | 1,300 | $8.2049 | ($10,666) | | | | | | | |
| Tarapara, Babulal | 01/07/2019 | 700 | $8.1900 | ($5,733) | | | | | | | |
| Tarapara, Babulal | 01/07/2019 | 2,000 | $8.0935 | ($16,187) | | | | | | | |
| **Tarapara, Babulal** | | **10,000** | | **($85,068)** | | | | | **10,000** | **$57,974** | **($27,094)** |
| <u>Summary</u> | | | | | | | | | | | |
| Assioun, Gabriel | | 6,000 | | ($101,922) | | | | | 6,000 | | ($67,137) |
| Svendsen, Kelly | | 1,000 | | ($33,250) | | | | | 1,000 | | ($27,453) |
| Tarapara, Babulal | | 10,000 | | ($85,068) | | | | | 10,000 | | ($27,094) |
| **Total** | | **17,000** | | **($220,239)** | | | | | **17,000** | | **($121,684)** |

*Avg Closing Prices from Jan 8, 2019 to Mar 14, 2019.