## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**Civil Action No**.: 1:19-cv-00124

LOGAN DURANT, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, BIGGS PORTER,
and MICHAEL B. WIRASEKARA, JR,

Defendants.

---

**Civil Action No**.: 1:19-cv-00758

HOWARD SCHWARTZ and JILL
SCHWARTZ, on Behalf of Themselves and
All Others Similarly Situated,,

Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, BIGGS PORTER,
and MICHAEL B. WIRASEKARA, JR,

Defendants.

---

## NOTICE OF  NON-OPPOSITION OF THE MAXAR INVESTOR GROUP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

On March 15, 2019, Gabriel Assioun, Kelly Svendsen, and Babulal Tarapara (collectively, the "Maxar Investor Group") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the Maxar Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired securities of Maxar Technologies Inc. between March 29, 2018 through January 7, 2019, both dates inclusive; and (3) approving Lead Plaintiff's selection of Pomerantz LLP and Glancy Prongay & Murray LLP  as Co-Lead Counsel for the Class.  Dkt. No. 29.

Having reviewed the competing motions before the Court filed by other putative class members, the Maxar Investor Group does not appear to have the greatest financial interest in the Related Actions within the meaning of the PSLRA and does not oppose the competing motions. This notice of non-opposition shall have no impact on the membership of the Maxar Investor Group's members in the proposed class or their right to share in any recovery obtained for the benefit of class members.

Dated:   March 22, 2019

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

1

ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lesley Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  310-201-9150
Facsimile:    310-201-9160
Email: lportnoy@glancylaw.com

*Counsel for Movants*

2