# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00124-WJM-SKC

LOGAN DURANT,
Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

 v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE,
BIGGS PORTER, and
MICHAEL B. WIRASEKARA, JR.

      Defendants.

---

Civil Action No. 1:19-cv-00758- NRN

HOWARD SCHWARTZ and
JILL SCHWARTZ, on Behalf of Themselves and All Others Similarly Situated,

      Plaintiffs,

 v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE,
BIGGS PORTER, and
MICHAEL B. WIRASEKARA, JR.

      Defendants.

---

**NOTICE OF HOWARD AND JILL SCHWARTZ REGARDING THEIR MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

---

On March 15, 2019, pursuant to §21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), putative Class members and Lead Plaintiff movants Howard and Jill Schwartz (collectively, the "Schwartzes" or "Movants") timely filed a motion for consolidation, appointment as lead plaintiff, and approval of lead counsel in connection with the above-captioned securities fraud class actions.  ECF No. 21.  Five similar motions were filed by other putative Class members. ECF Nos. 23, 24, 25, 27 & 29.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that the Schwartzes have not asserted the "largest financial interest." However, in the event that the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, the Schwartzes remain willing and able to serve as lead plaintiff or as named class representatives.

By this Notice, the Schwartzes do not waive, compromise, or relinquish their right to participate in this litigation or receive their share of any recovery to the Class.

Dated: April 5, 2019                    Respectfully submitted,


                                        /s/ *Jeffrey A. Berens*
                                        Jeffrey A. Berens
                                        **BERENS LAW LLC**
                                        2373 Central Park Boulevard, Suite 100
                                        Denver, CO 80238
                                        Telephone: (303) 861-1764
                                        Facsimile:  (303) 395-0393
                                        jeff@jberenslaw.com

                                        *Counsel for Howard and Jill Schwartz*

1

2

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
Thomas L. Laughlin, IV
Rhiana L. Swartz
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Counsel for Howard and Jill Schwartz*

**CRIDEN & LOVE, P.A.**
Michael E. Criden
Lindsey C. Grossman
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9000
Facsimile:  (305) 357-9050
mcriden@cridenlove.com
lgrossman@cridenlove.com

*Additional Counsel for Howard and Jill
Schwartz*

## CERTIFICATE OF SERVICE

I, Jeffrey A. Berens, hereby certify that on April 5, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

Dated: April 5, 2019

*/s/ Jeffrey A. Berens*
Jeffrey A. Berens
BERENS LAW LLC

3