# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00124-WJM-SKC

LOGAN DURANT, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, BIGGS PORTER,
and MICHAEL B. WIRASEKARA, JR.,

    Defendants.

---

## NOTICE OF NON-OPPOSITION OF THE MIAMI FIREFIGHTERS' RELIEF & PENSION FUND TO COMPETING MOTIONS

---

Lead Plaintiff Movant, The Miami Firefighters' Relief & Pension Fund (the "Miami Firefighters' Fund" or "Miami") having reviewed the competing lead plaintiff motions, does not appear to have the largest financial interest and therefore provides notice that it does not oppose the competing motions.   This Notice of Non-Opposition shall have no impact on Miami's membership in the putative class, its right to share in any recovery obtained for the benefit of the class members, and its ability to serve as a representative party should the need arise.

Dated: April 5, 2019

Respectfully submitted,

By: /s/Jeffrey S. Abraham
Jeffrey S. Abraham
Mitchell M.Z. Twersky
Atara Hirsch
**ABRAHAM, FRUCHTER AND TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
Email: JAbraham@aftlaw.com

**Proposed Lead Counsel for the Class and Counsel for the Miami Firefighters Relief & Pension Fund**

**Sugarman & Susskind P.A.**
Pedro A. Herrera
100 Miracle Mile
Suite 300
Coral Gables, Florida 33134
Tel. (305) 529-2801
Fax. (305) 447-8115
Email: Pherrera@sugarmansusskind.com

**Additional Counsel for Miami Firefighters' Relief & Pension Fund**

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that on April 5, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

By: /s/Jeffrey S. Abraham
Jeffrey S. Abraham
**ABRAHAM, FRUCHTER AND TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
Email: JAbraham@aftlaw.com

2