
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA

    Defendants.

---

**DECLARATION OF KRISTIN N. MURPHY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

I, Kristin N. Murphy declare as follows:

1. I am an attorney admitted to practice before this Court. I am counsel with the law firm of Latham & Watkins LLP, counsel to Defendants Maxar Technologies, Inc. ("Maxar"), Howard L. Lance and Anil Wirasekara (collectively, "Defendants"). I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Complaint ("the Motion"), which is filed concurrently herewith. The highlighted excerpts consist of the purportedly false statements and corrective disclosures alleged in the Consolidated Complaint as well as judicially noticeable exhibits cited in the Motion.

2. Attached hereto as **Exhibit 1** are true and correct copies of a letter to Trig Smith, counsel for Plaintiff, detailing our meet and confer, dated November 27, 2019; a response letter from Debashish Bakshi, dated December 4, 2019; and a reply letter to Debashish Bakshi, dated December 4, 2019.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Maxar's press release entitled, "Spacecom Selects Maxar Technologies' SSL to Build AMOS-8 Communications Satellite with Advanced Capabilities," dated March 26, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Space Systems Loral's March 26, 2018 twitter post. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a September 3, 2018 press release by the Israeli Ministry of Science and Technology. For the Court's convenience, this exhibit also contains a translated version and notarized certification of translation.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Spacecom's September 25, 2018 filing with the Tel Aviv Stock Exchange entitled "Immediate Report." For the Court's

convenience, this exhibit also contains a translated version and notarized certification of translation.

7. Attached hereto as **Exhibit 6** are true and correct excerpts from Maxar Technologies, Ltd.'s Form 6-K, which was filed with the Securities and Exchange Commission on May 9, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint. A full copy is available upon request or on the SEC's Filing Database. *See Filing Detail*, Securities and Exchange Commission, https://www.sec.gov/Archives/edgar/data/1121142/000155837018004408/0001558370-18-004408-index.htm.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Anil Wirasekara's Form 52-109F2, Certification of Interim Filings, Full Certificate, which was filed with Canadian SEDAR on May 9, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Howard L. Lance's Form 52-109F2, Certification of Interim Filings, Full Certificate, which was filed with Canadian SEDAR on May 9, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

10. Attached hereto as **Exhibit 9** are true and correct excerpts from Maxar Technologies, Ltd.'s Form 6-K, which was filed with the Securities and Exchange Commission on July 31, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint. A full copy is available upon request or on the SEC's Filing Database. *See Filing Detail*, Securities and Exchange Commission, https://www.sec.gov/Archives/edgar/data/1121142/000155837018005920/0001558370-18-005920-index.htm.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Anil Wirasekara's Form 52-109F2, Certification of Interim Filings, Full Certificate, which was filed with Canadian SEDAR on July 31, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Howard L. Lance's Form 52-109F2, Certification of Interim Filings, Full Certificate, which was filed with Canadian SEDAR on July 31, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

13. Attached hereto as **Exhibit 12** are true and correct excerpts of Spruce Point Capital Management's Investment Research Report on Maxar Technologies, dated August 7, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint and the Motion. A full copy is available upon request or on Spruce Point Management's website. *See Spruce Point Report,* Spruce Point Management, https://www.sprucepointcap.com/reports/maxr_research_thesis_8-7-2018.pdf.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the press release entitled, "Maxar Technologies Provides Comprehensive Response to Shareholders Following Misleading Short-Seller Campaign by Hedge Fund," dated August 24, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

15. Attached hereto as **Exhibit 14** are true and correct excerpts from Maxar Technologies, Ltd.'s Form 6-K, which was filed with the Securities and Exchange Commission on October 31, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint. A full copy is available upon request or on the SEC's Filing Database. *See Filing Detail*, Securities and Exchange Commission,

https://www.sec.gov/Archives/edgar/data/1121142/000155837018008109/0001558370-18-008109-index.htm.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a Maxar press release entitled, "Maxar Technologies Reports Failure of WorldView-4 Imaging Satellite," dated January 7, 2019. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

17. Attached hereto as **Exhibit 16** are true and correct excerpts from Maxar's "FQ 1 2018 Earnings Call Transcripts," dated May 9, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint. A full copy is available upon request or at S&P Global, https://www.spglobal.com/marketintelligence.

18. Attached hereto as **Exhibit 17** are true and correct excerpts of a presentation given during Maxar's First Quarter 2018 Earnings Call, dated May 9, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint. Defendants will provide a full copy upon request.

19. Attached hereto as **Exhibit 18** are true and correct excerpts of the transcript of Maxar's "Special Call," dated November 6, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint and the Motion. Defendants will provide a full copy upon request.

20. Attached hereto as **Exhibit 19** are true and correct excerpts of a presentation given by Maxar at the Credit Suisse 6th Annual Industrials Conference entitled, "Leading in the New Space Economy," dated November 28, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint and the Motion. Defendants will provide a full copy upon request.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a Maxar's "Notice of Change of Auditor," dated August 1, 2018, which was filed with the Securities and Exchange

5

Commission on August 15, 2018. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint and the Motion.

22. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 6th day of December 2019.

By  */s/ Kristin N. Murphy*
      Kristin N. Murphy

## CERTIFICATE OF SERVICE

The undersigned certifies on this 6th day of December 2019, a true and correct copy of the foregoing **DECLARATION OF KRISTIN N. MURPHY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** was filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following addresses:

> ROBBINS GELLER RUDMAN & DOWD LLP
> SPENCER A. BURKHOLZ
> HENRY ROSEN
> TRIG R. SMITH
> DEBASHISH BAKSHI
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> 619/231-7423 (fax)
> spenceb@rgrdlaw.com
> henryr@rgrdlaw.com
> tsmith@rgrdlaw.com
> dbakshi@rgrdlaw.com
>
> Attorneys for **Plaintiffs**

*/s/ Judith J. Bulanowski*
Judith J. Bulanowski, Legal Secretary