**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA

      Defendants.

---

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED COMPLAINT**

---

Pursuant to Federal Rule of Evidence 201, Maxar Technologies, Inc. ("Maxar"), Howard L. Lance and Anil Wirasekara (collectively, "Defendants") hereby request the Court to take judicial notice of the contents of the documents attached to the Declaration of Kristin N. Murphy ("Murphy Declaration"). Defendants make this request in conjunction with their Motion to Dismiss Plaintiff's Consolidated Complaint ("the Motion"), filed concurrently herewith.

Judicial notice of the documents attached to the Murphy Declaration is appropriate because Plaintiff directly references and relies upon each of these documents in the Consolidated Complaint. *See GFF Corp. v. Associated Wholesale Grocers,* 130 F.3d 1381, 1384 (10th Cir. 1997) (defendants may submit an indisputably authentic copy of a document referred to in the complaint and central to the plaintiff's claim, even if plaintiff does not attach the document to its complaint); *see also Noble Asset Mgmt. v. Allos Therapeutics, Inc.*, No. 04-CV-1030, 2005 WL 4161977, *2 (D. Colo. Oct. 20, 2005) (same).

- **Exhibit 2**:  Maxar's press release entitled, "Spacecom Selects Maxar Technologies' SSL to Build AMOS-8 Communications Satellite with Advanced Capabilities," dated March 26, 2018, which Plaintiff cites in the Consolidated Complaint at paragraphs 7, 113, 114 and 155.  For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

- **Exhibit 3**:  Space System Loral's March 26, 2018 twitter post, which Plaintiff cites in the Consolidated Complaint at paragraph 156.  For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

- **Exhibit 4**:  September 3, 2018 press release by the Israeli Ministry of Science and Technology, which Plaintiff cites in the Consolidated Complaint at paragraph 181. For the Court's convenience, this exhibit also contains a translated version and notarized certification of translation.

- **Exhibit 5**:  September 25, 2018 Tel Aviv Stock Exchange Filing, which Plaintiff cites in the Consolidated Complaint at paragraph 183.  For the Court's convenience, this exhibit also contains a translated version and notarized certification of translation.

- **Exhibit 6**:  Excerpts from Maxar Technologies, Ltd.'s Form 6-K, which was filed with the Securities and Exchange Commission on May 9, 2018, which Plaintiff cites in the Consolidated Complaint at paragraphs 158, 163 and 164.  For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.  Defendants will provide a full copy upon request, and the complete copy is available on the SEC's Filing Database.  *See Filing Detail*, Securities and Exchange Commission, https://www.sec.gov/Archives/edgar/data/ 1121142/000155837018004408/ 0001558370-18-004408-index.htm.

2

- **Exhibit 7:** Anil Wirasekara's Form 52-109F2, Certification of Interim Filings, Full Certificate, which was filed with Canadian SEDAR on May 9, 2018, which Plaintiff cites in the Consolidated Complaint at paragraph 162. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

- **Exhibit 8:** Howard L. Lance's Form 52-109F2, Certification of Interim Filings, Full Certificate, which was filed with Canadian SEDAR on May 9, 2018, which Plaintiff cites in the Consolidated Complaint at paragraph 162. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

- **Exhibit 9**: Excerpts from Maxar Technologies, Ltd.'s Form 6-K, which was filed with the Securities and Exchange Commission on July 31, 2018, which Plaintiff cites in the Consolidated Complaint at paragraphs 168-69. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint. A full copy is available upon request or on the SEC's Filing Database. *See Filing Detail*, Securities and Exchange Commission, https://www.sec.gov/ Archives/edgar/data/1121142/000155837018005920/0001558370-18-005920- index.htm.

- **Exhibit 10:** Anil Wirasekara's Form 52-109F2, Certification of Interim Filings, Full Certificate, which was filed with Canadian SEDAR on July 31, 2018, which Plaintiff cites in the Consolidated Complaint at paragraph 167. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

- **Exhibit 11:** Howard L. Lance's Form 52-109F2, Certification of Interim Filings, Full Certificate, which was filed with Canadian SEDAR on July 31, 2018, which

Plaintiff cites in the Consolidated Complaint at paragraph 167.  For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

- **Exhibit 12**:  Excerpts from Spruce Point Capital Management's Investment Research Report on Maxar, dated August 7, 2018, which Plaintiff cites in the Consolidated Complaint at paragraphs 11, 175, 179, 209, and 225.  For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint and the Motion.  A full copy is available upon request or on Spruce Point Management's website.  *See Spruce Point Report,* Spruce Point Management, https://www.sprucepointcap.com/reports/maxr_research_thesis_8-7-2018.pdf.

- **Exhibit 13:**  Press release entitled "Maxar Technologies Provides Comprehensive Response to Shareholders Following Misleading Short-Seller Campaign by Hedge Fund," dated August 24, 2018, which Plaintiff cites in the Consolidated Complaint at paragraphs 12, 179, 211, and 227.  For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

- **Exhibit 14**:  Excerpts from Maxar's Form 6-K, which was filed with the Securities and Exchange Commission on October 31, 2018, which Plaintiff cites in the Consolidated Complaint at paragraphs 14, 140, 150, 160, 171, 186 and 214.  For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.  A full copy is available upon request or on the SEC's Filing Database.  *See Filing Detail*, Securities and Exchange Commission, https://www.sec.gov/Archives/edgar/data/1121142/000155837018008109/000155837 0-18-008109-index.htm.

- **Exhibit 15**: Maxar's January 7, 2019 press release entitled, "Maxar Technologies Reports Failure of WorldView-4 Imaging Satellite," which Plaintiff cites in the Consolidated Complaint at paragraphs 16, 152, and 198. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint.

- **Exhibit 16**: Excerpts from Maxar's "FQ1 2018 Earnings Call Transcripts," dated May 9, 2018, which Plaintiff cites in the Consolidated Complaint at paragraph 157. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint. A full copy is available upon request or at S&P Global, https://www.spglobal.com/marketintelligence.

- **Exhibit 17**: Excerpts of a presentation given during Maxar's First Quarter 2018 Earnings Call, dated May 9, 2018, which Plaintiff cites in the Consolidated Complaint at paragraph 158. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint. Defendants will provide a full copy upon request.

- **Exhibit 18**: Excerpts of the transcript of Maxar's "Special Call," dated November 6, 2018, which Plaintiff cites in the Consolidated Complaint at paragraph 172. For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint and the Motion. Defendants will provide a full copy upon request.

- **Exhibit 19:** Excerpts of a presentation given by Maxar at the Credit Suisse 6th Annual Industrials Conference entitled "Leading in the New Space Economy," dated November 28, 2018, which Plaintiff cites in the Consolidated Complaint at paragraph 173. For the Court's convenience, this exhibit has been highlighted to identify the

points referenced in the Consolidated Complaint.  Defendants will provide a full copy upon request.

- **Exhibit 20:**  Maxar's "Notice of Change of Auditor," dated August 1, 2018, which was filed with the Securities and Exchange Commission on August 15, 2018, which Plaintiff cites in the Consolidated Complaint at paragraph 226.  For the Court's convenience, this exhibit has been highlighted to identify the points referenced in the Consolidated Complaint and the Motion.

Because the documents attached to the Murphy Declaration are documents that Plaintiff references and relies upon in the Consolidated Complaint and because all are authentic copies of those documents, they are properly the subject of judicial notice.  Defendants thus respectfully request that the Court take judicial notice of **Exhibits 2-20**.

Respectfully submitted this 6th day of December 2019.

SHERMAN & HOWARD L.L.C.

*/s/ Jerome H. Sturhahn*
Milton L. Smith
Peter G. Koclanes
Jerome H. Sturhahn
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone: (303) 297-2900
Facsimile:  (303) 298-0940
Email: msmith@shermanhoward.com
        pkoclanes@shermanhoward.com
        jsturhahn@shermanhoward.com

LATHAM & WATKINS LLP

*/s/ Brian T. Glennon*
Brian T. Glennon
Eric C. Pettis
355 S. Grand Ave., Suite 1000
Los Angeles, CA 90071
Telephone: (213) 891-7593
Facsimile:  (213) 891-8763
Email: brian.glennon@lw.com
            eric.pettis@lw.com


Kristin N. Murphy
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 755-8287
Facsimile:  (714) 755-8290
Email: Kristin.murphy@lw.com

*Attorneys for Defendants Maxar
Technologies Inc., Howard L. Lance, and
Anil Wirasekara*

## CERTIFICATE OF SERVICE

The undersigned certifies on this 6th day of December 2019, a true and correct copy of the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** was filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following addresses:

ROBBINS GELLER RUDMAN & DOWD LLP
SPENCER A. BURKHOLZ
HENRY ROSEN
TRIG R. SMITH
DEBASHISH BAKSHI
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
henryr@rgrdlaw.com
tsmith@rgrdlaw.com
dbakshi@rgrdlaw.com

*/s/ Judith J. Bulanowski*
Judith J. Bulanowski, Legal Secretary

8