## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA,

      Defendants.

---

### DECLARATION OF SERGIO ULLOA IN SUPPORT OF LEAD PLAINTIFF'S
### RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

---

4823-6233-3104.v1

I, SERGIO ULLOA, declare as follows:

1.      I am a Litigation Support Analyst in the Information Technology Department of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), Lead Counsel for Lead Plaintiff Oregon Laborers Employers Pension Trust Fund in the above-captioned action.  I make this declaration in support of Lead Plaintiff's Response to Defendants' Request for Judicial Notice.  I have personal knowledge of the matters asserted herein and, if called upon, I could and would competently testify thereto.

2.      On December 6, 2019, defendants filed the Declaration of Kristin N. Murphy in Support of Defendants' Motion to Dismiss the Consolidated Complaint ("Murphy Declaration"). ECF No. 51-1.

3.      The Murphy Declaration identifies Exhibit 12 as true and correct excerpts of the August 7, 2018 Spruce Point Capital Management ("Spruce Point") report, and identifies the following Internet address, https://www.sprucepointcap.com/reports/maxr_research_thesis_8-7-2018.pdf, where a full copy of the August 7, 2018 report may be obtained.  ECF No. 51-1, ¶13.

4.      On December 23, 2019, I visited the Internet address identified in the Murphy Declaration to obtain a copy of defendants' proposed Exhibit 12 and downloaded that file to my work computer at Robbins Geller.

5.      Attached hereto as Exhibit A is a full copy of the Spruce Point report I obtained from the Internet address https://www.sprucepointcap.com/reports/maxr_research_thesis_8-7-2018.pdf. I printed this file from my work computer at Robbins Geller on December 23, 2019.

- 1 -

4823-6233-3104.v1

6.      Attached hereto as Exhibit B is a screen shot of the metadata associated with the Spruce Point report at https://www.sprucepointcap.com/reports/maxr_research_thesis_8-7-2018.pdf. I printed this screenshot from my work computer at Robbins Geller on December 23, 2019.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of December 2019 at San Diego, California.


                                        s/ SERGIO ULLOA
                                        SERGIO ULLOA

4823-6233-3104.v1