**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA

      Defendants.

---

**DECLARATION OF MARK BEKHEIT IN SUPPORT OF DEFENDANTS' REQUEST FOR
JUDICIAL NOTICE**

I, Mark Bekheit, declare as follows:

1.    I am Partner at the firm of Latham & Watkins LLP.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently thereto.  I submit this declaration in support of Defendants' Reply in Support of their Request for Judicial Notice, which is filed concurrently herewith.

2.    On August 10, 2018, I received a report published by Spruce Point Capital Management (the "Spruce Report").  Attached hereto as **Exhibit 1** is a screen shot of the metadata associated with the Spruce Report.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of the Spruce Report that I received in August 2018.

4.    Attached hereto as **Exhibit 3** are true and correct copies of slides 1, 2, 3, and 60 that were filed with Declaration and Defendants' Request for Judicial Notice on December 6, 2019 (Dkt. 51-12; Dkt. 52).

5.    I declare under penalty of perjury that the foregoing is true and correct.


Respectfully submitted this 24th day of January 2020.



By  */s/ Mark Bekheit*
   Mark Bekheit

1

## CERTIFICATE OF SERVICE

The undersigned certifies on this 24th day of January 2020, a true and correct copy of the foregoing **DECLARATION OF MARK BEKHEIT IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** was filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the following addresses:

ROBBINS GELLER RUDMAN & DOWD LLP
SPENCER A. BURKHOLZ
HENRY ROSEN
TRIG R. SMITH
DEBASHISH BAKSHI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
henryr@rgrdlaw.com
tsmith@rgrdlaw.com
dbakshi@rgrdlaw.com

Attorneys for **Plaintiffs**

*s/ Judith J. Bulanowski*
Judith J. Bulanowski, Legal Secretary

2