**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA,

      Defendants.

**PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION TO STRIKE, AND, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY**

Plaintiff Oregon Laborers Employers Pension Trust Fund ("Plaintiff"), respectfully submits this reply brief in further support of its Motion to Strike, and, in the Alternative, for Leave to File a Sur-reply (ECF No. 61) ("Motion to Strike"). Defendants filed their opposition to Plaintiff's Motion to Strike on February 3, 2020. ECF No. 62.

Defendants attempt to distract from the points raised in the Motion to Strike by arguing they did not provide Plaintiff a copy of the documents at issue because Plaintiff is familiar with them. ECF No. 62. It is true Plaintiff has familiarity with the documents. But Defendants' argument misses the point. Prior to filing their Request for Judicial Notice in Support [of] Defendants' Motion to Dismiss the Consolidated Complaint (ECF No. 52) ("RJN"), Defendants offered no explanation to Plaintiff concerning how or why Exhibits 2-11, 13-15 and 20 should be considered by this Court. The only timely explanation Defendants provided is the vague claim that Exhibits 2-11, 13-15 and 20 were submitted for the Court's "convenience." ECF No. 52. Improperly on reply, Defendants changed their tune and asserted the Court should consider them for the purposes of providing a "complete record" and "necessary context." ECF No. 58 at 4.[1] To this date, however, it is unclear at best whether Defendants have identified any facts that would purportedly complete the record or provide necessary context.[2] Thus, these arguments should be either stricken or Plaintiff should be afforded the opportunity to respond.

---

[1] Defendants now claim these are not new arguments. Any fair reading of the RJN, however, exposes Defendants' denial to be baseless.

[2] As such, Defendants invite this Court to do the job for them. It is precisely this "unscrupulous use of extrinsic documents to resolve competing theories against the complaint" that the Court should reject out of hand. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998-1003 (9th Cir. 2018), *cert. denied*, __ U.S. __, 139 S. Ct. 2615 (2019).

- 1 -

With regard to Exhibit 12, Defendants erroneously declared it to be something that it is not. And, the fact that Defendants' late-offered replacement is substantially similar is beside the point. Here, yet another Latham & Watkins LLP partner has offered a declaration for the purpose of authenticating a non-party document. That offer was made in reply. Does the new Latham & Watkins LLP declaration address the authentication infirmities contained in the first declaration? Has Latham & Watkins LLP demonstrated that it possesses sufficient knowledge to authenticate a non-party document? Tellingly, Defendants' opposition to Plaintiff's Motion to Strike ignores these issues. Plaintiff cannot address them unless afforded the opportunity for a sur-reply. Thus, the Court should either strike the late-offered evidence or provide Plaintiff an opportunity to respond.

DATED: February 4, 2020

ROBBINS GELLER RUDMAN
 & DOWD LLP
SPENCER A. BURKHOLZ
HENRY ROSEN
TRIG R. SMITH
DEBASHISH BAKSHI

s/ TRIG R. SMITH
TRIG R. SMITH

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
henryr@rgrdlaw.com
trigs@rgrdlaw.com
dbakshi@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 3 -

                              ANDRUS WAGSTAFF, PC
                              VANCE R. ANDRUS
                              AIMEE H. WAGSTAFF
                              7171 W. Alaska Drive
                              Lakewood, CO 80226
                              Telephone:  303/376-6360
                              303/376-6361 (fax)
                              vance.andrus@andruswagstaff.com
                              aimee.wagstaff@ andruswagstaff.com

                              Local Counsel

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 4, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ TRIG R. SMITH
TRIG R. SMITH

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  trigs@rgrdlaw.com

# Mailing Information for a Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Debashish Bakshi**
  DBakshi@rgrdlaw.com,DBakshi@ecf.courtdrive.com

- **Jeffrey Allen Berens**
  jeff@jberenslaw.com,jeffreyberens@comcast.net

- **Spencer A. Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com,kip@shumanlawfirm.com

- **Brian Thomas Glennon**
  brian.glennon@lw.com,brian-glennon-0505@ecf.pacerpro.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Kristin Nicole Murphy**
  kristin.murphy@lw.com,kristin-murphy-2919@ecf.pacerpro.com,#ocecf@lw.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Eric C. Pettis**
  eric.pettis@lw.com

- **Henry Rosen**
  henryr@rgrdlaw.com,dianah@rgrdlaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,ChristC@rgrdlaw.com,e_file_sd@rgrdlaw.com,scaesar@rgrdlaw.com

- **Jerome H. Sturhahn**
  jsturhahn@shermanhoward.com,efiling@shermanhoward.com,jbulanow@shermanhoward.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`