**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA,

      Defendants.

---

**DECLARATION OF DEBASHISH BAKSHI IN SUPPORT OF PLAINTIFF'S MOTION
FOR ISSUANCE OF LETTERS ROGATORY TO THE SUPREME COURT OF
BRITISH COLUMBIA**

---

4816-3369-5438.v2

I, DEBASHISH BAKSHI, declare as follows:

1.       I am an associate with the law firm of Robbins Geller Rudman & Dowd, LLP, and I am one of the attorneys representing Lead Plaintiff Oregon Laborers Employers Pension Trust Fund ("Plaintiff") in this action.  I am a member in good standing with the bar of the State of California and have entered my appearance in this action.

2.       I am familiar with the facts and circumstances stated herein, and submit this Declaration in Support of Plaintiff's Motion for Issuance of Letters Rogatory to the Supreme Court of British Columbia.

3.       Plaintiff's proposed letters rogatory to be issued to the Supreme Court of British Columbia, including Plaintiff's document requests, are attached hereto as Exhibit A.

4.       A true and correct copy of a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, issued to KPMG LLP, dated October 9, 2020 is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of December, 2020, at San Diego, California

s/ DEBASHISH BAKSHI<br>
DEBASHISH BAKSHI

- 1 -

4816-3369-5438.v2