# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA,

      Defendants.

---

**DECLARATION OF RYAN STEPHENS IN SUPPORT OF LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

---

4832-6907-8489.v1

I, RYAN STEPHENS, declare as follows:

1.    I respectfully submit this declaration in support of Lead Plaintiff Oregon Laborers Employers Pension Trust Fund's (the "Fund") Motion for Class Certification.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.    The Fund is a multi-employer defined benefit plan that provides retirement benefits to members of the Oregon and Southern Idaho District Council of Laborers and their beneficiaries.  As the Fund's Administrator, I am aware of the process in place by which the Board of Trustees vets and, when appropriate, approves the Fund's participation in securities litigation.  As part of this process, I along with the assistance of Fund counsel, Weinberg, Roger & Rosenfeld, oversee this litigation and monitor outside legal counsel, Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), on behalf of the Fund.

3.    The Fund has more than 5,000 participants and oversees $300 million in assets.

4.    The Fund acquired 9,230 shares of Maxar Technologies, Inc. common stock during the Class Period.  The Fund seeks appointment as class representative.

5.    The Fund understands that the Private Securities Litigation Reform Act of 1995 was enacted to encourage institutional investors and others with meaningful losses to seek to direct securities class actions.  The Fund is a large, sophisticated institutional investor, committed to vigorously prosecuting this litigation should it be appointed as class representative.  The Fund intends to obtain the largest recovery for the class consistent with good faith and sound judgment.

6.    The Fund, with the assistance of Fund counsel, reviews and monitors the progress of this litigation.  In connection therewith, we have: (a) received and reviewed periodic updates and other correspondence from Robbins Geller; (b) collected materials for discovery; (c) reviewed pleadings and other documents in this case; and (d) participated in discussions with Robbins Geller regarding significant developments in the litigation.

- 1 -

4832-6907-8489.v1

7.      The Fund is committed to continuing to actively monitor and participate in the ongoing prosecution of this action and, should it be appointed class representative, to fulfilling its fiduciary duty to all members of the proposed class to provide fair and adequate representation.  The Fund intends to continue to provide fair and adequate representation by, among other things, monitoring the efforts of its selected counsel, Robbins Geller.

8.      The Fund selected Robbins Geller as its proposed class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions.  The Fund believes Robbins Geller possesses the necessary financial and human resources to prosecute this case effectively.

9.      I will keep informed concerning the status and progress of this action, the strengths and weaknesses of the case and at the appropriate time the prospects for settlement.  I will consult with counsel in advance with respect to major litigation events, such as settlement discussions, trial preparation and trial.  I recognize that the Fund owes a fiduciary duty to the proposed class and, if appointed as class representative, the Fund will take all steps necessary to vigorously fulfill that duty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 11th day of February, 2020.

                                                            RYAN STEPHENS
                                                          FUND ADMINISTRATOR

- 2 -