**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA

      Defendants.

---

**DECLARATION OF MERYN C. N. GRANT IN SUPPORT OF DEFENDANTS' RESPONSE
AND STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION**

---

I, Meryn C. N. Grant declare as follows:

1.      I am an attorney admitted to practice before this Court.  I am counsel with the law firm of Latham & Watkins LLP, counsel to Defendants Maxar Technologies, Inc. ("Maxar"), Howard L. Lance and Anil Wirasekara (collectively, "Defendants").  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a Statement of Claim filed in *Charles O'Brien v. Maxar Technologies Inc.*, No. CV-19-00631107-00CP, filed on November 15, 2019, pending in the Superior Court of Justice, in Ontario, Canada.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 4th day of June, 2021.

By  */s/ Meryn C. N. Grant*
Meryn C. N. Grant

1