**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf
of All Others Similarly Situated,

  Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA,

  Defendants.

---

**JOINT MOTION FOR SUPPLEMENTAL STIPULATION AND PROTECTIVE ORDER**

Lead Plaintiff Oregon Laborers Employers Pension Trust Fund ("Lead Plaintiff") and Defendants Maxar Technologies, Inc., Howard L. Lance, and Anil Wirasekara ("Defendants") (together with Lead Plaintiff, the "Parties"), respectfully request that the Court enter the proposed Supplemental Stipulation and Protective Order ("Supplemental Protective Order," attached hereto as Exhibit A)..  In support thereof, the Parties state as follows:

1.      The Parties filed a Stipulation and Protective Order for which Order was entered on November 17, 2020, ECF No. 81 (the "Protective Order").

2.      The Parties have become aware of certain procedures under which access to documents designated as Highly Confidential pursuant to the Protective Order must be handled.  Those procedures are not specified in the Protective Order.

3.      The Parties seek to supplement the Protective Order to specify those procedures.

**WHEREFORE**, the parties respectfully request that the Court enter the proposed Supplemental Protective Order attached as Exhibit A.

DATED:  August 6, 2021                    ROBBINS GELLER RUDMAN & DOWD LLP


/s/ Spencer A. Burkholz

Spencer A. Burkholz
Henry Rosen
Trig R. Smith
Debashish Bakshi
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
henryr@rgrdlaw.com
trigs@rgrdlaw.com
dbakshi@rgrdlaw.com

Lead Counsel for Lead Plaintiff

ANDRUS WAGSTAFF, PC
Vance R. Andrus
Aimee H. Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone:  303/376-6360
303/376-6361 (fax)
vance.andrus@andruswagstaff.com
aimee.wagstaff@ andruswagstaff.com

Local Counsel


Dated:  August 6, 2021                    SHERMAN & HOWARD L.L.C.


/s/ Jerome H. Sturhahn

Jerome H. Sturhahn
Milton L. Smith
Peter G. Koclanes
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone: (302) 297-2900
Facsimile:  (303) 298-0940
Email: msmith@shermanhoward.com

- 3 -

pkoclanes@shermanhoward.com
jsturhahn@shermanhoward.com


LATHAM & WATKINS LLP

*/s/* Brian T. Glennon
Brian T. Glennon
Eric C. Pettis
355 S. Grand Ave., Suite 1000
Los Angeles, CA 90071
Telephone: (213) 891-7593
Facsimile:  (213) 891-8763
Email: brian.glennon@lw.com
eric.pettis@lw.com

Kristin N. Murphy
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 755-8287
Facsimile:  (714) 755-8290
Email: kristin.murphy@lw.com

*Attorneys for Defendants Maxar Technologies*
*Inc., Howard L. Lance, and Anil Wirasekara*