**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA,

      Defendants.

---

**DECLARATION OF PATTON L. JOHNSON IN SUPPORT OF THE UNOPPOSED
MOTION FOR ISSUANCE OF LETTERS ROGATORY TO THE SUPREME COURT
OF BRITISH COLUMBIA**

---

4874-2064-2827.v1

I, PATTON L. JOHNSON, declare as follows:

1.      I am an associate with the law firm of Robbins Geller Rudman & Dowd LLP, and I am one of the attorneys representing Lead Plaintiff Oregon Laborers Employers Pension Trust Fund ("Plaintiff") in this action.  I am a member in good standing with the bar of the State of California and have entered my appearance in this action.

2.      I am familiar with the facts and circumstances stated herein, and submit this Declaration in Support of Unopposed Motion for Issuance of Letters Rogatory to the Supreme Court of British Columbia.

3.      Plaintiff's proposed letters rogatory to be issued to the Supreme Court of British Columbia are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th day of February, 2022, at San Diego, California

s/ Patton L. Johnson
PATTON L. JOHNSON

4874-2064-2827.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 4, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Patton L. Johnson
PATTON L. JOHNSON

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  pjohnson@rgrdlaw.com

4874-2064-2827.v1

# Mailing Information for a Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Jeffrey Allen Berens**
  jeff@jberenslaw.com,jeffreyberens@comcast.net

- **Spencer A. Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew W. Close**
  mclose@omm.com,matthew-close-5511@ecf.pacerpro.com,mleu@omm.com

- **Nicole Gilliland**
  ngilliland@rgrdlaw.com

- **Patton L. Johnson**
  pjohnson@rgrdlaw.com,panderson@rgrdlaw.com,TerreeD@rgrdlaw.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Brittany Allison Rogers**
  brogers@omm.com

- **Henry Rosen**
  henryr@rgrdlaw.com,dianah@rgrdlaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,panderson@rgrdlaw.com,ChristC@rgrdlaw.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Jerome H. Sturhahn**
  jsturhahn@shermanhoward.com,efiling@shermanhoward.com,jbulanow@shermanhoward.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Phillup G  Newhope
,

Logan Durant
,

Michael W Slaunwhite
,