**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA,

      Defendants.

---

**JOINT MOTION FOR ENTRY OF DEPOSITION COORDINATION PROTOCOL
PURSUANT TO MARCH 8, 2022 ORDER**

Lead Plaintiff Oregon Laborers Employers Pension Trust Fund ("Plaintiff") and Defendants Maxar Technologies, Inc., Howard L. Lance and Anil Wirasekara ("Defendants," collectively with Plaintiff, the "Parties"), pursuant to the Court's March 8, 2022 Order (ECF No. 138), respectfully request that the Court enter the Proposed Protocol Governing Coordination of Depositions attached hereto as Exhibit A. *See* ECF No. 138 at 8 ("The Parties are ORDERED to submit a joint motion for entry of the deposition protocol, attaching a protocol consistent with this Order, within seven days from the date of this Order.")

DATED:  March 14, 2022                Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
HENRY ROSEN (017965)
TRIG R. SMITH
CHRISTOPHER D. STEWART
NICOLE Q. GILLILAND
PATTON L. JOHNSON


                           */s/ Christopher Stewart*
                        Christopher Stewart

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
henryr@rgrdlaw.com
trigs@rgrdlaw.com
cstewart@rgrdlaw.com
ngilliland@rgrdlaw.com
pjohnson@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

DATED:  March 14, 2022

O'MELVENY & MYERS LLP
MATTHEW W. CLOSE
BRITTANY ROGERS


_/s/ Brittany Rogers_
Brittany Rogers

400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: 213/430-6000
213/430-6407 (fax)
mclose@omm.com
brogers@omm.com


JEROME H. STURHAHN
MILTON L. SMITH
PETER G. KOCLANES
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone:  303/297-2900
303/298-0940 (fax)
jsturhahn@shermanhoward.com
msmith@shermanhoward.com
pkoclanes@shermanhoward.com

_Attorneys for Defendants_