**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00124-WJM-SKC
*Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA,

      Defendants.

---

**DECLARATION OF CHRISTOPHER D. STEWART IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF ORDER PERMITTING PLAINTIFF TO SERVE DEPOSITION AND DOCUMENT SUBPOENAS BY ALTERNATIVE METHODS ON NONPARTY RICHARD H. CURRIER**

---

4861-6955-6253.v1

I, CHRISTOPHER D. STEWART, declare as follows:

I am a member of the law firm of Robbins Geller Rudman & Dowd LLP and counsel to the proposed class representative, Oregon Laborers Employers Pension Trust Fund. I am duly licensed to practice before all courts of the State of California and admitted in the United States District Court for the District of Colorado. I have personal knowledge of the matters herein and, if called upon, I could and would competently testify thereto.

Attached hereto are true and correct copies of the following documents:

Exhibit 1:    Publicly Available LinkedIn Profile of Richard H. Currier ("Currier"), last retrieved on April 13, 2022 from https://www.linkedin.com/in/richardcurrier;

Exhibit 2:    April 13, 2022 email thread from Christopher D. Stewart to Brittany Rogers, Counsel for Defendants;

Exhibit 3:    April 25, 2022 email thread from Christopher D. Stewart to Brittany Rogers, Counsel for Defendants;

Exhibit 4:    Publicly Available List of Locations of LinQuest Corporation, last retrieved on April 25, 2022 from https://www.linquest.com/working-with-linquest/locations;

Exhibit 5:    Affidavit of Reasonable Diligence, dated April 4, 2022 (Massachusetts attempts);

Exhibit 6:    Affidavit of Reasonable Diligence, dated April 4, 2022 (North Carolina attempts);

Exhibit 7:    Affidavit of Reasonable Diligence, dated April 11, 2022 (New Jersey attempts);

Exhibit 8:    Affidavit of Reasonable Diligence, dated April 12, 2022 (New Jersey attempts);

Exhibit 9:    Affidavit of Reasonable Diligence, dated April 25, 2022 (New Jersey attempts);

Exhibit 10:    April 14, 2022 email from Christopher D. Stewart to Currier attaching deposition and document subpoenas;

- 1 -

4861-6955-6253.v1

Exhibit 11:   Excerpt of a July 6, 2018 email to Currier from his personal email address (MAXAR_0091175);

Exhibit 12:   August 9, 2018 email to Currier from his personal email address (MAXAR_0091005);

Exhibit 13:   August 19, 2018 email thread containing Currier's personal email address (MAXAR_0087705);

Exhibit 14:   December 18, 2018 email to Currier from his personal email address (MAXAR_0090284);

Exhibit 15:   Excerpt of a November 26, 2018 email from Maxar to Currier, attaching letter addressed to Currier (MAXAR_0336017);

Exhibit 16:   Excerpt of a November 26, 2018 email from Maxar to Currier, attaching letter addressed to Currier (MAXAR_0336007); and

Exhibit 17:   Internal Maxar Executive Summary of Currier (MAXAR_0402302).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed April 27, 2022, at San Diego, California.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

- 2 -

4861-6955-6253.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 27, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher D. Stewart
CHRISTOPHER D. STEWART

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  cstewart@rgrdlaw.com

4861-6955-6253.v1

# Mailing Information for a Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey S. Abraham**
  jabraham@aftlaw.com

- **Jeffrey Allen Berens**
  jeff@jberenslaw.com,jeffreyberens@comcast.net

- **Spencer A. Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew W. Close**
  mclose@omm.com,matthew-close-5511@ecf.pacerpro.com,mleu@omm.com

- **Nicole Gilliland**
  ngilliland@rgrdlaw.com

- **Kate Mie Ikehara**
  kikehara@omm.com,kate-ikehara-0705@ecf.pacerpro.com

- **Patton L. Johnson**
  pjohnson@rgrdlaw.com,panderson@rgrdlaw.com,TerreeD@rgrdlaw.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Brittany Allison Rogers**
  brogers@omm.com

- **Henry Rosen**
  henryr@rgrdlaw.com,dianah@rgrdlaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,panderson@rgrdlaw.com,ChristC@rgrdlaw.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Christopher Dennis Stewart**
  cstewart@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Jerome H. Sturhahn**
  jsturhahn@shermanhoward.com,efiling@shermanhoward.com,jbulanow@shermanhoward.com

- **Jonathan Bryce Waxman**
  jwaxman@omm.com,jonathan-waxman-8134@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Phillup G  Newhope
,

Logan Durant
,

Michael W Slaunwhite
,