# EXHIBIT 1

## Contact

www.linkedin.com/in/richardcurrier
(LinkedIn)

## Top Skills

International Growth
Executive Sales
Strategic Planning and Partnerships

# Richard Currier

Technical and Business Development, LinQuest Corporation
New York City Metropolitan Area

## Summary

Richard Currier is a 40-year veteran of the telecommunication and satellite industries with deep experience in wireless (5G), satellite communications, technology, and information systems. He has spent 20 years in executive management including positions in general company leadership, business development, and engineering and operations. His company experience spans satellite operators, satellite manufacturers, and telecommunications-related research and development organizations. Key positions Mr. Currier has held include President and Chief Operating Officer of Loral Skynet, a global provider of fixed satellite services and integrated communication solutions, Senior Vice President of Business Development of SSL, a leading satellite manufacturer for the global market, and Chief Technical Officer of Loral Space and Communications, a publicly traded company focused on satellite communications. He began his career with AT&T Bell Laboratories where he spent 17 years performing research and development in support of AT&T's telecommunication services.

During his tenure in the satellite industry, Mr. Currier has contributed to development of the system architecture for the first national satellite distribution of the U.S. broadcast television networks; development of Ku-band VSAT networks; spectrum planning, licensing, and deployment of Ka-band satellite broadband networks in multiple countries around the world; design and deployment of a global broadband satellite-delivered Internet-access service; and business development and technology innovation for next-generation digitally enabled software-defined satellites.

Mr. Currier earned a BSE degree summa cum laude in electrical engineering from Princeton University and an MS degree in electrical engineering from Stanford University. He has served on the Federal Communications Commission Technical Advisory Committee.

# Experience

**LinQuest**
Technical and Business Development
August 2020 - Present (1 year 9 months)
New Jersey, United States

Business development and system architecture design for innovative 5G, COMSATCOM, MILSATCOM, and data relay satellite systems serving government and commercial clients.

**RHCurrier Consulting LLC**
Owner
July 2019 - August 2020 (1 year 2 months)
Greater New York City Area

Technology Business Development

Telecom  •  5G  •  Satellite

**NET Power, LLC**
Head Of Business Development
January 2020 - July 2020 (7 months)
Durham, NC

**Space Systems Loral**
7 years

Senior Vice President Business Development
2013 - April 2019 (6 years)
Palo Alto, CA

Led team of 40 professionals responsible for solution creation and sales of $1B in geostationary communication satellites. Expanded beyond core customer base of global satellite operators and developed structured business processes. Reported to the President.

• Added $800M of sales by leading the development of new sales opportunities requiring customized solutions that resulted in the acquisition of 7 new customers.

• Improved sales effectiveness by identifying 8 Sales Catalysts and inculcated into strategic selling process.

• Increased market share from 7% to 26% after 3 years by creating and leading strategy to grow market share among low-penetration customers.

• Reduced sales cost 75% per ROM proposal by developing and implementing restructured RFI / ROM sales process.

• Enhanced alignment of proposed solutions with customer applications by integrating solution architect technical team with sales team and developing customer-needs-driven processes.

• Achieved highest number of satellite sales in company history.

### Senior Vice President Commercial Systems Solutions and President of SS/L Federal
2012 - 2013 (1 year)

Palo Alto, CA

Led SSL Federal when it established itself as a standalone entity able to pursue US government defense projects.

### Loral Space and Communications
### Vice President and Chief Technical Officer
2008 - 2012 (4 years)

New York, NY

Led corporate development and business units in projects enabling growth including entrance into new markets. Reported to the CEO, President, and Vice Chairman of the Board.

• Provided General Manager leadership for Loral's ViaSat-1 Ka-band satellite broadband Canadian business ($75M CapEx), including $250M closed sales, regulatory licensing, and procurement and deployment of the satellite and gateway earth stations.

• Led cross-company competitive assessment of flagship product resulting in improvement roadmap for several key technology areas.

• Performed business development in Australia for a government-sponsored digital inclusion satellite solution that contributed to $500M sale of next-generation company product.

### Telesat Canada
### Senior Advisor in the Office of the President
2007 - 2008 (1 year)

Bedminster, NJ

Led integration and operational items related to the merger of two companies.

### Loral Skynet
10 years

### President and Chief Operating Officer
2006 - 2007 (1 year)

Bedminster, NJ

Led Loral Skynet, a global provider of hybrid satellite-terrestrial communication services to media, telecom, government, and enterprise businesses throughout the world, and having 2007 revenue of $150M and 200 employees operating a global infrastructure of four satellites, teleports, and fiber. Reported to the corporate President.

• In the year leading up to the merger with Telesat, led Loral Skynet to an above-industry-average 18.9% growth in monthly recurring revenue, exceeded the company's EBITDA target by 2.4%, and maintained employee attrition at 6.5% during the turbulent time before the merger.

### Senior Executive Vice President, Business Operations
2004 - 2006 (2 years)
Bedminster, NJ

Led all business operations, which included product management, engineering, and technical operations, with 150 organization employees. Reported to the company President.

• Managed, designed, deployed, and grew a new foundational product line, SkyReach, which provided global broadband satellite-delivered Internet access services.

• Managed partner and supplier relationships with T-Systems, Siemens, Global Crossing, BtN Access, EMS Technologies, iDirect, and Integral Systems.

### Executive Vice President, Engineering and Technical Operations
2000 - 2004 (4 years)
Bedminster, NJ

Led the engineering and operations organization of 250 globally located staff and managing and operating fifteen geostationary communication satellites and a global network of teleports interconnected by a fiber network and operating with 1,000 customer-premise enterprise-grade VSAT terminals, representing an infrastructure investment of over $3.5B. Reported to the company President.

### Vice President, Service Development and Engineering
1997 - 2000 (3 years)
Bedminster, NJ

Reporting to the company president, responsible for service development and engineering, customer technical sales support, technical regulatory, and information technology functions.

### AT&T Bell Laboratories
17 years

Page 4 of 5

Technical Manager, Satellite Service Engineering
1992 - 1997 (5 years)
Holmdel, NJ

Responsible for R&D, service development, customer technical sales support, and technical regulatory for AT&T's Skynet Satellite Services. Led the design and development of the AT&T Voicespan Ka-band satellite service for broadband/Internet delivery via satellite.

Member of Technical Staff, Satellite Service Engineering
1980 - 1992 (12 years)
Holmdel, NJ

Performed various R&D projects for satellite, mobile-terrestrial radio, and fiber commercial and government systems. AT&T Visiting Professor at Southern University, Baton Rouge, LA.

---

## Education

Stanford University
Master of Science - MS, Electrical Engineering · (1980 - 1981)

Princeton University
Bachelor of Science in Engineering, Electrical Engineering and Computer Science · (1976 - 1980)