# EXHIBIT 2

| | |
|---|---|
| **From:** | Christopher Stewart |
| **To:** | "Rogers, Brittany"; Casey Reis; "msmith@shermanhoward.com"; "pkoclanes@shermanhoward.com"; "jsturhahn@shermanhoward.com"; Close, Matthew W.; Waxman, Jonathan; Ikehara, Kate M.; Vialet, Jose L.; LeVasseur, Josh |
| **Cc:** | Spence Burkholz; Henry Rosen; Trig Smith; Nicole Gilliland; Patton Johnson; Pamela Anderson |
| **Subject:** | RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) - Service of Discovery |
| **Date:** | Wednesday, April 13, 2022 9:45:18 AM |

Thank you for that information – please let us today whether you can accept service via email.

Separately, following up on my email from April 8, are you willing to provide us with Mr. Currier's last known address and telephone/email contact information?

Best,
Chris

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Wednesday, April 13, 2022 8:55 AM
**To:** Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com'
<msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com'
<pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com'
<jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan
<jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L.
<jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith
<TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Christopher Stewart
<CStewart@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson
<PAnderson@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC
(D. Colo) – Service of Discovery

EXTERNAL SENDER
Counsel,
Please do not attempt personal service on Mr. Chookaszian or Mr. Mason, as we currently represent them.  We will check with our clients and advise whether we are authorized to accept service of the subpoenas via email.

Thank you,
Brittany

# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Casey Reis <CReis@rgrdlaw.com>
**Sent:** Tuesday, April 12, 2022 3:30 PM
**To:** 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Rogers, Brittany <brogers@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>
**Subject:** Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) – Service of Discovery

[EXTERNAL MESSAGE]

Counsel,

Attached for service in the above-referenced action please find the Lead Plaintiff's Notice of Issuance of Subpoenas for Production of Documents to Non-parties with Subpoenas and Schedules A for the following:

- Dennis H. Chookaszian
- Leon Roger Mason, Jr..

Thank you,

**Casey Reis**
Paralegal



655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**