# EXHIBIT 3

| | |
|---|---|
| **From:** | Christopher Stewart |
| **To:** | "Rogers, Brittany"; Casey Reis; "msmith@shermanhoward.com"; "pkoclanes@shermanhoward.com"; "jsturhahn@shermanhoward.com"; Close, Matthew W.; Waxman, Jonathan; Ikehara, Kate M.; Vialet, Jose L.; LeVasseur, Josh |
| **Cc:** | Spence Burkholz; Henry Rosen; Trig Smith; Nicole Gilliland; Patton Johnson; Pamela Anderson |
| **Subject:** | RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) - Service of Discovery |
| **Date:** | Monday, April 25, 2022 7:24:34 PM |

Counsel,

I write following our meet and confer call this morning.  I understand from today's call that defendants do not intend to oppose plaintiff's motion for alternative service via the means described below (which were also discussed during today's call), but that defendants reserve the right to oppose plaintiff's motion if the address for Mr. Currier included in plaintiff's motion is the "incorrect" address.  As mentioned, the address we intend to include in the motion is Mr. Currier's 1986 New Hampshire Ave., Toms River, New Jersey residential address.  During the call, I again requested defendants share Mr. Currier's last known address and contact information, but defendants would not share it.  We intend to title the motion as unopposed in accordance with LR 7.1(c) based on today's call, and will note defendants' reservation of right.

Best,
Chris

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Friday, April 22, 2022 4:09 PM
**To:** 'Rogers, Brittany' <brogers@omm.com>; Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) - Service of Discovery

Counsel,

We are happy to meet and confer with you on Monday morning to discuss our efforts to date to serve Mr. Currier, and whether the aforementioned motion is even necessary based on the authority below, sent per your request:

- E.A. Renfroe & Co. v. Moran, Civil Action No. 08-cv-00732-RPM-KMT, 2008 U.S. Dist. LEXIS 36513 (D. Colo. Apr. 17, 2008)

• Collins v. Trans Union, LLC, Civil Action No. 14-cv-00742-RBJ-NYW, 2015 U.S. Dist. LEXIS 55341 (D. Colo. Apr. 28, 2015)

Based on the supporting authority, we intend to effect service by leaving copies of the subpoenas at Mr. Currier's address, emailing copies of the subpoenas to Mr. Currier, and mailing the subpoenas to Mr. Currier via certified mail return service requested.

Let's plan to talk at 10 am PT on Monday April 25.

Dial-in: (267) 930-4000
Participant Code: 627-522-230

Best,
Chris

---

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Friday, April 22, 2022 1:55 PM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) - Service of Discovery

EXTERNAL SENDER
Chris,
I think there may have been a miscommunication.  We did not interpret your April 18 email as requesting a meet and confer, but we are certainly open to scheduling one to discuss the basis for Plaintiff's motion.  As mentioned, in order to provide a position on Plaintiff's anticipated motion, we need to understand the authority for Plaintiff's contention that alternative service is permitted under these circumstances and that the proposed form of service will provide Mr. Currier with proper notice.  We are available first thing on Monday and fairly flexible throughout the day.  That timing should not delay the motion since you indicated that Plaintiff plans to file early next week in any event.

Thanks,
Brittany

## O'Melveny

**Brittany Rogers**

brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Friday, April 22, 2022 12:01 PM
**To:** Rogers, Brittany <brogers@omm.com>; Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) - Service of Discovery

[EXTERNAL MESSAGE]

Counsel,

We offered to meet and confer in our April 18 email immediately below.  Defendants ignored that offer, and now seek to delay the conferral process on a time-sensitive issue until next week.  We continue to see no reason, nor have defendants provided any, for which defendants would oppose plaintiff's anticipated motion regarding a non-party whom you do not even represent.  We remain available to meet and confer with someone on your team this afternoon.  To the extent defendants remain unavailable this afternoon, we will file early next week and will note defendants declined to provide their position.

Best,
Chris

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Rogers, Brittany <brogers@omm.com>

**Sent:** Friday, April 22, 2022 11:32 AM

**To:** Christopher Stewart <CStewart@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>

**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>

**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) - Service of Discovery

EXTERNAL SENDER
Chris,
Your email did not request a meet and confer, but we would be happy to participate in one. Unfortunately, we are not available at 330 pm today. Please propose times that work for Plaintiff on Monday or Tuesday.

Thank you,
Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Christopher Stewart <CStewart@rgrdlaw.com>

**Sent:** Friday, April 22, 2022 11:26 AM

**To:** Rogers, Brittany <brogers@omm.com>; Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>

**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson

<PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>

**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC
(D. Colo) - Service of Discovery


[EXTERNAL MESSAGE]

Counsel,

We expressly offered to meet and confer with you precisely so that we may discuss and answer
questions you may have regarding the anticipated motion.  Defendants have ignored our invitation
to meet and confer.  Nonetheless, we remain available to meet and confer with defendants and
would propose doing so this afternoon at 330 pm.  If defendants remain uninterested in meeting
and conferring, we will plan to note that fact in our Rule 7.1 submission to the Court.

Best,
Chris

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

---

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Thursday, April 21, 2022 10:40 AM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>;
'msmith@shermanhoward.com' <msmith@shermanhoward.com>;
'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>;
'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W.
<mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M.
<kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh
<jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith
<TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson
<PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC
(D. Colo) - Service of Discovery

EXTERNAL SENDER
Counsel,
We are unable to take a position on Plaintiff's anticipated motion without seeing the brief
and understanding the basis for Plaintiff's belief that alternative service is permitted here or
that it will provide Mr. Currier with proper notice under the Rules.  If Plaintiff does not wish
to share the motion, Defendants will assess their position once the motion is filed.

Sincerely,

Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Monday, April 18, 2022 5:21 PM
**To:** Rogers, Brittany <brogers@omm.com>; Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) - Service of Discovery

[EXTERNAL MESSAGE]

Counsel,

We intend to file a motion to serve the deposition and document subpoenas for Richard Currier through alternative means under the FRCP, including though certified mail and email.  In light of the fact you do not represent Mr. Currier, we presume that you do not oppose the request to serve Mr. Currier through alternative means.  Nevertheless, please let us know by Friday April 22 whether defendants oppose plaintiff's request.  We are available for a call on Wednesday, April 20 if you wish to further discuss the anticipated motion.

Best,
Chris

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900

San Diego, CA 92101
(619) 231-1058

---

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Wednesday, April 13, 2022 5:04 PM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) - Service of Discovery

EXTERNAL SENDER
Counsel,
We can confirm we are authorized to accept e-mail service of Plaintiff's document subpoenas to Mr. Chookaszian and Mr. Mason.  As for Mr. Currier, we do not currently represent him and are not authorized to disclose any of his personally identifiable information.

Sincerely,
Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Wednesday, April 13, 2022 9:45 AM
**To:** Rogers, Brittany <brogers@omm.com>; Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M.

<kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh
<jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith
<TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson
<PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC
(D. Colo) - Service of Discovery

[EXTERNAL MESSAGE]

Thank you for that information – please let us today whether you can accept service via email.

Separately, following up on my email from April 8, are you willing to provide us with Mr. Currier's
last known address and telephone/email contact information?

Best,
Chris

---

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Wednesday, April 13, 2022 8:55 AM
**To:** Casey Reis <CReis@rgrdlaw.com>; 'msmith@shermanhoward.com'
<msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com'
<pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com'
<jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan
<jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L.
<jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith
<TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Christopher Stewart
<CStewart@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson
<PAnderson@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC
(D. Colo) – Service of Discovery

EXTERNAL SENDER
Counsel,
Please do not attempt personal service on Mr. Chookaszian or Mr. Mason, as we currently
represent them.  We will check with our clients and advise whether we are authorized to
accept service of the subpoenas via email.

Thank you,
Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Casey Reis <CReis@rgrdlaw.com>
**Sent:** Tuesday, April 12, 2022 3:30 PM
**To:** 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Rogers, Brittany <brogers@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>
**Subject:** Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) – Service of Discovery

[EXTERNAL MESSAGE]

Counsel,

Attached for service in the above-referenced action please find the Lead Plaintiff's Notice of Issuance of Subpoenas for Production of Documents to Non-parties with Subpoenas and Schedules A for the following:

- Dennis H. Chookaszian
- Leon Roger Mason, Jr..

Thank you,

**Casey Reis**
Paralegal



655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and**

protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.