# EXHIBIT 4

LinQuest Locations

OUR COMPANY          MISSIONS WE SERVE          WHAT WE DO          CAREERS

# LINQUEST LOCATIONS



■ Main Offices
■ LinQuest Presence

### Los Angeles
5140 West Goldleaf
Circle, Suite 400
Los Angeles, CA 90056

P: 323.924.1600
F: 323.924.1601

### MSEIT Facility
300 N. PCH, Suite 2000
El Segundo, CA 90245

P: 424.290.7100
F: 424.290.7101

### San Diego
1450 Frazee Road,
Suite 414
San Diego, CA 92108

P: 619.209.7600
F: 619.209.7601

### Colorado Springs
2060 Briargate
Parkway, Suite 200
Colorado Springs, CO
80920

P: 719.884.8400
F: 719.884.0672

### Aberdeen
6210 Guardian
Gateway, Suite 185
The Gate, Aberdeen
Proving Ground,
Aberdeen, MD 21005

### Odenton
2288 Blue Water Blvd,
Suite 335
Odenton, MD 21113

### Lexington
24 Hartwell Avenue,
Suite 202
Lexington, MA 2421

P: 781.734.4200
F: 781.734.4299

### Red Bank
43 West Front Street,
Suite 21
Red Bank, NJ 7701

P: 323.924.1577

### Albuquerque
6301 Indian School
Road, NE, Suite 811
Albuquerque, NM
87110

P: 323.924.1570

### Herndon
2551 Dulles View
Drive, Suite 200
Herndon, VA 20171

P: 703.581.6290
F: 703.581.6289

### Norfolk/Chesapeake
1403 Greenbriar
Parkway, Suite 575
Chesapeake, VA 23320

P: 757.550.2186

### Warrenton Office
28 Blackwell Park Lane,
Suite 301
Warrenton, VA 20186

P: 540.905.8765

### Jacksonville Office
7545 Centurion Pkwy,
Suite 403
Jacksonville, FL 32256

P: 904.992.1177
F: 904.992.7426

### Dayton Office
2647 Commons Blvd.,
Beavercreek, OH 45431

P: 937.401.0268

### Huntsville Office
4955 Corporate Dr.,
Suite 301
Huntsville, AL 35805

P: 256.970.3571

Our website uses cookies to provide you with a better experience. Read our privacy policy for more information.     Accept and Close

LinQuest Locations

**Sierra Vista Office**

500 N. Garden Ave.,
Suite 6A
Sierra Vista, AZ 85635

P: 719.884.8444

## OUR COMPANY

Who We Are

About Us

News

Contracts

Suppliers

Heritage

Leadership

LinQuest Portals

Locations

Contact Us

Missions We Serve

## WHAT WE DO

Capabilities Home

Space Systems

Spectrum Superiority Systems

Rapid Prototyping & Secure
Manufacturing

Commercial & International Space
Integration

AI/ML-Enabled Data Analytics

Digital Transformation

## OUR SOLUTIONS

Products and Solutions

TMC Products

3DataLinQ

5G Capabilities

AMPED-UP

BEAM

CSOM

GIANT

HAL

ICE

MATE

MBSE[i]

## CAREERS

Careers Home

Jobs Listings

Our Benefits

Culture and Diversity

We Support Our Vets

Interns and Current Undergraduates

Terms of Use    Privacy Policy    Contact Us    Careers

© 2004 - 2022 LinQuest Corporation. All Rights Reserved.




Our website uses cookies to provide you with a better experience. Read our privacy policy for more information.     Accept and Close