# EXHIBIT 5

| Attorney or Party without Attorney: Christopher D. Stewart, Esq. Robbins Geller Rudman & Dowd LLP 655 West Broadway, Suite 1900 San Diego, CA 92101 | For Court Use Only |
|---|---|
| Telephone No: 619-231-1058    FAX: No: 619-231-7423 | |

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
In The United States District Court For The District Of Colorado

Plaintiff: Oregon Laborers Employees Pension Trust Fund
Defendant: Maxar Techs Inc., et al.

| Affidavit of Reasonable Diligence | Hearing Date: Tue, May. 03, 2022 | Time: 9:00am | Dept/Div: | Case Number: 19CV0124WJMSKC |
|---|---|---|---|---|

1. I, Kevin Kohler, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Rich Currier as follows:

2. Documents:    Amended Subpoena to Testify at a Deposition in a Civil Action.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 03/31/22 | 7:00pm | Home | This is a small cottage and these was no answer at the door. I spoke with a neighbor who said Mr. Currier owns the cottage but they haven't seen him in about one year. Attempt made by: Kevin Kohler. Attempt at: 31 Vassar Way  Gill, MA 01354. |
| Fri | 04/01/22 | 8:00am | Home | No change in conditions, no answer at the door. Attempt made by: Kevin Kohler. Attempt at: 31 Vassar Way  Gill, MA 01354. |
| Sat | 04/02/22 | 1:15pm | Home | No change in conditions, no answer at the door. Attempt made by: Kevin Kohler. Attempt at: 31 Vassar Way  Gill, MA 01354. |
| Mon | 04/04/22 | 10:00am | Home | Returned Not Served on: Rich Currier Home - 31 Vassar Way Gill, MA 01354 |

3. Person Executing
   a. Kevin Kohler
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

d. The Fee for service was:
e. I am:    (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of Massachusetts and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Apr. 04, 2022

(Kevin Kohler)

lc32.231475

Affidavit of Reasonable Diligence

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br><br>*Telephone No:* 619-231-1058    *FAX: No:* 619-231-7423 | |

| *Ref. No or File No.:* |
|---|

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
In The United States District Court For The District Of Colorado

*Plaintiff:* Oregon Laborers Employees Pension Trust Fund

*Defendant:* Maxar Techs Inc., et al.

| **Affidavit of Reasonable Diligence** | *Hearing Date:*<br>Thu, Apr. 28, 2022 | *Time:*<br>9:00am | *Dept/Div:* | *Case Number:*<br>19CV0124WJMSKC |
|---|---|---|---|---|

1. I, Kevin Kohler, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Rich Currier as follows:

2. Documents:    Amended Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 03/31/22 | 7:00pm | Home | This is a small cottage and these was no answer at the door. I spoke with a neighbor who said Mr. Currier owns the cottage but they haven't seen him in about one year. Attempt made by: Kevin Kohler. Attempt at: 31 Vassar Way Gill, MA 01354. |
| Fri | 04/01/22 | 8:00am | Home | No change in conditions, no answer at the door. Attempt made by: Kevin Kohler. Attempt at: 31 Vassar Way Gill, MA 01354. |
| Sat | 04/02/22 | 1:15pm | Home | No change in conditions, no answer at the door. Attempt made by: Kevin Kohler. Attempt at: 31 Vassar Way Gill, MA 01354. |
| Mon | 04/04/22 | 10:00am | Home | Returned Not Served on: Rich Currier Home - 31 Vassar Way Gill, MA 01354 |

3. *Person Executing*
   a. Kevin Kohler
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

d. **The Fee** for service was:
e. *I am:*    (3) Not a Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of Massachusetts and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Apr. 04, 2022

(Kevin Kohler)

le32.231477

**Affidavit of Reasonable Diligence**