# EXHIBIT 6

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq. Robbins Geller Rudman & Dowd LLP 655 West Broadway, Suite 1900 San Diego, CA 92101 | |

| | |
|---|---|
| Telephone No: 619-231-1058    FAX: No: 619-231-7423 | |
| | Ref. No or File No.: |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
In The United States District Court For The District Of Colorado

Plaintiff: Oregon Laborers Employees Pension Trust Fund

Defendant: Maxar Techs Inc., et al.

| **Affidavit of Reasonable Diligence** | Hearing Date: Tue, May. 03, 2022 | Time: 9:00am | Dept/Div: | Case Number: 19CV0124WJMSKC |
|---|---|---|---|---|

1. I, Rachel Cleve, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Rich Currier as follows:

2. Documents:    Amended Subpoena to Testify at a Deposition in a Civil Action.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 03/31/22 | 6:32pm | Home | This is a secure building and I am not able to gain access to the lobby. I checked the parking garage as well but it is also secured, with a heavy rolling door. Attempt made by: Rachel Cleve. Attempt at: 515 South Mangum Street Durham, NC 27701. |
| Fri | 04/01/22 | 11:30am | Home | I spoke with a leasing agent who said they can't confirm occupancy without the managers permission and the manager it not in the office. Attempt made by: Rachel Cleve. Attempt at: 515 South Mangum Street Durham, NC 27701. |
| Sat | 04/02/22 | 1:55pm | Home | I spoke with the manager who told me that the subject is no longer a resident of this building. Attempt made by: Rachel Cleve. Attempt at: 515 South Mangum Street Durham, NC 27701. |
| Mon | 04/04/22 | 11:00am | Home | Returned Not Served on: Rich Currier Home - 515 South Mangum Street Durham, NC 27701 |

3. **Person Executing**
   a. Rachel Cleve
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

d. **The Fee** for service was:

e. **I am:** (3) Not a Registered California Process Server

4. **I declare under penalty of perjury under the laws of the State of North Carolina and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Mon, Apr. 04, 2022

   _____
   (Rachel Cleve)

**Affidavit of Reasonable Diligence**

lc32.231467

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | |

Telephone No: 619-231-1058     FAX: No: 619-231-7423

*Ref. No or File No.:*

Attorney for: Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
In The United States District Court For The District Of Colorado

*Plaintiff:* Oregon Laborers Employees Pension Trust Fund

*Defendant:* Maxar Techs Inc., et al.

| **Affidavit of Reasonable Diligence** | Hearing Date:<br>Thu, Apr. 28, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

1. I. Rachel Cleve, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Rich Currier as follows:

2. Documents:     Amended Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 03/31/22 | 6:32pm | Home | This is a secure building and I am not able to gain access to the lobby. I checked the parking garage as well but it is also secured, with a heavy rolling door. Attempt made by: Rachel Cleve. Attempt at: 515 South Mangum Street  Durham, NC 27701. |
| Fri | 04/01/22 | 11:30am | Home | I spoke with a leasing agent who said they can't confirm occupancy without the managers permission and the manager it not in the office. Attempt made by: Rachel Cleve. Attempt at: 515 South Mangum Street  Durham, NC 27701. |
| Sat | 04/02/22 | 1:55pm | Home | I spoke with the manager who told me that the subject is no longer a resident of this building. Attempt made by: Rachel Cleve. Attempt at: 515 South Mangum Street Durham, NC 27701. |
| Mon | 04/04/22 | 11:00am | Home | Returned Not Served on: Rich Currier Home - 515 South Mangum Street Durham, NC 27701 |

3. Person Executing
   a. Rachel Cleve
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

*d. The Fee for service was:*
*e. I am:*    (3) Not a Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of North Carolina and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Apr. 04, 2022

_____
(Rachel Cleve)

le32.231468

**Affidavit of Reasonable Diligence**