# EXHIBIT 7

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br><br>Telephone No: 619-231-1058      FAX: No: 619-231-7423<br><br>Attorney for: Plaintiff | |

| Ref. No or File No.: |
|---|

Insert name of Court, and Judicial District and Branch Court:
  In The United States District Court For The District Of Colorado

Plaintiff: Oregon Laborers Employees Pension Trust Fund

Defendant: Maxar Techs Inc., et al.

| **Affidavit of Reasonable Diligence** | Hearing Date:<br>Tue, Apr. 05, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

1. I, Anthony Iavarone, and any employee or independent contractors retained by Class Action Research & Litigation  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Witness Rich  Currier as follows:

2. *Documents:*    Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 03/18/22 | 9:18am | Home | No answer at the door; there are still Christmas decorations up at the residence, I can see furniture inside but no vehicles around or obvious signs of life. Attempt made by: Anthony  Iavarone. Attempt at: 1986 New Hampshire Ave  Toms River, NJ 08753. |
| Mon | 03/21/22 | 1:41pm | Home | No answer at the door; no obvious signs of change Attempt made by: Anthony Iavarone. Attempt at: 1986 New Hampshire Ave  Toms River, NJ 08753. |
| Tue | 03/22/22 | 6:22pm | Home | There is a package at the door addressed to the witness but no cars are present. Lights are on inside but no response at the door. Attempt made by: Anthony Iavarone. Attempt at: 1986 New Hampshire Ave  Toms River, NJ 08753. |
| Tue | 03/29/22 | 3:35pm | Home | I spoke with the current occupant of the residence who said he has lived here for 7 years and the subject is unknown.  The man I spoke with was not Mr. Currier (confirmed by photo of the witness) Attempt made by: Anthony  Iavarone. Attempt at: 50 Oak Ridge Parkway  Toms River, NJ 08755. |
| Tue | 03/29/22 | 4:07pm | Home | No answer at the door; no vehicles present or signs of movement. Attempt made by: Anthony  Iavarone. Attempt at: 1986 New Hampshire Ave  Toms River, NJ 08753. |

Page Number 1

Date: Mon, Apr. 11, 2022

le32.230861

**Affidavit of Reasonable Diligence**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br><br>Telephone No: 619-231-1058     FAX: No: 619-231-7423<br><br>Attorney for: Plaintiff | |

| Ref. No or File No.: |
|---|
| |

Insert name of Court, and Judicial District and Branch Court:
In The United States District Court For The District Of Colorado

Plaintiff: Oregon Laborers Employees Pension Trust Fund

Defendant: Maxar Techs Inc., et al.

| **Affidavit of Reasonable Diligence** | Hearing Date:<br>Tue, Apr. 05, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 04/01/22 | 3:00pm | Home | No answer at the door; Attempt made by: Anthony Iavarone. Attempt at: 1986 New Hampshire Ave   Toms River, NJ 08753. |
| Mon | 04/04/22 | 11:00am | Home | Returned Not Served on: Rich Currier Home - 50 Oak Ridge Parkway Toms River, NJ 08755 |

3.  **Person Executing**
    a. Anthony Iavarone
    **b. Class Action Research & Litigation**
       P O Box 740
       Penryn, CA 95663
    c. (916) 663-2562, FAX (916) 663-4955

**d. The Fee** for service was:
**e. I am:**    (3)  Not a Registered California Process Server

4.  *I declare under penalty of perjury under the laws of the State of New Jersey and under the laws of the United States Of America that the foregoing is true and correct.*

    Date: Mon, Apr. 11, 2022

Page Number 2

(Anthony Iavarone)

**Affidavit of Reasonable Diligence**

le32.230861

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br><br>*Telephone No:* 619-231-1058     *FAX: No:* 619-231-7423 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | |

| | |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br> In The United States District Court For The District Of Colorado | |
| *Plaintiff:* Oregon Laborers Employees Pension Trust Fund | |
| *Defendant:* Maxar Techs Inc., et al. | |

| **Affidavit of Reasonable Diligence** | *Hearing Date:*<br>Tue, Apr. 12, 2022 | *Time:*<br>9:00am | *Dept/Div:* | *Case Number:*<br>19CV0124WJMSKC |
|---|---|---|---|---|

1. I, Anthony Iavarone, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Rich Currier as follows:

2. *Documents:*     Subpoena to Testify at a Deposition in a Civil Action.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 03/18/22 | 9:18am | Home | No answer at the door; there are still Christmas decorations up at the residence, I can see furniture inside but no vehicles around or obvious signs of life. Attempt made by: Anthony Iavarone. Attempt at: 1986 New Hampshire Ave  Toms River, NJ 08753. |
| Mon | 03/21/22 | 1:41pm | Home | No answer at the door; no obvious signs of change Attempt made by: Anthony Iavarone. Attempt at: 1986 New Hampshire Ave  Toms River, NJ 08753. |
| Tue | 03/22/22 | 6:22pm | Home | There is a package at the door addressed to the witness but no cars are present. Lights are on inside but no response at the door. Attempt made by: Anthony Iavarone. Attempt at: 1986 New Hampshire Ave  Toms River, NJ 08753. |
| Tue | 03/29/22 | 3:35pm | Home | I spoke with the current occupant of the residence who said he has lived here for 7 years and the subject is unknown. The man I spoke with was not Mr. Currier (confirmed by photo of the witness) Attempt made by: Anthony Iavarone. Attempt at: 50 Oak Ridge Parkway  Toms River, NJ 08755. |
| Tue | 03/29/22 | 4:07pm | Home | No answer at the door; no vehicles present or signs of movement. Attempt made by: Anthony Iavarone. Attempt at: 1986 New Hampshire Ave  Toms River, NJ 08753. |
| Fri | 04/01/22 | 3:00pm | Home | No answer at the door; Attempt made by: Anthony Iavarone. Attempt at: 1986 New Hampshire Ave  Toms River, NJ 08753. |

Page Number 1

*Date:* Mon, Apr. 11, 2022

le32.230862

**Affidavit of Reasonable Diligence**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101 | |

| | | |
|---|---|---|
| Telephone No: 619-231-1058    FAX: No: 619-231-7423 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
  In The United States District Court For The District Of Colorado

Plaintiff: Oregon Laborers Employees Pension Trust Fund
Defendant: Maxar Techs Inc., et al.

| **Affidavit of Reasonable Diligence** | Hearing Date:<br>Tue, Apr. 12, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/04/22 | 12:00pm | Home | Returned Not Served on: Rich  Currier Home - 50 Oak Ridge Parkway Toms River, NJ 08755 |

3.  *Person Executing*
    a. Anthony  Iavarone
    **b. Class Action Research & Litigation**
    P O Box 740
    Penryn, CA  95663
    c. (916) 663-2562, FAX (916) 663-4955

*d. The Fee  for service was:*
*e. I am:*    (3)  Not a Registered California Process Server

4.  *I declare under penalty of perjury under the laws of the State of New Jersey and under the laws of the United States Of America that the foregoing is true and correct.*

    Date: Mon, Apr. 11, 2022

Page Number 2

(Anthony Lavarone)

**Affidavit of Reasonable Diligence**

le32.230862