# EXHIBIT 8

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | |

Telephone No: 619-231-1058      FAX: No: 619-231-7423

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:

In The United States District Court For The District Of Colorado

Plaintiff: Oregon Laborers Employees Pension Trust Fund

Defendant: Maxar Techs Inc., et al.

| **Affidavit of Reasonable Diligence** | Hearing Date:<br>Mon, May. 02, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

1. I, Michael Weinshenker, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Rich Currier as follows:

2. Documents:  Amended Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/12/22 | 12:08pm | Business | I spoke with Jeff Hoppe at Linquest and he said that Rich Currier does not work from this office and he has never heard of him. He looked him up on an employee directory and said he did find him listed and his address says Toms River NJ. He said he doesn't think they have an office in Toms River so he assumes this is a home office. He said no phone # was listed for Mr. Currier. Attempt made by: Michael Weinshenker. Attempt at: Linquest 43 West Front Street Suite 21 Red Bank, NJ 07701. |
| Tue | 04/12/22 | 1:00pm | Business | Returned Not Served on: Rich Currier Business - Linquest 43 West Front Street Suite 21 Red Bank, NJ 07701 |

3. *Person Executing*
   a. Michael Weinshenker
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

d. **The Fee** *for service was:*
e. *I am:*    (3) Not a Registered California Process Server

4. **I declare under penalty of perjury under the laws of the State of New Jersey and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Tue, Apr. 12, 2022

(Michael Weinshenker)

le32.231973

**Affidavit of Reasonable Diligence**

| Attorney or Party without Attorney:<br>Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | | For Court Use Only |
|---|---|---|
| Telephone No: 619-231-1058    FAX: No: 619-231-7423 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
In The United States District Court For The District Of Colorado

Plaintiff: Oregon Laborers Employees Pension Trust Fund

Defendant: Maxar Techs Inc., et al.

| Affidavit of Reasonable Diligence | Hearing Date:<br>Mon, May. 09, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

1. I, Michael Weinshenker, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Rich Currier as follows:

2. Documents:    Amended Subpoena to Testify at a Deposition in a Civil Action.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/12/22 | 12:08pm | Business | I spoke with Jeff Hoppe at Linquest and he said that Rich Currier does not work from this office and he has never heard of him. He looked him up on an employee directory and said he did find him listed and his address says Toms River NJ. He said he doesn't think they have an office in Toms River so he assumes this is a home office. He said no phone # was listed for Mr. Currier. Attempt made by: Michael Weinshenker. Attempt at: Linquest 43 West Front Street Suite 21 Red Bank, NJ 07701. |
| Tue | 04/12/22 | 1:00pm | Business | Returned Not Served on: Rich Currier Business - Linquest 43 West Front Street Suite 21 Red Bank, NJ 07701 |

3. Person Executing
   a. Michael Weinshenker
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

d. **The Fee** for service was:
e. I am:    (3) Not a Registered California Process Server

4. **I declare under penalty of perjury under the laws of the State of New Jersey and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Tue, Apr. 12, 2022

(Michael Weinshenker)

le32.231970

**Affidavit of Reasonable Diligence**