# EXHIBIT 9

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br><br>Telephone No: 619-231-1058    FAX: No: 619-231-7423<br><br>Ref. No or File No.:<br><br>Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| In The United States District Court For The District Of Colorado |

Plaintiff: Oregon Laborers Employees Pension Trust Fund

Defendant: Maxar Techs Inc., et al.

| Affidavit of Reasonable Diligence | Hearing Date:<br>Mon, May. 09, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

1. I, Robert Schiek, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Rich Currier as follows:

2. *Documents:* Amended Subpoena to Testify at a Deposition in a Civil Action.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sat | 04/09/22 | 8:45am | Home | No answer at the door; no vehicles present, no mail Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Sat | 04/09/22 | 2:50pm | Home | As I approached the residence I could see a woman taking a package inside. I called out to her as I drove in but she ignored me and went inside and closed the door. I knocked on the door and called out to her but she would not respond to me. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Sun | 04/10/22 | 6:00pm | Home | Lights are on inside the residence and I can hear voices but no one will respond to me or answer the door. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Mon | 04/11/22 | 7:15pm | Home | The house is completely dark and there are no vehicles present. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Tue | 04/12/22 | 3:45pm | Home | The house is completely dark and there are no vehicles present but there is visible mail addressed to Trevor Knapp. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Wed | 04/13/22 | 11:00am | Home | No answer at the door; no cars visible. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |

Page Number 1

*Date:* Mon, Apr. 25, 2022

le32.231938

**Affidavit of Reasonable Diligence**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br><br>Telephone No: 619-231-1058        FAX: No: 619-231-7423<br><br>Attorney for: Plaintiff | |

| Ref. No or File No.: |
|---|
| |

*Insert name of Court, and Judicial District and Branch Court:*
In The United States District Court For The District Of Colorado

*Plaintiff:* Oregon Laborers Employees Pension Trust Fund

*Defendant:* Maxar Techs Inc., et al.

| **Affidavit of Reasonable Diligence** | Hearing Date:<br>Mon, May. 09, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 04/16/22 | 1:35pm | Home | The property sits back from the street so as I was approaching, I could see a man and a woman working in the yard. The man was wearing a baseball hat and had his back to me. He looked over his shoulder and saw me approaching and then they both literally ran inside. They were about 50 feet away from me when they ran inside so being that he was at a distance, wearing a hat, and only looked over his shoulder, I can't say if it was Mr. Currier or not.   I knocked on the door and called out to them but they refused to respond at all. Attempt made by: Robert  Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Wed | 04/20/22 | 11:00am | Home | Returned Not Served on: Rich  Currier Home - 1986 New Hampshire Avenue Toms River, NJ 08755 |

3.   **Person Executing**
     a. Robert  Schiek
     b. **Class Action Research & Litigation**
        P O Box 740
        Penryn, CA  95663
     c. (916) 663-2562, FAX (916) 663-4955

**d. The Fee** *for service was:*

e. *I am:*   (3)  Not a Registered California Process Server

4.   *I declare under penalty of perjury under the laws of the State of New Jersey and under the laws of the United States Of America that the foregoing is true and correct.*
     Date: Mon, Apr. 25, 2022

Page Number 2

(Robert Schiek)

le32.231938

**Affidavit of Reasonable Diligence**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br><br>Telephone No: 619-231-1058    FAX: No: 619-231-7423<br><br>Attorney for: Plaintiff | |

| Ref. No or File No.: |
|---|

Insert name of Court, and Judicial District and Branch Court:
  In The United States District Court For The District Of Colorado

Plaintiff: Oregon Laborers Employees Pension Trust Fund
Defendant: Maxar Techs Inc., et al.

| Affidavit of Reasonable Diligence | Hearing Date:<br>Mon, May. 02, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

1. I, Robert Schiek, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness Rich Currier as follows:

2. *Documents:* Amended Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 04/09/22 | 8:45am | Home | No answer at the door; no vehicles present, no mail Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Sat | 04/09/22 | 2:50pm | Home | As I approached the residence I could see a woman taking a package inside. I called out to her as I drove in but she ignored me and went inside and closed the door. I knocked on the door and called out to her but she would not respond to me. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Sun | 04/10/22 | 6:00pm | Home | Lights are on inside the residence and I can hear voices but no one will respond to me or answer the door. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Mon | 04/11/22 | 7:15pm | Home | The house is completely dark and there are no vehicles present. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Tue | 04/12/22 | 3:45pm | Home | The house is completely dark and there are no vehicles present but there is visible mail addressed to Trevor Knapp. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |

Page Number 1
Date: Mon, Apr. 25, 2022

**Affidavit of Reasonable Diligence**

le32.231937

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Christopher D. Stewart, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br><br>Telephone No: 619-231-1058        FAX: No: 619-231-7423 | |

| Attorney for: Plaintiff | Ref. No or File No.: |
|---|---|

**Insert name of Court, and Judicial District and Branch Court:**
In The United States District Court For The District Of Colorado

**Plaintiff:** Oregon Laborers Employees Pension Trust Fund
**Defendant:** Maxar Techs Inc., et al.

| Affidavit of Reasonable Diligence | Hearing Date:<br>Mon, May. 02, 2022 | Time:<br>9:00am | Dept/Div: | Case Number:<br>19CV0124WJMSKC |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/13/22 | 11:00am | Home | No answer at the door; no cars visible. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Sat | 04/16/22 | 1:35pm | Home | The property sits back from the street so as I was approaching, I could see a man and a woman working in the yard. The man was wearing a baseball hat and had his back to me. He looked over his shoulder and saw me approaching and then they both literally ran inside. They were about 50 feet away from me when they ran inside so being that he was at a distance, wearing a hat, and only looked over his shoulder, I can't say if it was Mr. Currier or not.   I knocked on the door and called out to them but they refused to respond at all. Attempt made by: Robert Schiek. Attempt at: 1986 New Hampshire Avenue   Toms River, NJ 08755. |
| Wed | 04/20/22 | 11:00am | Home | Returned Not Served on: Rich Currier Home - 1986 New Hampshire Avenue Toms River, NJ 08755 |

3.  **Person Executing**
    a. Robert  Schiek
    b. **Class Action Research & Litigation**
    P O Box 740
    Penryn, CA  95663
    c. (916) 663-2562, FAX (916) 663-4955

d. **The Fee**  for service was:
e. **I am:**    (3)  Not a Registered California Process Server

4.  **I declare under penalty of perjury under the laws of the State of New Jersey and under the laws of the United States Of America that the foregoing is true and correct.**
    Date: Mon, Apr. 25, 2022

Page Number 2

(Robert Schiek)

**Affidavit of Reasonable Diligence**

le32.231937