# EXHIBIT C

Case No. 1:19-cv-00124-WJM-SKC    Document 157-3    filed 05/10/22    USDC Colorado    pg 1 of 4

CONFIDENTIAL UNDER PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

OREGON LABORERS EMPLOYERS
PENSION TRUST FUND,
Individually and On Behalf of
All Others Similarly
Situated,                          Civil Action No.
                                   1:19-cv-00124-WJM-SKC
          Plaintiff,
                                   Consolidated with
     vs.                           Civil Action No.
                                   1:19-cv-00758-WJM-SKC
MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and ANIL
WIRASEKARA,
          Defendants.
_____/


          -- CONFIDENTIAL UNDER PROTECTIVE ORDER --


     VIDEO-RECORDED DEPOSITION OF THERESA HARRAH

                    VOLUME 1

               REMOTE ZOOM PROCEEDING

               Menlo Park, California

              Thursday, April 21, 2022


REPORTED BY:
LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
Pages 1 - 257                          Job No. 5165379


                                            Page 1

CONFIDENTIAL UNDER PROTECTIVE ORDER



Page 65

CONFIDENTIAL UNDER PROTECTIVE ORDER



Page 118