# EXHIBIT A

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Tuesday, December 28, 2021 1:59 PM
**To:** Trig Smith <TrigS@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

EXTERNAL SENDER
Trig,
Thank you for letting us know.  To be clear, we believe that the parties are very close to reaching agreement on all necessary terms of the deposition coordination protocol, aside from the federal Plaintiff's insistence on using this as an opportunity to extract a concession in the form of an increase in its overall deposition limits.  We have said from the beginning that the Federal Rules specify how many depositions your client is entitled to take, and we do not believe it is necessary or productive to negotiate the number of depositions available to your client in the context of a deposition coordination protocol.

We do, however, agree that we are at an impasse.  We believe the next step on the deposition coordination protocol is to jointly call Judge Crew's law clerk.  The purpose of the call will be to request permission to file a motion for an order regarding deposition coordination.  Please let us know when you are available to make the call with us.  Our schedules are flexible tomorrow.

As for the requested meet and confer regarding deposition limits, please provide Plaintiff's updated list and we will review it.  If we receive the list today, we can set the call for Thursday.

Sincerely,
Brittany


# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Monday, December 27, 2021 4:13 PM
**To:** Rogers, Brittany <brogers@omm.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol


[EXTERNAL MESSAGE]


Dear Brittany:

Please be advised that plaintiff in the federal class action has concluded that further discussion of your clients' proposed deposition cooperation protocol will no longer be fruitful.  While we appreciate your willingness to continue to negotiate and discuss the cooperation protocol, we no longer believe additional discussion will be productive given the three following issues:  (1) the parties' inability to agree on several critical provisions/limitations in the protocol itself; (2) the number of allowable deponents in the federal case (and we note your clients remain steadfast that such limitation remain in the draft cooperation protocol despite the fact that no such limitation applies in the state action); and (3) your clients' position that these two items, that is, the protocol itself and the number of deponents, should be negotiated separately.  In addition, it is our understanding that Defendants are prepared to argue that the federal plaintiffs should be limited to 14 depositions total.

Accordingly, please let us know when your team can make themselves available for a meet and confer this week to discuss plaintiff's proposal on the number of deponents that should be allowable in the federal case.  We will send you a new list reflecting the federal plaintiff's position on the total number of deponents as soon as soon as possible before the meet and confer (we need to remove the state case deponent selections from the list you have now).

We look forward to receiving your team's availability for a call this week.

Best regards,

**Trig Smith**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Thursday, December 23, 2021 10:04 AM
**To:** Trig Smith <TrigS@rgrdlaw.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

EXTERNAL SENDER
Counsel,
Following up on our collective meet and confer this week, we propose the following revisions to the deposition coordination protocol terms.  Our edits are in blue.  We understand that these are the only remaining disputed terms as between Defendants and the state court Plaintiff, McCurdy.  We are hopeful that our proposals address Plaintiff's concerns.  In addition to these terms, we understand that the issue of deposition limits also remains in dispute with respect to the federal court Plaintiff, Oregon Laborers.  We are available next week to meet and confer.

| Plaintiffs' Counter-Proposal Provision | Defendants' Proposal (12/2) | Plaintiffs' Proposal (12/7) | Defendants' Proposal |
|---|---|---|---|
| Defendants agree to make current or former employees who are noticed and cross-noticed witnesses available for 2 back-to-back calendar days to allow the parties to complete each deposition. | For witnesses represented by O'Melveny & Myers whose depositions, subject to the limitations in this Protocol, will go beyond one day, Defendants agree to use good faith efforts to make witnesses available for two back-to-back calendar days. | N/A | For witnesses represented by O'Melveny & Myers whose depositions, subject to the limitations in this Protocol, will go beyond one day, Defendants agree to use good faith efforts to make witnesses available for two back-to-back calendar days; in the event that such a witness is not reasonably available for two back-to-back calendar days in the requested timeframe, Defendants agree that, absent a showing of good cause, they will propose two dates within a five-day period during which the witness and defense counsel can be available. |
| Documents produced in any one of the Related Actions will be deemed to have been produced in all the Related Actions. | Documents introduced as exhibits in a Common Interest Deposition will be deemed to have been produced in all the Related Actions. | The parties in the State and Federal actions further agree that any documents introduced during non-party depositions, where the State and Federal Action have served separate deposition subpoenas and State and Federal plaintiffs' attorneys are both present at the deposition, will be deemed produced in all the Related Actions. | The parties in the State and Federal actions further agree that any document produced in one action and introduced as an exhibit during a non-party deposition, where the State and Federal Action have served separate deposition subpoenas and State and Federal plaintiffs' attorneys are both present at the deposition, will be deemed produced in all the Related Actions, subject to objections served in either the State or Federal Actions. |

I hope everyone has a safe and healthy holiday.

Sincerely,
Brittany


**O'Melveny**

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

_____

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

_____

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Friday, December 17, 2021 7:43 AM
**To:** Rogers, Brittany <brogers@omm.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol


[EXTERNAL MESSAGE]

Brittany:

No problem, we'll send an invite out for noon pacific.

Best regards,



**Trig Smith**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058




_____

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Friday, December 17, 2021 5:08 AM
**To:** Trig Smith <TrigS@rgrdlaw.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

4

EXTERNAL SENDER
Thanks, Trig.  Could we start at 12 pacific?  We have a hard stop at 1 pm and don't want to cut the discussion short.


Sincerely,
Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Thursday, December 16, 2021 3:55 PM
**To:** Rogers, Brittany <brogers@omm.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol


[EXTERNAL MESSAGE]

Brittany:

We propose a meet and confer on Monday, starting at 12:30.

Let me know if this is workable for your team, and if so, I'd be more than happy to send an invite.

Best,

Trig

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Thursday, December 16, 2021 1:45 AM
**To:** Trig Smith <TrigS@rgrdlaw.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

EXTERNAL SENDER
Trig,

Can we please set up a time to meet and confer during the first half of next week regarding the below email and Plaintiffs' proposed list of deponents?  I am in a deposition on Tuesday but otherwise fairly flexible.

Thank you,
Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Tuesday, December 7, 2021 6:06 PM
**To:** Rogers, Brittany <brogers@omm.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

[EXTERNAL MESSAGE]

Dear Brittany:

Thanks for giving us a bit more time to get back to you on this and the State and Federal Plaintiffs' proposed deponent list (which will come under separate cover).  Below, please find the State and Federal Plaintiffs' responses to your most recent counter on the cooperation protocol:

With regard to the first proposed revision, Plaintiffs do not agree to the "good faith efforts" qualification.   Plaintiffs are prepared to litigate this matter if necessary.

With regard to the second proposed revision, Plaintiffs agree.

With regard to the third proposed revision, we appreciate your input here and we might be close.  However, we would like to discuss adding some language to address documents introduced in non-party depositions (or, for that matter, for witnesses O'Melveny will not represent).  Here is our proposed additional language:

The parties in the State and Federal actions further agree that any documents introduced during non-party depositions, where the State and Federal Action have served separate deposition subpoenas and State and Federal plaintiffs' attorneys are both present at the deposition, will be deemed produced in all the Related Actions.

We look forward to additional discussion with O'Melveny for the purpose of finalizing the deposition cooperation protocol.

Best regards,


**Trig Smith**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

---

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Thursday, December 2, 2021 3:19 PM
**To:** Trig Smith <TrigS@rgrdlaw.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>;
Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz
<SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader
<BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

EXTERNAL SENDER
Counsel,
Thank you for a productive discussion yesterday.  As discussed, while we await additional information on
plaintiffs' position as to overall limits and provisions about conduct, we propose the following changes to
certain provisions in plaintiffs' counter-proposal.

| Plaintiffs' Counter-Proposal Provision | Proposed Revision |
| --- | --- |
| Defendants agree to make current or former employees who are noticed and cross-noticed witnesses available for 2 back-to-back calendar days to allow the parties to complete each deposition. | For witnesses represented by O'Melveny & Myers whose depositions, subject to the limitations in this Protocol, will go beyond one day, Defendants agree to use good faith efforts to make witnesses available for two back-to-back calendar days. |
| Nothing in this agreement shall preclude any party in the Related Actions from introducing or using evidence in their respective cases because either the Federal Action, or State Action, attorneys elected not to cross-notice any given deponent | *Delete proposed provision* |
| Documents produced in any one of the Related Actions will be deemed to have been produced in all the Related Actions. | Documents introduced as exhibits in a Common Interest Deposition will be deemed to have been produced in all the Related Actions. |

Sincerely,
Brittany


# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

---

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Monday, November 29, 2021 11:00 AM
**To:** Rogers, Brittany <brogers@omm.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol


[EXTERNAL MESSAGE]

Wednesday, December 1 works best for the plaintiff group.

Here are the times we are not available on Weds:  Between 11 am and 1 pm pacific, and between 2 and 3 pm pacific.  We would propose starting a call at either 9:30 am, or 3:15 pm.

---

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Monday, November 29, 2021 10:18 AM
**To:** Trig Smith <TrigS@rgrdlaw.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

EXTERNAL SENDER
Thank you.  Please let us know counsel's availability to meet and confer on Tuesday, November 30, or Wednesday, December 1.

Sincerely,
Brittany

# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

---

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071

Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Monday, November 29, 2021 9:18 AM
**To:** Rogers, Brittany <brogers@omm.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

[EXTERNAL MESSAGE]

Brittany:

Understood, although your clients agreed to meet and confer regarding the limits before Latham exited.  In any event, we appreciate that you will be considering the proposal.

Our proposal is 444 hours.  That was reached by multiplying 37 potential witnesses by 12 hours each.  We did not include the 1 hour your clients seek for each witness, but we do not object to the one hour request.

We understand you are eager to get this finalized as soon as possible.  Accordingly, please let us know when you are ready for further meet and confer on the matter.

**Trig Smith**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Monday, November 29, 2021 9:09 AM
**To:** Trig Smith <TrigS@rgrdlaw.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

EXTERNAL SENDER
Trig,

Our proposal included our position on Rule 30(a)(2)(A)(i) on page 1: "Nothing in this protocol alters, changes, or impacts the provisions of Federal Rule of Civil Procedure 30(a)(2)(A)(i)."  We look forward to reviewing plaintiffs' complete counterproposal when ready.


Thank you,
Brittany


# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Monday, November 29, 2021 8:51 AM
**To:** Rogers, Brittany <brogers@omm.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol


[EXTERNAL MESSAGE]

Hi Brittany.

We deliberately left that blank in the counter proposal.  We can get you that information fairly soon, however.  We note you have not stated your clients' position on the limits imposed by Rule 30(a)(2)(A)(i).  We assume your clients are taking the position of 10, subject to further meet and confer.  Please confirm.


 **Trig Smith**




 655 West Broadway, Suite 1900
 San Diego, CA 92101
 (619) 231-1058


**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Monday, November 29, 2021 8:39 AM

**To:** Trig Smith <TrigS@rgrdlaw.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

EXTERNAL SENDER
Thank you, Trig.  Did plaintiffs intend to leave the proposed hours on page 1 blank?  We will need plaintiffs' position on that provision assess the counterproposal as a whole.

Sincerely,
Brittany

# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Wednesday, November 24, 2021 12:09 PM
**To:** Rogers, Brittany <brogers@omm.com>; David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** Re: Maxar Securities Litigation - Deposition Coordination Protocol

[EXTERNAL MESSAGE]

Dear Counsel:

Attached please find the Related Action plaintiffs' counter-proposal regarding the deposition cooperation protocol.  We appreciate you affording us sufficient time to review, consider, confer and respond to your clients' proposal.

Please let us know when you would like to meet and confer.

Happy holidays to all.

Best regards,

Trig

**From:** Trig Smith
**Sent:** Friday, November 19, 2021 3:12 PM
**To:** 'Rogers, Brittany'; David W. Hall; Adam Polk; Armen Zohrabian; Makenna Cox; Spence Burkholz; Henry Rosen; Nicole Gilliland; Brad Sader
**Cc:** Close, Matthew W.; Waxman, Jonathan
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

Thanks Brittany:

We have been consulting with Hedin Hall re proposed deposition coordination protocol and will revert to you before the t-day break.

-Trig

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Friday, November 19, 2021 3:10 PM
**To:** David W. Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Trig Smith <TrigS@rgrdlaw.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** RE: Maxar Securities Litigation - Deposition Coordination Protocol

EXTERNAL SENDER

Following up on my email below.

Thank you,

Brittany

# O'Melveny

**Brittany Rogers**

brogers@omm.com

O: +1-213-430-8349

O'Melveny & Myers LLP

400 South Hope Street, 18th Floor

Los Angeles, CA  90071

Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Rogers, Brittany
**Sent:** Monday, November 8, 2021 2:12 PM
**To:** 'David W. Hall' <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Trig Smith <TrigS@rgrdlaw.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** Maxar Securities Litigation - Deposition Coordination Protocol

Counsel,

As we have discussed separately with the state and federal plaintiffs' counsel, we believe that a deposition coordination protocol is necessary given the factual overlap between the two matters and the need to avoid duplicative depositions of the same witnesses.  Attached please find proposed terms for a deposition coordination protocol in the *McCurdy* and *Oregon Laborers* matters.  The attached protocol aims to establish parameters to encourage efficiency and avoid undue burden, while reasonably protecting the interests of all parties.  If the terms are acceptable to plaintiffs, we will prepare stipulations to be filed in each case.  We look forward to your thoughts.

Sincerely,

Brittany

# O'Melveny
**Brittany Rogers**

brogers@omm.com

O: +1-213-430-8349

O'Melveny & Myers LLP

400 South Hope Street, 18th Floor

Los Angeles, CA  90071

Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*