# EXHIBIT B

| **From:** | Trig Smith <TrigS@rgrdlaw.com> |
| **Sent:** | Tuesday, December 7, 2021 6:52 PM |
| **To:** | Rogers, Brittany |
| **Cc:** | Close, Matthew W.; Waxman, Jonathan; Dhall@hedinhall.com; 'Adam Polk'; Armen Zohrabian; Makenna Cox; Spence Burkholz; Henry Rosen; Nicole Gilliland; Patton Johnson; Brad Sader |
| **Subject:** | Maxar -- Plaintiffs' Proposed Deposition List |
| **Attachments:** | MAXAR DEPONENT LIST III.docx |

[EXTERNAL MESSAGE]

Hi Brittany:

Attached for discussion purposes only is the State and Federal Action Plaintiffs' proposed deposition witness list.  Consistent with our prior meet and confer discussions, we have excluded all non-party deponents from the list.  Further, we believe that O'Melveny will first need to identify all persons on the list that O'Melveny is or will be representing so that Plaintiffs and Defendants will both be able to maximize the efficiency of discovery in the case.  We look forward to additional discussion among counsel regarding this issue.

To the extent you have any questions in the interim, please let us know.

Best regards,


**Trig Smith**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    


**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

1

**FOR DISCUSSION PURPOSES ONLY**
**DRAFT MAXAR DEPONENT LIST**
**As of:  December 7, 2021**

| Name | Relevance |
|---|---|
| Maxar PMK Deposition | *See* September 7, 2021 letter from Girard Sharp to Latham Watkins. |
| Andersen, Jeremy | Former SSL CFO, resigned in January 2018. Has knowledge of GeoCom's accounting practices, financial results and forecasting prior to his departure. |
| Bortner, Andrea | Chief Human Resources Officer.  Knowledge concerning layoffs, which Plaintiff alleges was an indicator of impairment.  She was part of the working group in connection with the DigitalGlobe merger and participated in Board-level meetings concerning the merger. |
| Brinton, Turner | Director of Public Relations.  Brinton was listed as the Media contact for Maxar's response to the Spruce Point report.  In addition to Spruce Point related information, Brinton has knowledge of information about investor, analyst and media accounts related to the underlying allegations. |
| Brkic, Mladen | CFO for SSL.  Has knowledge of issues that arose regarding impairment accounting and GeoCom challenges. |
| Celli, John | SSL President (pre-Zamarian).  Has knowledge of the industry challenges for GeoCom.  Has knowledge regarding GeoCom tactics/strategies throughout the relevant time period. |
| Choo, Zhe | Choo is involved in the preparation of Maxar financial statements, assessing accounting standards including impairment, and the Company's debt covenants.  Choo also provided information to Duff & Phelps. |
| Chou, Edward | Senior Manager of Finance.  Involved in the preparation of Maxar's 3Q 2017 impairment test, including discussion regarding management's underlying assumptions. |
| Currier, Rich | SVP GeoCom business development 2013-2019.  Author of numerous highly relevant documents regarding GeoCom's challenges. Personally interacted with Bain in 2017. |

| Name | Relevance |
|---|---|
| Cyprus, Nick | Chair of the Audit Committee. Knowledge of Audit Committee investigation into Spruce Point allegations. |
| Davies, Mike | SSL Controller. Has knowledge of GeoCom's accounting practices, financial results and forecasting prior to his departure. |
| Estey, Paul | Executive Director SSL. Author of numerous relevant documents regarding GeoCom's challenges. Personally interacted with Bain in 2017. Personal knowledge of GeoCom strategic alternatives. |
| Georges, Stephanie | Chief Marketing Officer. Involved in the drafting, editing, reviewing, and approving of the Company's responses to Spruce Point. In addition to Spruce Point related information, Georges has information about investor, analyst and media accounts related to the underlying allegations. |
| Gotla, Nauzer | SSL Internal Audit. Has knowledge of Maxar's internal control structure and challenges including the SSL material weaknesses disclosed at year-end 2018. |
| Guetre, Lori | Sr. Director, Strategic Business Development. A member of MAXAR's working group in connection with the DigitalGlobe merger. She worked closely with Bain in 2017 (including regarding financial forecasts). And provided information regarding Maxar's financial condition and the GeoCom satellite market for Board-level presentations. |
| Gursky, Jason | VP, Investor Relations. Involved in Maxar's response to Spruce Point allegations. Gursky's contact information is part of Maxar's August 24, 2018 press release. In addition to Spruce Point related information, Gursky has information about investor, analyst and media accounts related to the underlying allegations. |
| Hanafy, Yasir | SSL Financial Planning & Analysis. Has knowledge of facts related to alleged impairment indicators, including cash flow forecasts and financials distributed to senior management regarding GeoCom. |
| Harrah, Theresa | SSL assistant controller. Has knowledge of SSL accounting and internal controls, including impairment procedures. |

| Name | Relevance |
|---|---|
| Hoegler, Darren | Corporate Assistant Controller.  Involved in the impairment testing at year-end 2017. Also, has knowledge concerning Maxar's change in their operating segments post-merger. |
| Iyer, Neetha | SSL Payload Engineer.  Has knowledge of Maxar's digital payload capabilities during the relevant time period. |
| Lance, Howard | Defendant; Maxar CEO May 2016 to Jan 2019 |
| Lau, Angela | Sr. V.P. Finance and Corporate Strategy. Defendants in California action.  Engaged with the Board regarding the DigitalGlobe merger, drafted documents filed with the SEC, analyzed Maxar's debt covenants and provided information to Duff & Phelps. |
| Lopshire, Lisa | SSL Corporate Counsel.  Identified as having knowledge of AMOS-8. |
| McCombe, William | Former CFO of Maxar.  Has knowledge of issues surrounding new segment structure, GeoCom financial performance, why Bain was brought in, impairment testing procedures and new reporting segment structure during 2017 and early 2018. |
| Poratto, Marissa | Maxar's Director of Investor Relations. Poratto is the media contact on numerous press releases including those announcing the Company's quarterly earnings conference calls. |
| Porter, Biggs | New Maxar CFO in 3Q18.  Has knowledge of the impairment charge taken in 3Q18.  Has knowledge of the impairment testing done at 3Q18. |
| Santoro, Michael | SSL VP of Finance and Interim CFO after Jeremy Andersen leaves.  Is involved in SSL's financial performance and discussions on the direction of the business. |
| Shockey, Kathy | V.P. Business Development.  Assessed and conveyed information concerning the GeoCom market to Maxar executives. |
| Stephenson, Bruce | Maxar Chief Strategy Officer.  Has knowledge regarding the Company's GeoCom business, including tactics, strategies and competitive position throughout the relevant time period. Interacted with the Maxar executive team including Howard Lance and Dario Zamarian |

4

| Name | Relevance |
|---|---|
|  | regarding GeoCom performance and outlook and internal guidance. |
| Torres, Jose | Maxar Chief Accounting Officer.  Has knowledge of accounting and factual issues.  Has knowledge regarding DigitalGlobe due diligence of GeoCom. |
| Vanturennout, Karel | Sr. V.P. Strategic Development.  Assessed and communicated information regarding the state of the GeoCom market. |
| Weber, Lance | PwC valuations, drafted accounting memos and corrective disclosure language; Maxar Segment Controller December 2018-Present. |
| Wilkinson, Paul | Former SSL employee and SSL consultant.  Knowledge of most accounting and factual issues in the case.  Has knowledge of segment reporting realignment issues post-merger. |
| Windrum, Jill | Maxar technical accountant.  Has knowledge and important witness for most accounting factual issues between 2017 and 3Q18 and standard application throughout the case. |
| Wiresekara, Anil | Defendant; Interim CFO February 26, 2018 through August 15, 2018 |
| Zamarian, Dario | Space Systems President.  Author of numerous relevant documents regarding GeoCom's challenges and assessment of strategic alternatives for GeoCom.  Was personally involved in finding potential purchaser for GeoCom. |

I:\Users\TrigS\Maxar\Discovery\MAXAR DEPONENT LIST.docx