# EXHIBIT D

**From:** Rogers, Brittany
**Sent:** Thursday, February 17, 2022 1:16 PM
**To:** 'Christopher Stewart' <CStewart@rgrdlaw.com>; 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** RE: Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) – Service of Discovery

Counsel,
We are authorized to accept document subpoenas via email for Paul Estey, Theresa Harrah, Bruce Stephenson, and Lance Weber, and I believe you sent those today.  Thank you.

As for scheduling, any discussions will need to include counsel for the *McCurdy* plaintiff, consistent with the coordination principles already agreed by the parties.  We had an informal discovery conference this morning with Judge Kulkarni, and he suggested we begin to schedule depositions starting in April to give both courts time to weigh in and to ensure the both federal and state courts have sufficient time to enter deposition protocols before any deposition commences.  We suggest the parties schedule a call to discuss scheduling and sequencing next week to align on priorities.

Sincerely,
Brittany

# O'Melveny

1

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Tuesday, February 15, 2022 9:48 AM
**To:** 'msmith@shermanhoward.com' <msmith@shermanhoward.com>; 'pkoclanes@shermanhoward.com' <pkoclanes@shermanhoward.com>; 'jsturhahn@shermanhoward.com' <jsturhahn@shermanhoward.com>; Close, Matthew W. <mclose@omm.com>; Rogers, Brittany <brogers@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** Or. Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc., No. 1:19-cv-00124-WJM-SKC (D. Colo) – Service of Discovery

[EXTERNAL MESSAGE]

Counsel,

Attached please find deposition subpoenas for Paul Estey, Theresa Harrah, Bruce Stephenson, and Lance Weber.  I understand from your February 14 email that OMM represents these individuals and is authorized to accept service of these deposition subpoenas via email on behalf of these individuals, and that personal service of these deposition subpoenas on these individuals will not be necessary.

As requested on February 14, please propose by Thursday, February 17 some dates on which these witnesses are available for deposition

Also attached are document subpoenas for Paul Estey, Theresa Harrah, Bruce Stephenson, and Lance Weber.  Please let us know by February 16, 2022 whether you are authorized to accept service via email of these document subpoenas on behalf of these individuals, otherwise we will take steps to effect personal service.

Regards,
Chris

**Christopher D. Stewart**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

2

**NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**

3