# EXHIBIT E

**From:** Waxman, Jonathan
**Sent:** Friday, March 4, 2022 1:43 PM
**To:** Trig Smith <TrigS@rgrdlaw.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Adam Polk <apolk@girardsharp.com>; David W. Hall <dhall@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; 'Armen Zohrabian' <azohrabian@hedinhall.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Rogers, Brittany <brogers@omm.com>
**Subject:** Maxar--Deposition Scheduling

Hi all,

We'd like to set a call next week to discuss deposition scheduling.  As we have discussed with both sets of plaintiffs, it is important that the parties in both matters participate in our scheduling conversations to efficiently coordinate deposition dates.  Our clients have busy schedules and many of them are no longer with Maxar, meaning that they will have to balance obligations with their current employers.  Please let us know your availability next Wednesday–Friday for a call.  In the meantime, please send us plaintiffs' combined priority list—i.e., a list of witnesses that plaintiffs in both matters would like to depose first—so that we can work on scheduling with those individuals.

Defendants reserve all rights.

Thanks,
Jonathan

## O'Melveny

**Jonathan B. Waxman**
Counsel
jwaxman@omm.com
O: +1-213-430-8159

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*