# EXHIBIT F

| | |
|---|---|
| **From:** | Rogers, Brittany |
| **Sent:** | Friday, March 11, 2022 7:34 PM |
| **To:** | Trig Smith |
| **Cc:** | Waxman, Jonathan; Spence Burkholz; Henry Rosen; Christopher Stewart; Nicole Gilliland; Patton Johnson; Brad Sader |
| **Subject:** | RE: Activity in Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al  v. Maxar Technologies Inc. et al Order |

Hi Trig,
I think our email exchange is sufficient.  Have a nice weekend.

Sincerely,
Brittany

# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Friday, March 11, 2022 5:04 PM
**To:** Rogers, Brittany <brogers@omm.com>
**Cc:** Waxman, Jonathan <jwaxman@omm.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** RE: Activity in Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al Order

[EXTERNAL MESSAGE]

Hi Brittany.

Acceptable to Plaintiff.

Let us know if we need to formalize the agreement or if you think the email exchange here is good enough.

Regards,

Trig

-------- Original message --------
From: "Rogers, Brittany" <brogers@omm.com>
Date: 3/10/22 7:28 PM (GMT-08:00)
To: Trig Smith <TrigS@rgrdlaw.com>
Cc: "Waxman, Jonathan" <jwaxman@omm.com>, Spence Burkholz <SpenceB@rgrdlaw.com>, Henry Rosen <HenryR@rgrdlaw.com>, Christopher Stewart <CStewart@rgrdlaw.com>, Nicole Gilliland <NGilliland@rgrdlaw.com>, Patton Johnson <PJohnson@rgrdlaw.com>, Brad Sader <BSader@rgrdlaw.com>
Subject: RE: Activity in Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al Order

EXTERNAL SENDER
Trig,
On today's meet and confer, you mentioned that the Federal Plaintiff would be willing to consider our proposal concerning Plaintiff's anticipated motion to exceed its deposition limit, with some changes.  For the sake of clarity, when I say "depositions" in this email, I am referring to any non-expert deposition that Plaintiff participates in, including both Common Interest Depositions and depositions that do not qualify as Common Interest Depositions.

You told us that Plaintiff would be willing to agree to the following: Defendants would agree to increase Plaintiff's deposition limit from 10 to 13, so long as Plaintiff waits until it has taken 7 depositions before filing any motion for permission to take more than 13 depositions.  I can confirm that Defendants would be willing to agree to that proposal.

You also asked that Defendants agree that, if Plaintiff brings a motion to exceed its deposition limit after it has taken 7 depositions, Defendants will not argue that Plaintiff has unduly delayed in making the motion.  I can confirm that Defendants will not argue that Plaintiff has unduly delayed bringing a motion to increase Plaintiff's deposition limit if the motion is brought within the applicable deadline for such a motion set by the Court or FRCP/LR and Plaintiff has taken 7 depositions, as previously defined.

We think it is premature to discuss the impact that any such motion might have on the case schedule, which will depend on when Plaintiff brings the motion, and what the Court's order says.  We can, however, confirm that we will work with you in good faith to effectuate the Court's orders.

Please let us know whether this proposal is acceptable to your client.

Sincerely,
Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Rogers, Brittany
**Sent:** Thursday, March 10, 2022 12:48 PM
**To:** 'Trig Smith' <TrigS@rgrdlaw.com>
**Cc:** Waxman, Jonathan <jwaxman@omm.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** RE: Activity in Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al Order

Trig,

As stated below, we believe judicial intervention is premature and unnecessary at this time, and will serve only to burden a busy Court.  In a good faith effort to spare the Court and the parties another round of briefing on this issue, we would be willing to consider an agreement increasing Plaintiff's deposition limit to 13, so long as Plaintiff waits until it has taken 10 depositions or participated in 10 Common Interest Depositions before filing any motion for permission to take more than 13 depositions.  Please let us know if Plaintiff is amenable to this approach.

Sincerely,
Brittany

# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Wednesday, March 9, 2022 12:30 PM
**To:** Rogers, Brittany <brogers@omm.com>
**Cc:** Waxman, Jonathan <jwaxman@omm.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** RE: Activity in Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al Order

[EXTERNAL MESSAGE]

Thanks Brittany.

Plaintiff will be filing a motion by no later than Monday, and we appreciate your confirmation that Defendants will oppose.

With regard to the briefing schedule, Plaintiff sees no reason to extend the schedule set by the local rules given the parties have already argued the matter twice.  To the extent Defendants wish to alter that schedule to provide

3

additional time to oppose Plaintiff's upcoming motion, please be advised that Plaintiff would oppose (i.e., there is no need to meet and confer as you have Plaintiff's position).

Best regards,

**Trig Smith**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    

---

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Wednesday, March 9, 2022 12:22 PM
**To:** Trig Smith <TrigS@rgrdlaw.com>
**Cc:** Waxman, Jonathan <jwaxman@omm.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** RE: Activity in Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al Order

EXTERNAL SENDER

Trig,
At this time, Defendants would oppose a motion by Plaintiff to expand its deposition limit beyond the 10 provided in the Court's scheduling order and repeated in yesterday's order. As explained in our briefing, the proper sequence would be for Plaintiff to prioritize 10 depositions, and the parties can assess whether there is a need for additional depositions when Plaintiff reaches its limit. Moreover, we do not believe that the Court's order contemplated a "fairly immediate[]" motion repeating the same arguments Plaintiff already raised. That said, if Plaintiff insists on filing an immediate motion, we would be happy to meet and confer regarding a briefing schedule.

Sincerely,
Brittany

# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trig Smith <TrigS@rgrdlaw.com>
**Sent:** Tuesday, March 8, 2022 2:09 PM
**To:** Rogers, Brittany <brogers@omm.com>
**Cc:** Waxman, Jonathan <jwaxman@omm.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** FW: Activity in Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al Order

[EXTERNAL MESSAGE]

Brittany:

Congrats on the order.   Given that Judge Crews granted us leave to file a motion to modify the 10 depo limit (see page 3), we intend to file that motion fairly immediately.

We presume your clients oppose that motion.  Let us know if that assumption is incorrect.

Best,


**Trig Smith**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    


**From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Sent:** Tuesday, March 8, 2022 1:52 PM
**To:** COD_ENotice@cod.uscourts.gov
**Subject:** Activity in Case 1:19-cv-00124-WJM-SKC Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al Order

EXTERNAL SENDER

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court - District of Colorado**

District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 3/8/2022 at 2:51 PM MST and filed on 3/8/2022

**Case Name:**          Oregon Laborers Employers Pension Trust Fund et al v. Maxar Technologies Inc. et al

**Case Number:**         1:19-cv-00124-WJM-SKC

**Filer:**

**Document Number:** 138

**Docket Text:**
**ORDER re: JOINT DISCOVERY DISPUTE REPORT [137] issued by Magistrate Judge S. Kato Crews on 3/8/2022.**

**(skclc1)**


**1:19-cv-00124-WJM-SKC Notice has been electronically mailed to:**

Henry Rosen      henryr@rgrdlaw.com, dianah@rgrdlaw.com

Jeffrey Allen Berens      jeff@jberenslaw.com, jeffreyberens@comcast.net

Spencer A. Burkholz      spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com

Jeffrey S. Abraham      jabraham@aftlaw.com

Trig Randall Smith      trigs@rgrdlaw.com, CReis@ecf.courtdrive.com, ChristC@rgrdlaw.com, creis@rgrdlaw.com, e_file_sd@rgrdlaw.com, panderson@rgrdlaw.com

Jerome H. Sturhahn      jsturhahn@shermanhoward.com, efiling@shermanhoward.com, jbulanow@shermanhoward.com

Danielle S. Myers      dmyers@rgrdlaw.com, dmyers@ecf.courtdrive.com, e_file_sd@rgrdlaw.com

Matthew W. Close      mclose@omm.com, matthew-close-5511@ecf.pacerpro.com, mleu@omm.com

Eric C. Pettis (Terminated)      eric.pettis@lw.com

Nicole Gilliland      ngilliland@rgrdlaw.com

Brittany Allison Rogers      brogers@omm.com

Patton L. Johnson      pjohnson@rgrdlaw.com, TerreeD@rgrdlaw.com, panderson@rgrdlaw.com

Christopher Dennis Stewart      cstewart@rgrdlaw.com, E_File_SD@rgrdlaw.com

**1:19-cv-00124-WJM-SKC Notice has been mailed by the filer to:**

Logan Durant

6

Michael W Slaunwhite

Phillup G Newhope

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/8/2022] [FileNumber=8533650-0]
[91db0af377a662392ed13b7f6ee32b689bf38107b3a67b994c669c16dbbc94834ebc
46a8bafeaa2b712e63b328f822cd3e899c744eb89d1d5e776069bd6cdded]]

**NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**