# EXHIBIT G

**From:** Rogers, Brittany
**Sent:** Monday, March 21, 2022 3:56 PM
**To:** 'Trig Smith' <TrigS@rgrdlaw.com>; Waxman, Jonathan <jwaxman@omm.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; 'David W. Hall' <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>
**Subject:** RE: Maxar

Trig,
Mr. Weber is available on April 11 and 12

Ms. Harrah is available on April 21 and 22.

Mr. McCombe has an international vacation planned in April, followed by several unmovable work commitments.  He has requested that his deposition take place on May 13 and 17.  If that is unworkable, he has one day open in late April (April 29).

I will be back in touch shortly with the remaining witnesses' availability.  Please let us know if counsel are available on the above dates and we will block them on the calendar.

Thanks,
Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor

Los Angeles, CA  90071
<u>Website</u> | <u>Bio</u>

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Trig Smith <<u>TrigS@rgrdlaw.com</u>>
**Sent:** Monday, March 14, 2022 5:42 PM
**To:** Rogers, Brittany <<u>brogers@omm.com</u>>; Waxman, Jonathan <<u>jwaxman@omm.com</u>>
**Cc:** Close, Matthew W. <<u>mclose@omm.com</u>>; 'David W. Hall' <<u>dhall@hedinhall.com</u>>; Adam Polk <<u>apolk@girardsharp.com</u>>; Christopher Stewart <<u>CStewart@rgrdlaw.com</u>>; Nicole Gilliland <<u>NGilliland@rgrdlaw.com</u>>; Patton Johnson <<u>PJohnson@rgrdlaw.com</u>>; Brad Sader <<u>BSader@rgrdlaw.com</u>>
**Subject:** Maxar

[EXTERNAL MESSAGE]

Hi Brittany and Jonathan.

As discussed last week, below please find a list of the first 8 depositions the State and Federal Action Plaintiffs would like to prioritize for deposition beginning ~April 11.

Currier
Estey
Harrah
Weber
Gursky
Stevenson
McCombe
Radabaugh (Bain)

At your earliest convenience, please provide us proposed availability dates.

Should you have any questions, please let us know.

Best regards,

**Trig Smith**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and**

**protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**

Case No. 1:19-cv-00124-WJM-SKC    Document 162-7    filed 05/31/22    USDC Colorado
pg 4 of 4

protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.