# EXHIBIT H

**From:** Rogers, Brittany
**Sent:** Tuesday, April 26, 2022 5:33 PM
**To:** 'Trig Smith' <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Ikehara, Kate M. <kikehara@omm.com>
**Subject:** RE: Maxar

Trig,
Yesterday, you informed us that Plaintiff plans to request an alteration to the existing scheduling order.  I heard you to propose that all future case deadlines be vacated until Plaintiff has a better idea of when it can complete depositions.

We would be happy to discuss something like a 30-day extension of future case deadlines to accommodate scheduling issues, but Defendants are unable to agree to remove all deadlines, or an indefinite extension of the fact-discovery cutoff.  We don't think anything like that is warranted.

According to the Deposition Coordination Protocol and the parties' agreement on March 10, Plaintiff is permitted take or participate in 13 depositions without seeking leave of Court.  We received a list of 8 witnesses from Plaintiff on March 14: Currier, Estey, Harrah, Weber, Gursky, Stephenson, McCombe, and Radabaugh.  We confirmed that O'Melveny currently represents 6 of the 8 witnesses, and proceeded to schedule those 6 depositions.  On April 19, Plaintiff asked that we schedule depositions for O'Melveny clients Zamarian and Torres, and we did so.  We also agreed to the schedule and terms proposed for Radabaugh, who we do not represent.  Currently, depositions for each of the 8 witness, with the exception of Currier (who has not been served) and Stephenson (who recently contracted COVID) are on calendar and within the fact discovery period.  We anticipate no issue with rescheduling Stephenson once he has recovered.

You informed us yesterday that to reach its limit of 13, Plaintiff plans also to conduct 3 additional third-party depositions of witnesses associated with KPMG US, KPMG Canada, and Duff & Phelps.  We believe they can easily be scheduled within the remaining fact-discovery period.  If you provide proposed dates, we will promptly confirm whether we are available.

To the extent that Plaintiff is worried about the timing for its anticipated motion for leave to exceed 13 depositions, Harrah is complete, and Plaintiff has completed its questioning of Weber, even though the State Plaintiff has another day with him.  Defendants are willing to "count" as complete the depositions of Weber, since  Plaintiff has finished its questioning, and Stephenson, whose deposition has been postponed due to illness.  That brings Plaintiff's total to 3 for the purpose of the parties' March 10 agreement.

Hopefully, that will resolve any concerns Plaintiff has with the schedule.

Sincerely,
Brittany

# O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

---

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

2