# EXHIBIT I

# Filed
# Under
# Restriction