# EXHIBIT J

# Filed Under Restriction