# EXHIBIT K

# Filed
# Under
# Restriction