# EXHIBIT L

# Filed
# Under
# Restriction