# EXHIBIT M

# Filed
# Under
# Restriction