# EXHIBIT N

# Filed
# Under
# Restriction