# EXHIBIT O

# Filed
# Under
# Restriction