# EXHIBIT P

# Filed
# Under
# Restriction