# EXHIBIT Q

# Filed
# Under
# Restriction