# EXHIBIT A

**Exhibit 9**

408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY

MAXAR_0001802



408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY

MAXAR_0001803

408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY

MAXAR_0001804

408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY

MAXAR_0001805

408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY

MAXAR_0001806

408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY

MAXAR_0001807

408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY

MAXAR_0001808

408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY

MAXAR_0001809

408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY

MAXAR_0001810

408 SETTLEMENT PRODUCTION - ATTORNEYS EYES ONLY                    MAXAR_0001811