# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00124-WJM-SKC

Consolidated with Civil Action No. 1:19-cv-00758-WJM-SKC

OREGON LABORERS EMPLOYERS

PENSION TRUST FUND, Individually

and On Behalf of All Others

Similarly Situated,

　　　Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,

HOWARD L. LANCE, and

ANIL WIRASEKARA,

　　　Defendants.

_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION

OF LANCE WEBER

Denver, Colorado

Monday, April 11, 2022

Volume 1

Reported by:

LESLIE JOHNSON

RPR, CCRR, CSR No. 11451

Job No.: 5165356

PAGES 1 - 354

Page 1



45 (Pages 174 - 177)