# EXHIBIT C

CONFIDENTIAL UNDER PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

OREGON LABORERS EMPLOYERS
PENSION TRUST FUND,
Individually and On Behalf of
All Others Similarly
Situated,                          Civil Action No.
                                   1:19-cv-00124-WJM-
          Plaintiff,               SKC
     vs.                           Consolidated with
                                   Civil Action No.
                                   1:19-cv-00758-WJM-
MAXAR TECHNOLOGIES INC.,           SKC
HOWARD L. LANCE, and ANIL
WIRASEKARA,

          Defendants.
_____/

        -- CONFIDENTIAL UNDER PROTECTIVE ORDER --

          VIDEOTAPED DEPOSITION OF JOSE TORRES
                     Volume 1
                Remote Zoom Proceedings
                San Diego, California
                Thursday, June 2, 2022

REPORTED BY:
LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
Pages 1 - 285                      Job No. 5240026

                                                    Page 1

CONFIDENTIAL UNDER PROTECTIVE ORDER



16 (Pages 58 - 61)

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL UNDER PROTECTIVE ORDER



Veritext Legal Solutions
866 299-5127

CONFIDENTIAL UNDER PROTECTIVE ORDER



43 (Pages 166 - 169)