# EXHIBIT D



CONFIDENTIAL

MAXAR_0064312