# EXHIBIT E



**Exhibit
35**
4/21/2022
Harrah

CONFIDENTIAL

MAXAR_0419127