# EXHIBIT F

**Exhibit
38**
4/21/2022
Harrah

MAX0000889



MAX0000889

MAX0000889



MAX0000889

MAX0000889



MAX0000889



MAX0000889



Case No. 1:19-cv-00124-WJM-SKC    Document 167-6    filed 06/14/22    USDC Colorado
pg 9 of 9

MAX0000890