# EXHIBIT G



27

**Exhibit
27**

CONFIDENTIAL

MAXAR_0358228