# EXHIBIT H

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

OREGON LABORERS EMPLOYERS          Civil Action No.

PENSION TRUST FUND, Individually   1:19-cv-00124-WJM-SKC

and On Behalf of All Others

Similarly Situated,                Consolidated with

    Plaintiff,                   Civil Action No.

v.                                 1:19-cv-00758-WJM-SKC

MAXR TECHNOLOGIES INC.,

et al.,

    Defendants.

_____

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

In re MAXAR TECHNOLOGIES, INC.     Case No. 19CV357070

SECURITIES LITIGATION

_____

* CONFIDENTIAL *

VIDEOTAPED VIDEOCONFERENCE DEPOSITION

OF BRUCE W. STEPHENSON

Washington, D.C.

Monday, May 9, 2022

Volume 1

Reported by:

LESLIE JOHNSON

RPR, CCRR, CSR No. 11451

Job No.: 5219108

PAGES 1 - 317

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL



64 (Pages 250 - 253)