# EXHIBIT I

CONFIDENTIAL UNDER PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

OREGON LABORERS EMPLOYERS
PENSION TRUST FUND,
Individually and On Behalf of
All Others Similarly
Situated,                          Civil Action No.
                                   1:19-cv-00124-WJM-
            Plaintiff,             SKC

        vs.                        Consolidated with
                                   Civil Action No.
                                   1:19-cv-00758-WJM-
MAXAR TECHNOLOGIES INC.,           SKC
HOWARD L. LANCE, and ANIL
WIRASEKARA,

                Defendants.
_____/

        -- CONFIDENTIAL UNDER PROTECTIVE ORDER --

        VIDEOTAPED DEPOSITION OF DARIO ZAMARIAN
                    Volume 1
            Remote Zoom Proceedings
            Menlo Park, California
            Thursday, June 9, 2022

REPORTED BY:
LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
Pages 1 - 265                          Job No. 5240037

                                       Page 1

CONFIDENTIAL UNDER PROTECTIVE ORDER



56 (Pages 218 - 221)

CONFIDENTIAL UNDER PROTECTIVE ORDER



57 (Pages 222 - 225)