# EXHIBIT 1

Envelope: 9137668

Daniel C. Girard (SBN 114826)
dgirard@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Thomas L. Watts (SBN 308853)
tomw@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

David W. Hall (SBN 274921)
dhall@hedinhall.com
Armen Zohrabian (SBN 230492)
azohrabian@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA  94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Co-Lead Counsel for Plaintiff and the Class*

Additional Counsel on Signature Page

FILED

 June 3, 2022

Clerk of The Court
Superior Court of CA
County of Santa Clara
19CV357070

 By:  rwalker

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| IN RE MAXAR TECHNOLOGIES, INC. SHAREHOLDER LITIGATION | Case No. 19CV357070 |
| | CLASS ACTION |
| This Document Relates To: | DATE ACTION FILED: 10/21/2019 |
| ALL ACTIONS | DEPT. 1 |
| | JUDGE:  HON. SUNIL R. KULKARNI |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING ADJUSTMENT TO CASE SCHEDULE** |

1

STIPULATION AND [PROPOSED] ORDER REGARDING ADJUSTMENT TO CASE SCHEDULE

Plaintiff Michael McCurdy and Defendants Maxar Technologies, Inc. ("Maxar"), Howard L. Lance, Anil Wirasekara, Angela Lau, Robert L. Phillips, Dennis H. Chookaszian, Lori B. Garver, Joanne O. Isham, Robert Kehler, Brian G. Kenning, and Eric Zahler (collectively, the "Defendants") respectfully submit this Joint Stipulation and Proposed Order modifying the case schedule.

WHEREAS, on April 29, Plaintiff requested a Case Management Conference in order to request an extension of the case schedule;

WHEREAS, on May 13, 2022, the parties submitted a Joint Case Management Statement in which Plaintiff requested a four-month extension of the case schedule;

WHEREAS, Defendants opposed Plaintiff's request for a four-month extension and proposed a 30-day extension to the fact discovery cutoff, the deadline to file motions to compel, expert deadlines, dispositive motion briefing deadlines, the final pre-trial conference, and the trial date;

WHEREAS, the Parties participated in a Case Management Conference on May 19, 2022, in order to obtain the Court's guidance on the nature and extent of any extension of the schedule;

WHEREAS, at the May 19, 2022 Case Management Conference, the Court advised the Parties that it was amenable to extending the fact discovery cutoff by two months, and the trial date by one week;

WHEREAS, the Court further instructed the Parties to meet and confer and submit a proposed schedule adjusting the rest of the case deadlines to accommodate the adjusted fact-discovery cutoff and trial date on or before June 3, 2022;

WHEREAS, prior to this extension, the Court has extended case deadlines one time previously, on October 16, 2021;

WHEREAS, in accordance with the Court's guidance at the May 19, 2022 Case Management Conference, the Parties have met and conferred and agreed to the below adjusted deadlines;

STIPULATION AND [PROPOSED] ORDER REGARDING ADJUSTMENT TO CASE SCHEDULE

NOW THEREFORE, the Parties, by and through their respective undersigned counsel of record, and subject to approval by the Court, hereby stipulate and agree to the following adjusted case schedule:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cutoff | July 18, 2022 | September 19, 2022 |
| Deadline for Motions to Compel | August 18, 2022 | October 17, 2022 |
| Designation of Opening Experts with Reports | August 25, 2022 | November 17, 2022 |
| Designation of Rebuttal Experts with Reports | N/A | January 12, 2023 |
| Expert Discovery Cut-off | November 3, 2022 | Febuary 2, 2023 |
| MSJs | December 19, 2022 | February 23, 2023 |
| Opposition to MSJs | February 1, 2023 | April 6, 2023 |
| Replies to MSJs | March 13, 2023 | May 18, 2023 |
| Hearing on MSJs | April 6, 2023 at 1:30 PM | June 8, 2023 at 1:30 PM |
| Parties inform the court whether they wish to use a private mediator | May 1, 2023 | May 1, 2023 |
| Mandatory Settlement Conference | June 21, 2023 at 9:00 AM | June 28, 2023 at 9:00 AM |
| Final Pre-trial conference | June 23, 2023 at 2:00 PM | June 30, 2023 at 2:00 PM |
| Trial | July 10, 2023 at 9:00 AM | July 17, 2023 at 9:00 AM |

IT IS SO STIPLATED.

Dated: June 3, 2022

Respectfully submitted,

By: __/s/ Adam E. Polk_____
Daniel C. Girard (SBN 114826)
dgirard@girardsharp.com

3

STIPULATION AND [PROPOSED] ORDER REGARDING ADJUSTMENT TO CASE SCHEDULE

Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Tom Watts (SBN 308853)
tomw@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846


David W. Hall (SBN 274921)
dhall@hedinhall.com
Armen Zohrabian (SBN 230492)
azohrabian@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA  94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Ave., Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

*Co-Lead Counsel for Plaintiff and the Class*


Dated: June 3, 2022                              By:  */s/ Brittany Rogers*
Matthew W. Close (S.B. # 188570)
mclose@omm.com
Brittany Rogers (S.B. # 274432)
brogers@omm.com
Jonathan B. Waxman (S.B. # 294851)
jwaxman@omm.com
Kate M. Ikehara (S.B. # 313431)
kikehara@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor Los
Angeles, California 90071-2899

4

STIPULATION AND [PROPOSED] ORDER REGARDING ADJUSTMENT TO CASE
SCHEDULE

Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

*Attorneys for Defendants Maxar Technologies, Inc., Howard L. Lance, Anil Wirasekara, Angela Lau, Robert L. Phillips, Dennis H. Chookaszian, Lori B. Garver, Joanne O. Isham, Robert Kehler, Brian G. Kenning, and Eric Zahler*

5

STIPULATION AND [PROPOSED] ORDER REGARDING ADJUSTMENT TO CASE SCHEDULE

## [~~PROPOSED~~] ORDER

Good cause appearing, and pursuant to the parties' stipulation, the Court hereby enters the following adjusted case schedule:

| Event | New Deadline |
|---|---|
| Fact Discovery Cutoff | September 19, 2022 |
| Deadline for Motions to Compel | October 17, 2022 |
| Designation of Opening Experts with Reports | November 17, 2022 |
| Designation of Rebuttal Experts with Reports | January 12, 2023 |
| Expert Discovery Cut-off | Febuary 2, 2023 |
| MSJs | February 23, 2023 |
| Opposition to MSJs | April 6, 2023 |
| Replies to MSJs | May 18, 2023 |
| Hearing on MSJs | June 8, 2023 at 1:30 PM |
| Parties inform the court whether they wish to use a private mediator | May 1, 2023 |
| Mandatory Settlement Conference | June 28, 2023 at 9:00 AM |
| Final Pre-trial conference | June 30, 2023 at 2:00 PM |
| Trial | ~~July 17, 2023~~ at 9:00 AM |

July 10, 2023

**IT IS SO ORDERED.**

Date:   June 3, 2022

_____
HONORABLE SUNIL R. KULKARNI

The Court is keeping the July 10, 2023 trial date in place because it has another trial scheduled for early August 2023.

6

STIPULATION AND [PROPOSED] ORDER REGARDING ADJUSTMENT TO CASE SCHEDULE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I served the foregoing document on all counsel on record through One Legal LLC's e-filing system.

By: /s/ Adam E. Polk

7

STIPULATION AND [PROPOSED] ORDER REGARDING ADJUSTMENT TO CASE SCHEDULE