# EXHIBIT 2

| | |
|---|---|
| **From:** | Christopher Stewart |
| **To:** | "Rogers, Brittany"; Close, Matthew W.; Waxman, Jonathan; Vialet, Jose L.; LeVasseur, Josh |
| **Cc:** | Spence Burkholz; Henry Rosen; Trig Smith; Nicole Gilliland; Patton Johnson; Pamela Anderson; Casey Reis |
| **Subject:** | RE: Maxar |
| **Date:** | Monday, February 14, 2022 11:08:53 AM |

Counsel,

Thank you for confirming you will provide the information requested below by close of business today.  We expect to commence personal service of subpoenas on Paul Estey, Theresa Harrah, Bruce Stephenson, and Lance Weber this week.  To the extent OMM represents one or more of these witnesses in connection with their depositions in this case, please propose by Thursday, February 17 some dates on which the witnesses you represent are available for deposition.

Regards,
Chris

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Friday, February 11, 2022 2:00 PM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>
**Subject:** RE: Maxar

EXTERNAL SENDER
Counsel,
Thank you for your email.  We will provide responses to your questions regarding individual representation by close of business on Monday.  In the meantime, please refrain from attempting to personally serve those listed below.  It should also go without staying that Defendants would object to proceeding with any fact deposition before we receive guidance from Magistrate Judge Crews on the parties' pending discovery dispute.

Sincerely,
Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that*

*may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Christopher Stewart <CStewart@rgrdlaw.com>
**Sent:** Wednesday, February 9, 2022 4:35 PM
**To:** Rogers, Brittany <brogers@omm.com>; Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>; Vialet, Jose L. <jvialet@omm.com>; LeVasseur, Josh <jlevasseur@omm.com>
**Cc:** Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Trig Smith <TrigS@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Pamela Anderson <PAnderson@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>
**Subject:** Maxar

[EXTERNAL MESSAGE]

Counsel,

We are in the process of finalizing deposition subpoenas to be served on Paul Estey, Theresa Harrah, Bruce Stephenson, and Lance Weber, in their personal capacity.  Out of courtesy to these individuals, we would prefer to avoid personal service where possible.  As such, please let us know by this Friday, February 11, whether you represent Paul Estey, Theresa Harrah, Bruce Stephenson, and/or Lance Weber in connection with their depositions in this case (and if so, which individual(s) you represent), and whether you are authorized to accept service [via email] of a deposition subpoena on behalf of these individuals.

Separately, please let us know by this Friday, February 11, whether you represent Darren Hoegler, Edward Chou, and/or Angela Lau in connection with their depositions in this case (and if so, which individual(s) you represent), and whether you are authorized to accept service [via email] of a deposition subpoena on behalf of these individuals.

Finally, following up on Patton's February 3 email, please let us know whether you represent Paul Wilkinson in connection with his deposition in this case.

Best,
Chris

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

NOTICE: This email message is for the sole use of the intended

**recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**