# EXHIBIT 4

| | |
|---|---|
| **From:** | Trig Smith |
| **To:** | "Waxman, Jonathan"; Spence Burkholz; Henry Rosen; Christopher Stewart; Nicole Gilliland; Patton Johnson; Adam Polk; David W. Hall; Makenna Cox; Armen Zohrabian |
| **Cc:** | Close, Matthew W.; Rogers, Brittany |
| **Subject:** | RE: Maxar--Deposition Scheduling |
| **Date:** | Monday, March 7, 2022 5:39:11 PM |
| **Attachments:** | Maxar Depo Calendar.pdf |

Jonathan:

The State and Federal Action Plaintiffs are available for a call at 2:30 pm pacific on Thursday, March 10.  Attached please find the Plaintiffs' combined list with proposed dates to aid in the discussion. For the purpose of priority, the first 10 to 15 deponents on the calendar meet that criteria.  Lastly, we have included three "unique" State Action depositions on the calendar to aid in the discussion and future scheduling.  As noted on the attached, the Federal Action Plaintiff does not intend to cross-notice (i.e., participate in those depositions).

Re scheduling of the call this week, please be advised that Wednesday is our for us.  Should Thursday at 2:30 not work for OMM, let us know if a call later that day or Friday would work best for you.

Regards,

**Trig Smith**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



---

**From:** Waxman, Jonathan <jwaxman@omm.com>
**Sent:** Friday, March 4, 2022 1:43 PM
**To:** Trig Smith <TrigS@rgrdlaw.com>; Spence Burkholz <SpenceB@rgrdlaw.com>; Henry Rosen <HenryR@rgrdlaw.com>; Christopher Stewart <CStewart@rgrdlaw.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Adam Polk <apolk@girardsharp.com>; David W. Hall <dhall@hedinhall.com>; Makenna Cox <mcox@girardsharp.com>; Armen Zohrabian <azohrabian@hedinhall.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Rogers, Brittany <brogers@omm.com>
**Subject:** Maxar--Deposition Scheduling

EXTERNAL SENDER
Hi all,

We'd like to set a call next week to discuss deposition scheduling.  As we have discussed with both sets of plaintiffs, it is important that the parties in both matters participate in our scheduling conversations to efficiently coordinate deposition dates.  Our clients have busy schedules and many of them are no longer with Maxar, meaning that they will have to balance obligations with their current employers.  Please let us know your availability next Wednesday–Friday for a call.  In the meantime, please send us plaintiffs' combined priority list—i.e., a list of witnesses that plaintiffs in both matters would like to depose first—so that we can work on scheduling with those individuals.

Defendants reserve all rights.

Thanks,
Jonathan

## O'Melveny

**Jonathan B. Waxman**
Counsel
jwaxman@omm.com
O: +1-213-430-8159

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

# April 2022

Case No. 1:19-cv-00124-WJM-SKC    Document 168-4    filed 06/14/22    USDC Colorado    pg 4 of 7

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12<br>**Currier** | 13 | 14<br>**Celli** | 15 | 16 |
| 17 | 18 | 19<br>**Estey** | 20 | 21<br>**Harrah** | 22 | 23 |
| 24 | 25 | 26<br>**Webber** | 27 | 28<br>**Cyprus** | 29 | 30 |

# May 2022

Case No. 1:19-cv-00124-WJM-SKC   Document 168-4   filed 06/14/22   USDC Colorado   pg 5 of 7

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 <br> **Chou** | 4 | 5 <br> **Taub (FRA)** | 6 | 7 |
| 8 | 9 | 10 <br> **PJT/Goldman** | 11 | 12 <br> **Brickman (Joele Frank)** | 13 | 14 |
| 15 | 16 | 17 <br> **Hoegler** | 18 | 19 <br> **Porter** | 20 | 21 |
| 22 | 23 | 24 <br> **Vantarennout** | 25 | 26 <br> **Wikinson** | 27 | 28 |
| 29 | 30 | 31 <br> **State PMK** | | | | |

Note:  Vantarennout and State PMK depositions are unique to the State Action.  Plaintiff in the Federal Action does not intend to notice either.

# June 2022

Case No. 1:19-cv-00124-WJM-SKC    Document 168-4    filed 06/14/22    USDC Colorado    pg 6 of 7

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | **Gursky** | 1 | 2<br>**Stephenson** | 3 | 4 |
| 5 | 6 | 7<br>**Radabaugh (Bain)** | 8 | 9<br>**Lau** | 10 | 11 |
| 12 | 13 | 14<br>**McCombe** | 15 | 16<br>**Kraehnke (KPMG US)** | 17 | 18 |
| 19 | 20 | 21<br>**Edelman** | 22 | 23<br>**Windrum** | 24 | 25 |
| 26 | 27 | 28<br>**Dowad (KPMG Canada)** | 29 | 30<br>**Schneider (D&P)Torres** | | |

Note:  Edelman deposition is unique to the State Action.  Plaintiff in the Federal Action does not intend to notice.

# July 2022

Case No. 1:19-cv-00124-WJM-SKC    Document 168-4    filed 06/14/22    USDC Colorado    pg 7 of 7

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 **Torres** | 6 | 7 **Zamarian** | 8 | 9 |
| 10 | 11 | 12 **Wirasekara** | 13 | 14 **Lance** | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |  |  |  |  |  |  |