# EXHIBIT 5

**From:** Christopher Stewart
**To:** "Rogers, Brittany"; "Makenna Cox"; Trig Smith; David Hall; Adam Polk; Nicole Gilliland; Patton Johnson; Brad Sader; Armen Zohrabian; Pamela Anderson; Casey Reis
**Cc:** Close, Matthew W.; Waxman, Jonathan
**Subject:** RE: Maxar - Gursky Deposition
**Date:** Friday, June 10, 2022 9:15:23 AM

Brittany:

July 11 and 12 are acceptable to the Federal Action plaintiff.  Given that Defendants have now proposed deposition dates beyond the fact discovery cut-off, we will inform counsel for Messrs. Schneider and Kraehnke that the deposition dates they have indicated are workable for them are no longer to be considered placeholders.  We do understand from Mr. Schneider's counsel, however, that his deposition date may need to be adjusted, and will keep you informed as soon as get clarity there.

Best,
Chris

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Rogers, Brittany <brogers@omm.com>
**Sent:** Thursday, June 9, 2022 6:42 AM
**To:** Christopher Stewart <CStewart@rgrdlaw.com>; 'Makenna Cox' <mcox@girardsharp.com>; Trig Smith <TrigS@rgrdlaw.com>; David Hall <dhall@hedinhall.com>; Adam Polk <apolk@girardsharp.com>; Nicole Gilliland <NGilliland@rgrdlaw.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Brad Sader <BSader@rgrdlaw.com>; Armen Zohrabian <azohrabian@hedinhall.com>; Pamela Anderson <PAnderson@rgrdlaw.com>; Casey Reis <CReis@rgrdlaw.com>
**Cc:** Close, Matthew W. <mclose@omm.com>; Waxman, Jonathan <jwaxman@omm.com>
**Subject:** Maxar - Gursky Deposition

EXTERNAL SENDER
Counsel,
Mr. Gursky is available for deposition on July 11 and 12.  These dates fall within the 30-day fact discovery extension in the federal case already offered by Defendants.  Please let us know if the dates work for Plaintiffs.

Thank you,
Brittany

**O'Melveny**

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*