# EXHIBIT 6

**From:** Christopher Stewart
**To:** "msmith@shermanhoward.com"; "pkoclanes@shermanhoward.com"; "jsturhahn@shermanhoward.com"; "mclose@omm.com"; "brogers@omm.com"; "jwaxman@omm.com"; "jvialet@omm.com"; LeVasseur, Josh
**Cc:** Spence Burkholz; Henry Rosen; Trig Smith; Nicole Gilliland; Christopher Stewart; Patton Johnson; Casey Reis; Pamela Anderson; "David W. Hall"; Adam Polk; Makenna Cox; Armen Zohrabian
**Subject:** Maxar
**Date:** Tuesday, March 15, 2022 4:55:25 PM
**Attachments:** LEAD PLAINTIFF'S NOTICE OF ISSUANCE OF SUBPOENAS TO NON-PARTIES.pdf

Counsel,

Attached please find a notice of issuance of document and deposition subpoenas to Messrs. Currier, Gursky and McCombe.

I understand O'Melveny represents Gursky and McCombe and is authorized to accept service of their subpoenas via email on behalf of these individuals, and that personal service of their subpoenas on these individuals will not be necessary -- please advise immediately if this is incorrect.

I also understand O'Melveny does not represent Currier and is not authorized to accept service of his subpoenas via email on his behalf. We therefore intend to effect personal service on Currier.

We are available to discuss if you have any questions.

Best,
Chris


**Christopher D. Stewart**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

