# EXHIBIT 7

| **From:** | Rogers, Brittany |
| --- | --- |
| **To:** | Adam Polk; David W. Hall; Spence Burkholz; Trig Smith; Christopher Stewart |
| **Cc:** | Close, Matthew W.; Waxman, Jonathan; Ikehara, Kate M. |
| **Subject:** | Maxar - Gursky Deposition |
| **Date:** | Saturday, May 21, 2022 9:56:34 AM |

EXTERNAL SENDER

Counsel,

We need to reschedule Jason Gursky's deposition.  We regret the late notice and want to explain.

As you know, Mr. Gursky is Maxar's Treasurer and Head of Investor Relations.  Confidentially, Maxar has been informed that a third party will be making a public announcement by Wednesday that will be material to Maxar.  I am not saying how it will impact stock prices, or even if it will.  We cannot predict.  Maxar does not control the timing of this announcement, but it anticipates needing to respond quickly to this third party announcement on the same day with a public investor call.  These issues implicate both Mr. Gursky's role as Head of Investor Relations and Treasurer.  The company needs him to be available and prepared to address these important developments this week.  After the public announcement, it should be apparent, and we will be at greater liberty to explain further if necessary, why all the company's stakeholders (including its shareholders) are best served by having Mr. Gursky focused on his core job responsibilities this week.

We know we owe new dates and will work on that.  Also, if there are any cancellation fees due to the court reporter/videographer, please have those invoices sent to us and we will promptly pay them.

We apologize for the late notice but the timing and related considerations only became known very, very recently.

Sincerely,
Brittany

## O'Melveny

**Brittany Rogers**
brogers@omm.com
O: +1-213-430-8349

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*