# EXHIBIT A



*MXS-EXCL00001*

RECEIVED
Sept 7, 2023
Claims Center

# Exclusion Cover Page

Case Name: Maxar Securities Litigation

Case Code:  MXS

Exclusion Deadline: September 25, 2023 (Postmark on or before)

Name of Person Filing Exclusion: Leslie M Macdonald

Leslie Macdonald



August 27, 2023

Maxar Securities Litigation
c/o Gilardi & Co. LLC
EXCLUSIONS
P.O. Box 5100
Larkspur, CA 94977-5100

Reference: Exclusion from Maxar Technologies Class Action

As  per the directive received August 24, 2023 regarding the above referenced Class Action.  I hereby *"request exclusion from the Class in the Maxar Securities Litigation".*

Appended to this letter to satisfy the requirement of dates/shares/purchase (SALE) cost.

1) Transaction history from my Financial Institution; and
2) Statement of Account for the period of August 2018 (sale of Maxar Technologies).

Please contact the undersigned should there be insufficient documentation to satisfy this request for exclusion.

Sincerely,

Leslie M. Macdonald

Encls.

**RBC Dominion Securities Inc.**

**Statement of Your Account**     **AUG. 31**
**A + RRSP (Cdn $)**              **2018**

Page 1 of    9

Your Account Number:                    ██████ VKF
                        Trustee:    Royal Trust Company
Date of Last Statement:    JULY 31, 2018

LESLIE MACDONALD
██████████████████

---

**Whitehead Wealth Management**

**Investment Manager:**
RBC DOMINION SECURITIES
A+ CUSTOM MODEL

**Investment & Wealth Advisor(s)**
Sheila Whitehead
604-535-3888

**Branch Address:**
2626 Croydon Drive, Unit #400
Surrey, BC, V3Z 0S8
Main Telephone: 604-535-3800
Toll Free: 1-800-663-4664
Fax: 604-531-4586

**Branch Manager:**
Ray Mohan
(604) 535-3899

---

**FOR YOUR INFORMATION**

We welcome and appreciate your
referrals.

If you know someone who could
benefit from our services,
please don't hesitate to call.

**ACCOUNT DETAILS**

Your Plan Type:                    Personal

IIROC | Regulated by
Investment Industry Regulatory
Organization of Canada

**RBC Dominion Securities Inc.**

**Statement of Your Account**          **AUG. 31**

**A + RRSP (Cdn $)**                   **2018**

Your Account Number:     ███████████     2 of   9

## ASSET REVIEW

( Exchange rate 1USD = 1.3044 CAD as of AUG. 31, 2018 )

| SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|
| MAXAR TECHNOLOGIES LTD COM | MAXR | 5 | 40.450 | 384.14 | $202.25 |

| Date | Account Status | Account # | TC | Currency Code | No Shares | Security Code | Transaction Type | Price | Aggregate Cost | Blotter Code | IA Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/9/2018 | Closed | 37247126 | 11 | 000 | 7 | M054692 | A | 0 | 0 | | 6CK |
| 8/28/2018 | Closed | 37247126 | 11 | 000 | -2 | M054692 | S | 40.92 | 81.83 | TL | 6CK |
| 8/31/2018 | Closed | 37247126 | 11 | 000 | -5 | M054692 | S | 40.73 | 203.66 | TL | 6CK |
| 10/30/2018 | Closed | 37247126 | 11 | 000 | 0 | M054692 | Z | 0 | 0 | | 6CK |

For Transaction type:

A - is for start date of period

B - is for Buy
S- is for Sell
Z - is for closing date of period.

| Original IA Code | Account Type | Name & Address - Line 1 | Name & Address - Line 2 | Name & Address - Line 3 | Geo Code | Branch Number | Wrap Code |
|---|---|---|---|---|---|---|---|
| VKF | R1 - RSP | LESLIE MACDONALD | | | | 402 | 278 |
| VKF | R1 - RSP | LESLIE MACDONALD | | | | 402 | 278 |
| VKF | R1 - RSP | LESLIE MACDONALD | | | | 402 | 278 |
| VKF | R1 - RSP | LESLIE MACDONALD | | | | 402 | 278 |

| CUSIP | Security Description Line 1 | Security Description Line 2 |
|---|---|---|
| 57778L103 | ***MAXAR TECHNOLOGIES LTD | COM |
| 57778L103 | ***MAXAR TECHNOLOGIES LTD | COM |
| 57778L103 | ***MAXAR TECHNOLOGIES LTD | COM |
| 57778L103 | ***MAXAR TECHNOLOGIES LTD | COM |





FLIP OVER / VOIR AU VERSO

RECEIVED BY

SEP 0 7 2023

CLAIMS CENTER

MAXAR SECURITIES LITIGATION
c/o GILARDI & COMPANY, LLC.
EXCLUSIONS.
PO BOX 5100
LARKSPUR, CA 94977-5100
U.S.A



## Xpresspost ™/MC – USA É.-U.

**From:/De :**

MACDONALD



**To:/À :**        **Tel No.  N° de tél.:**

MAXAR SECURITIES LITIGATION
C/O GILARDI AND COMPANY
PO BOX 5100
LARKSPUR CA 94977
UNITED STATES

See Commercial Invoice CN23 Attached     Voir la facture commerciale ou le CN23 adjoint

**Postage paid / Port payé**
00540700
**Date**
2023 08 28
**Gross Weight / Poids brut**
0.043 kg
**Insured / Valeur insurée**
$1.00 CAD
**Postage Rate / Tarif d'envoi**

$33.38 CAD
**Transaction No. /N° de transaction**
0101404086
Non – Delivery Instructions
Instructions de non – livraison
return at sender's expense
renvoyer aux frais de l'expéditeur

**USPS SIGNATURE TRACKING ™ #**

EM 099 193 600 CA

Sender warrants that this item does not contain non – mailable matter.
L'expéditeur garantit que cet envoi ne contient pas d'objet inadmissible.

RPOS/PDVD V2303.0.261          SPEC 3697 V3
Shipping Label          Étiquette d'expédition

mxs

---

## COMMERCIAL INVOICE / CN23     FACTURE COMMERCIALE / CN23

**Sender / Expéditeur**
MACDONALD

MAXAR SECURITIES LITIGATION
C/O GILARDI AND COMPANY
PO BOX 5100
LARKSPUR CA 94977
UNITED STATES

**Item ID**          EM 099 193 600 CA
**N d'article**
**Date**          2023 08 28
**Reference No.**
**N de référence**
**Reason for Export**          Document
**Raison de l'exportation**          Document
**Tax ID/IRS/VAT/EIN**
**Référence du destinataire**
**Gross Weight**          0.043 kg
**Poids brut**

| Quantity Quantité | Description of Contents Description du contenu | HS Tariff Code Code tarif SH | Country of Origin Pays d'origine | Net Weight (kg) Poids net (kg) | Total Value Valeur totale |
|---|---|---|---|---|---|
| 1 | DOCUMENTS | | CA | 0.000 | 1.00 |



RECEIVED
SEP 07 2023
CLAIMS CENTER

| | | TOTAL | Currency & Value Devise et valeur | | CAD 1.00 |

Je, soussigné, l'exportateur des merchandises, atteste que l'information fournie sur la présente déclaration relative à la facture est véridique et correcte et que le colis ne contient pas de merchandises dangereuses ou prohibées, conformément aux conditions générales de transport.

I, the undersigned exporter of goods, certify that the particulars given in this invoice declaration are true and correct to the best of my knowledge and that the items do not contain any dangerous or prohibited articles as defined in the General Conditions of Carriage.

**SIGNATURE:**
RPOS/PDVD V2303.0.261          Page  1  of/de  1          SPEC 3521 V4



*MXS -EXCL00002*

RECEIVED
9/11/2023
Claims Center

# Exclusion Cover Page

Case Name: Maxar Securities Litigation

Case Code: MXS

Exclusion Deadline: 9/25/2023

Name of Person Filing Exclusion:    William Worman

WILLIAM NORMAN



I request exclusion from the class in the MAXAR SECURITIES LITIGATION. I did not buy or sell maxar stock during the period from may 9 2018 TO oct. 30 2019.

W. WORMAN



MXS

*Maxar Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301133
Los Angeles, CA 90030-1133

RECEIVED

SEP 1 1 2023

KURTZMAN CARSON CONSULTANTS



*MXS-EXCL00003*

RECEIVED
Sept 21, 2023
Claims Center

# Exclusion Cover Page

Case Name: Maxar Securities Litigation

Case Code:  MXS

Exclusion Deadline: September 25, 2023 (Postmark on or before)

Name of Person Filing Exclusion: Andrea Tylczak



August 27, 2023

Maxar Securities Litigation
Co/o Gilardi & Co LLC
EXCLUSIONS
P.O. Box 5100
Larkspur, CA 94977-5100


Sir or Madam:


I request exclusion from the Class in the *Maxar Securities Litigation*.  My securities purchases
are as follows.

| Date | Number of Shares | Price |
|------|------------------|-------|
| 20 August 2018 | 210 | CAD 10,472.70 |
| 20 August 2018 | 100 | CAD 4987.00 |
| 31 August 2018 | 250 | USD $8125.80 |


Regards,

Andrea Tylczak



Ms A. Tylczak

RECEIVED GE

SEP 2 1 2023

CLAIMS CENTER

Air Mail   Par avion

43-074-038 (02-12)

m x G

Maxar Securities Litigation
C/o Gilardi & Co LLC
Exclusions
PO Box 5100
Larkspur CA  94977 - 5100
USA
949778100 B014