# EXHIBIT A

**EXHIBIT A**

*Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies Inc., et al.*,
Civil Action No. 1:19-cv-00124-WJM-SKC
Robbins Geller Rudman & Dowd LLP
Inception through September 14, 2023

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Albert, Michael | (P) | 19.00 | 760 | $      14,440.00 |
| Bays, Lea M. | (P) | 8.20 | 890 | 7,298.00 |
| Burkholz, Spencer A. | (P) | 232.60 | 1,250 | 290,750.00 |
| Gronborg, Tor | (P) | 10.10 | 1,175 | 11,867.50 |
| Gusikoff Stewart, Ellen A. | (P) | 90.90 | 1,105 | 100,444.50 |
| Myers, Danielle S. | (P) | 12.30 | 1,050 | 12,915.00 |
| Rosen, Henry | (P) | 404.35 | 1,090 | 440,741.50 |
| Smith, Trig R. | (P) | 2,659.35 | 960 | 2,552,976.00 |
| Stein, Jeffrey J. | (P) | 137.90 | 870 | 119,973.00 |
| Stewart, Christopher D. | (P) | 778.50 | 870 | 677,295.00 |
| Bakshi, Debashish | (A) | 1,488.90 | 475 | 707,227.50 |
| Gilliland, Nicole Q. | (A) | 792.30 | 465 | 368,419.50 |
| Johnson, Patton L. | (A) | 406.10 | 535 | 217,263.50 |
| Juda, Nancy M. | (OC) | 5.50 | 1,080 | 5,940.00 |
| Schroder, Stephanie M. | (OC) | 200.60 | 960 | 192,576.00 |
| Cohen, Alex M. | (SA) | 1,510.20 | 460 | 694,692.00 |
| Davis, Bradley D. | (SA) | 1,169.00 | 460 | 537,740.00 |
| Hines, Nicole Y. | (SA) | 281.30 | 450 | 126,585.00 |
| Feldman, James C. | (FA) | 72.60 | 625 | 45,375.00 |
| Sader, Brad C. | (FA) | 1,543.00 | 625 | 964,375.00 |
| Forensic Accounting Interns | | 217.35 | 75 | 16,301.25 |
| Economic Analysts | | 93.95 | 315-450 | 38,357.00 |
| Research Analysts | | 37.90 | 315 | 11,938.50 |
| Investigator | | 85.60 | 325 | 27,820.00 |
| Litigation Support | | 142.90 | 175-300 | 37,329.50 |
| Summer Associates | | 49.80 | 170-175 | 8,629.50 |
| Paralegals | | 979.40 | 275-395 | 361,731.50 |
| Document Clerks | | 476.40 | 150 | 71,460.00 |
| *TOTAL* | | *13,906.00* | | *$ 8,662,461.25* |

(P) Partner                          (SA) Staff Attorney
(A) Associate                       (FA) Forensic Accountant
(OC) Of Counsel