# EXHIBIT B

**EXHIBIT B**

*Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies Inc., et al.,*
Civil Action No. 1:19-cv-00124-WJM-SKC
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through August 28, 2023

| *CATEGORY* | | *AMOUNT* |
|---|---|---|
| Filing, Witness and Other Fees | | $   10,874.95 |
| Transportation, Hotels & Meals | | 7,187.97 |
| Telephone | | 34.50 |
| Messenger, Overnight Delivery | | 1,248.32 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | | 70,173.34 |
| Experts/Consultants/Investigators | | 518,868.87 |
| Stanford Consulting Group, Inc. | $  194,944.00 | |
| Zyla Valuation Advisors, LLC | 93,705.94 | |
| L.R. Hodges & Associates, Ltd. | 74,404.26 | |
| Application Technology Strategy, LLC | 73,200.01 | |
| Tasta Group (dba Caliber Advisors, Inc.) | 57,950.00 | |
| Philip Anisman | 9,220.80 | |
| Transperfect Translations International Inc. | 7,568.86 | |
| Lily Haggerty | 4,575.00 | |
| J.S. Held Midco LLC | 1,800.00 | |
| The Expert Institute Group, LLC | 1,500.00 | |
| Outside Canadian Counsel | | 119,661.91 |
| Borden Lander Gervais, LLP | $   86,697.91 | |
| Osler, Hoskin & Harcourt LLP | 32,964.00 | |
| Photocopies (1,021 copies at $0.15 per page) | | 153.15 |
| Online Legal and Financial Research | | 14,044.12 |
| eDiscovery Database Hosting | | 37,057.20 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 46,450.00 |
| Miscellaneous (Subscription to Aviation Week) | | 99.00 |
| *TOTAL* | | *$  825,853.33* |