# EXHIBIT C

**EXHIBIT C**

*Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies Inc., et al.*,
Civil Action No. 1:19-cv-00124-WJM-SKC
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $10,874.95

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/31/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | 05/17/19 OBTAIN ENTIRE CASE FILE |
| 08/07/19 | PAY.GOV | COD FEE COLLECTION SYSTEM; BAKSHI ADMISSION |
| 08/13/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | OBTAIN ENTIRE CASE FILE EXCEPT FOR THE INITIAL COMPLAINT |
| 09/06/19 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | OBTAIN ANY NEW ITEMS SUCH AS HEARING OR A JUDGE ASSIGNMENT, ETC. |
| 10/29/19 | CLERK OF THE COURT | DISTRICT OF COLORADO - APPLICATION FEE FOR S. BURKHOLZ |
| 02/12/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | OBTAIN DOCKET FOR THE CASE |
| 03/18/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RESEARCH & COPY STATEMENT OF CLAIM FILED IN NOVEMBER 2019 - ALL PUBLIC DOCUMENTS; DOCKET FOR THE CASE |
| 04/10/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | OBTAIN UPDATED DOCKET FOR THE CASE; ANY INFORMATION ABOUT WHAT HAPPENED AT THE 2/7/2020 CMC HEARING |
| 09/28/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | OBTAIN ENTIRE CASE FILE; ANY ORDER FROM JUSTICES; DOCKET SHEET/REGISTER OF ACTIONS FOR THE CASE |
| 10/13/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -- KPMG LLP: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/16/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -- BAIN & COMPANY, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/20/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE - DOUGLAS C. LANE & ASSOCIATES, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/20/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE - T. ROWE PRICE ASSOCIATES, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/20/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -THE VANGUARD GROUP, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/20/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE - BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 10/21/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -SHAPIRO CAPITAL MANAGEMENT LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/26/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -THE BANK OF NOVA SCOTIA (SCOTIABANK): SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTIONS; SCHEDULE A |
| 10/26/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -RBC CAPITAL MARKETS LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTIONS; SCHEDULE A |
| 10/26/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -CREDIT SUISSE SECURITIES (USA) LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTIONS; SCHEDULE A |
| 10/26/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -CIBC WORLD MARKETS CORP.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTIONS; SCHEDULE A |
| 10/26/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -BMO CAPITAL MARKETS CORP.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 11/23/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -RAYMOND JAMES & ASSOCIATES, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 11/23/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE - CANACCORD GENUITY INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 11/23/20 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -TD SECURITIES (USA), LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 02/02/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -DANIEL J. EDELMAN HOLDINGS, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 02/02/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -FINANCIAL REPORTING ADVISORS, LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 02/02/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE - PRICEWATERHOUSECOOPERS, LLP: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 02/03/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -JOELE FRANK, WILKINSON BRIMMER KATCHER: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 02/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: CRAVATH, SWAINE & MOORE LLP: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 03/15/21 | CLERK OF THE COURT | U.S. DISTRICT COURT FOR THE DISTRICT OF CO - BAR/ECF APPLICATION FEE FOR N. GILLILAND |
| 03/30/21 | CLERK OF THE COURT | U.S. DISTRICT COURT FOR THE DISTRICT OF CO - COURT ADMISSION FEES - S. BURKHOLZ |
| 05/13/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -KROLL, LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/27/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -RAYTHEON TECHNOLOGIES CORPORATION: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 08/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -THE GOLDMAN SACHS GROUP, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 08/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -PJT PARTNERS, INC.: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 12/02/21 | CLERK OF THE COURT | COLORADO DISTRICT COURT - *PRO HAC VICE* ADMISSION FOR P. JOHNSON |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 01/20/22 | CLERK OF THE COURT | COLORADO DISTRICT COURT - *PRO HAC VICE* ADMISSION FOR C. STEWART |
| 03/10/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -BANK OF AMERICA CORP: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 04/04/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED - RICH CURRIER: AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 04/04/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED - RICH CURRIER: AMENDED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 04/04/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED - RICH CURRIER: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 04/04/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED - RICH CURRIER: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 04/12/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED - RICH CURRIER: AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 04/12/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED - RICH CURRIER: AMENDED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/20/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED - RICH CURRIER: AMENDED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 04/20/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED - RICH CURRIER: AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 05/19/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE - RICH CURRIER: SERVICE ATTEMPTS, 6 HRS STAKE OUT, SERVICE OF PROCESS: AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 05/19/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | WITNESS FEE ADVANCED - RICH CURRIER; AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 05/19/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE -RICH CURRIER; ADDITIONAL SERVICE TIME AND ATTEMPTS. AMENDED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 05/25/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | SERVICE OF PROCESS RETURNED NOT SERVED - RICH CURRIER: AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 05/25/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | SERVICE OF PROCESS RETURNED NOT SERVED - RICH CURRIER. AMENDED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 03/01/23 | CLERK OF THE COURT | RE-ADMISSION FEE FOR J. STEIN |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 03/31/23 | CLERK OF THE COURT | COLORADO DISTRICT COURT - REINSTATEMENT FOR S. BURKHOLZ |