# EXHIBIT D

**EXHIBIT D**

*Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies Inc., et al.*,
Civil Action No. 1:19-cv-00124-WJM-SKC
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels & Meals: $7,187.97

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Juda, Nancy M. | 02/25/19-02/28/19 | San Francisco, CA | Meet with Fund counsel to discuss case. |
| Schroder, Stephanie M. | 02/26/19-02/28/19 | San Francisco, CA | Prepare for and attend meeting with Fund counsel. |
| Smith, Trig | 06/13/19 | Los Angeles, CA | Interview with potential confidential witness. |
| Bakshi, Debashish | 06/13/19 | Los Angeles, CA | Interview with potential confidential witness. |
| Smith, Trig | 10/04/19 | Sacramento, CA | Prepare for and meet with witness. |
| Sader, Brad | 10/04/19 | Sacramento, CA | Prepare for and meet with potential witness. |
| Bakshi, Debashish | 10/04/19 | San Jose, CA | Prepare for and conducted interview of potential witness. |
| Schroder, Stephanie M. | 01/09/20-01/10/20 | San Francisco, CA | Meet with Fund counsel to discuss the status of the case. |
| Schroder, Stephanie M. | 05/20/23-05/24/23 | Kona, HI | Prepare for and meet with Fund counsel |