# EXHIBIT E

**EXHIBIT E**

*Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies Inc., et al.*,
Civil Action No. 1:19-cv-00124-WJM-SKC
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $70,173.34

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/28/20 | AB LITIGATION SERVICES | TRANSCRIPT REQUEST (COURT STATUS CONFERENCE) |
| 05/27/21 | VERITEXT CORP. | VIDEO OF WITNESS RYAN STEPHENS |
| 05/27/21 | VERITEXT CORP. | CERTIFIED TRANSCRIPT OF WITNESS RYAN STEPHENS |
| 05/28/21 | VERITEXT CORP. | VIDEO OF WITNESS ZACHARY NYE |
| 05/28/21 | VERITEXT CORP. | CERTIFIED TRANSCRIPT OF WITNESS ZACHARY NYE |
| 12/16/21 | APTUS COURT REPORTING, LLC | ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF AUDIO TRANSCRIPTION |
| 04/11/22 | VERITEXT CORP. | VIDEO SERVICES; DEPOSITION OF WITNESS LANCE WEBER, VOL. 1 |
| 04/11/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, VERITEXT VIRTUAL PRIMARY PARTICIPANTS, REALTIME & ROUGH SERVICES, EXHIBIT SHARE OF WITNESS DEPOSITION, LANCE WEBER, VOL. I |
| 04/21/22 | VERITEXT CORP. | WITNESS DEPOSITION - THERESA HARRAH, VOL. 1; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, VERITEXT VIRTUAL PRIMARY PARTICIPANTS, REALTIME & ROUGH SERVICES, AND EXHIBIT SHARE |
| 04/21/22 | VERITEXT CORP. | VIDEO SERVICES; DEPOSITION OF WITNESS THERESA HARRAH, VOL. 1 |
| 04/21/22 | VERITEXT CORP. | TRANSCRIPT OF WITNESS DEPOSITION - THERESA HARRAH, VOL. I, EXHIBITS, ROUGH DRAFT, VERITEXT EXHIBIT PACKAGE (ACE), EXHIBIT SHARE |
| 05/09/22 | VERITEXT CORP. | WITNESS DEPOSITION TRANSCRIPT - BRUCE W. STEPHENSON. 1 ORG. CERTIFIED TRANSCRIPT, REALTIME & ROUGH SERVICES, VERITEXT VIRTUAL PRIMARY PARTICIPANTS, EXHIBIT SHARE |
| 05/09/22 | VERITEXT CORP. | WITNESS VIDEO DEPOSITION - BRUCE W. STEPHENSON; VIDEO INITIAL SERVICES, |

| *DATE* | *VENDOR* | *PURPOSE* |
|--------|----------|-----------|
|  |  | ADDITIONAL HOURS, EXTENDED HOURS AND ELECTRONIC ACCESS |
| 05/10/22 | VERITEXT CORP. | WITNESS DEPOSITION TRANSCRIPT - BRUCE W. STEPHENSON, VOL. II CERTIFIED TRANSCRIPT, EXPEDITED, REALTIME & ROUGH SERVICES AND EXHIBIT SHARE |
| 05/13/22 | VERITEXT CORP. | WITNESS DEPOSITION - WILLIAM McCOMBE VIDEO SERVICES, ADDITIONAL HOURS, ELECTRONIC ACCESS |
| 05/13/22 | VERITEXT CORP. | WITNESS DEPOSITION TRANSCRIPT - WILLIAM McCOMBE, VOL. I. 1 ORG. CERTIFIED TRANSCRIPT, REALTIME & ROUGH SERVICES, VERITEXT VIRTUAL PRIMARY PARTICIPANTS, EXHIBITS AND EXHIBIT SHARE |
| 05/17/22 | VERITEXT CORP. | WITNESS DEPOSITION - WILLIAM McCOMBE, VOL. II; CERTIFIED TRANSCRIPT, REALTIME & ROUGH SERVICES, EXHIBIT SHARE, EXPEDITED TRANSCRIPT |
| 05/19/22 | VERITEXT CORP. | WITNESS DEPOSITION - PAUL ESTEY, VOL. I. ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, VIRTUAL PRIMARY PARTICIPANTS, REALTIME & ROUGH SERVICES, EXHIBIT SHARE |
| 05/19/22 | VERITEXT CORP. | WITNESS VIDEO DEPOSITION - PAUL ESTEY, VOL. I; INITIAL SERVICES, ADDITIONAL HOURS AND ELECTRONIC ACCESS |
| 05/20/22 | VERITEXT CORP. | WITNESS DEPOSITION - PAUL ESTEY, VOL. II. VIDEO SERVICES, ADDITIONAL HOURS, ELECTRONIC ACCESS |
| 05/20/22 | VERITEXT CORP. | WITNESS DEPOSITION - PAUL ESTEY, VOL. II. CERTIFIED TRANSCRIPT, ROUGH DRAFT, EXHIBIT SHARE, EXPEDITED TRANSCRIPT |
| 05/23/22 | VERITEXT CORP. | CANCELLATION OF REPORTING SERVICES/EXHIBIT SHARE OF WITNESS JASON GURSKY |
| 05/26/22 | VERITEXT CORP. | WITNESS VIDEO DEPOSITION - TINA RADABAUGH; INITIAL SERVICES, ADDITION AND EXTENDED HOURS, ELECTRONIC ACCESS |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/26/22 | VERITEXT CORP. | WITNESS DEPOSITION TRANSCRIPT - TINA RADABAUGH. 1 ORG. CERTIFIED TRANSCRIPT, SHAREFILE - DIGITAL DELIVERY, ROUGH DRAFT, VERITEXT VIRTUAL PRIMARY PARTICIPANTS, EXHIBITS AND EXHIBIT SHARE |
| 06/02/22 | VERITEXT CORP. | WITNESS DEPOSITION - JOSE TORRES. VIDEO SERVICES, ADDITIONAL HOURS, ELECTRONIC ACCESS |
| 06/03/22 | VERITEXT CORP. | WITNESS DEPOSITION - JOSE TORRES, VOL. II - CERTIFIED TRANSCRIPT, EXHIBIT SHARE, ROUGH DRAFT, SHAREFILE - DIGITAL DELIVERY |
| 06/07/22 | VERITEXT CORP. | WITNESS DEPOSITION - JOSE TORRES. ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, VIRTUAL PRIMARY PARTICIPANTS, EXHIBIT SHARES, ROUGH DRAFT |
| 06/09/22 | VERITEXT CORP. | WITNESS DEPOSITION - DARIO ZAMARIAN. VIDEO SERVICES, ADDITIONAL HOURS, ELECTRONIC ACCESS |
| 06/09/22 | VERITEXT CORP. | WITNESS DEPOSITION - DARIO ZAMARIAN; ORG. 1 CERTIFIED TRANSCRIPT, VIRTUAL PRIMARY PARTICIPANTS, REALTIME & ROUGH SERVICES, EXHIBIT SHARE |
| 06/10/22 | VERITEXT CORP. | WITNESS DEPOSITION - DARIO ZAMARIAN, VOL. II. ORG. WITH 1 CERTIFIED TRANSCRIPT, EXPEDITED TRANSCRIPT, ROUGH DRAFT, EXHIBIT SHARE |
| 06/16/22 | VERITEXT CORP. | WITNESS DEPOSITION - NON-APPEARANCE OF RICHARD CURRIER; MINIMUM CHARGE FOR SERVICES RENDERED, VIRTUAL PRIMARY PARTICIPANTS, EXHIBIT SHARE, REALTIME SERVICES - REMOTE CONNECTION |
| 06/16/22 | VERITEXT CORP. | WITNESS DEPOSITION - NON-APPEARANCE OF RICHARD CURRIER; VIDEO CANCELLATION |