IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: November 9, 2023
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George
Law Clerk: Pat Maroun

| Civil Action No. **1:19-cv-00124-WJM-SKC** | Counsel: |
|---|---|
| OREGON LABORERS EMPLOYERS PENSION TRUST FUND, individually and on behalf of all others similarly situated, | Ellen Gusikoff Anne Stewart<br>Spencer A. Burkholz |
| Plaintiff, | |
| v. | |
| MAXAR TECHNOLOGIES INC.,<br>HOWARD L. LANCE, and<br>ANIL WIRASEKARA, | Brittany Allison Rogers |
| Defendants. | |

## COURTROOM MINUTES

**FAIRNESS HEARING**

**10:07 a.m.    Court in session.**

Court calls case. Appearances of counsel.

Opening statements by the Court.

Discussion regarding Plaintiff's Motion for Order to Approve Settlement and Plan of Allocation [ECF 196] and Plaintiff's Motion for Attorney Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4) [ECF 197].

No oral or written objections were submitted to the Court from any member of the Plaintiff class.

**ORDERED:** Plaintiff's Motion for Order to Approve Settlement and Plan of Allocation [ECF 196] is TAKEN UNDER ADVISEMENT as stated on the record. A written order will follow.

**ORDERED:** Plaintiff's Motion for Attorney Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4) [ECF 197] is TAKEN UNDER ADVISEMENT as stated on the record. A written order will follow.

**10:59 a.m.**     **Court in recess. Hearing concluded.**

Total time in court: 52 minutes