IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 19-cv-0124-WJM-SKC
*Consolidated with Civil Action No. 19-cv-0758-WJM-SKC*

OREGON LABORERS EMPLOYERS PENSION TRUST FUND, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MAXAR TECHNOLOGIES INC.,
HOWARD L. LANCE, and
ANIL WIRASEKARA,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Lead Plaintiff's Motions for Final Approval of Class Action Settlement and for Attorneys' Fees and Expenses (ECF No. 206) entered by United States District Judge William J. Martínez on January 9, 2024, which granted Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Memorandum of Points and Authorities in Support Thereof ("Final Approval Motion") (ECF No. 196); and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. § 78u-4(a)(4) and Memorandum of Points and Authorities in Support Thereof ("Fees Motion") (ECF No. 197), it is

ORDERED that this matter is voluntarily dismissed with prejudice pursuant to the Stipulation of Settlement (ECF No. 178). It is

FURTHER ORDERED that the parties shall bear their own costs and attorney's fees other than those awarded by the Court (*see* ECF No. 206). This case will be closed.

DATED January 10, 2024, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:  s/M. Smotts
M. Smotts
Deputy Clerk